**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.**  25-50057 |
| **IH 35 Trucking, LLC** | § | |
| | § | **Jointly Administered  25-50057** |
| **Debtor** | § | |
| | § | |
| **IH 35 transportation, LLC,** | § | **Case No.**  25-50103 |
| | § | |
| **Debtor** | § | **Chapter 11** |

<u>**AMENDED COMBINED DISCLOSURE STATEMENT OF**</u>
<u>**IH 35 TRUCKING, LLC and IH 35 TRANSPORTATION, LLC**</u>
<u>**DATED JANUARY 16, 2026**</u>

## I. INTRODUCTION

This is the Combined Disclosure Statement (the "Disclosure Statement") in the Jointly Administered Corporate Chapter 11 Case of IH 35 Trucking, LLC and IH 35 Transportation, LLC ("Debtors"). This Disclosure Statement contains information about the Debtors and describes the Plan of Reorganization (the "Plan") filed by each Debtor. ***Your rights may be affected. You should read each Plan and this Disclosure Statement carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.***

The proposed distributions under the Plans are discussed at pages 7-15 of this Disclosure Statement.

General unsecured creditors of IH 35 Trucking, LLC are classified in Class 22 of Trucking's Plan and will receive a distribution of 61.3% of their allowed claims, to be distributed as follows: in 60 monthly installments on a pro rata basis.

General unsecured creditors of IH 35 Transportation, LLC are classified in Class 3 and will receive a distribution of 64.9% of their allowed claims, to be distributed as follows: in 60 monthly installments on a pro rata basis.

### A. Purpose of This Document

This Disclosure Statement describes:

- The Debtors and significant events during the bankruptcy cases,
- How the Plans proposes to treat claims or equity interests of the type you hold (i.e., what you will receive on your claim or equity interest if the plan is confirmed),
- Who can vote on or object to a Plan,

1

- What factors the Bankruptcy Court (the "Court") will consider when deciding whether to confirm a Plan,
- Why IH 35 Trucking, LLC and IH 35 Transportation, LLC  believe their Plans are feasible, and how the treatment of your claim or equity interest under a Plan compares to what you would receive on your claim or equity interest in liquidation, and
- The effect of confirmation of each Plan.

Be sure to read the Plans as well as the Disclosure Statement. This Disclosure Statement describes the Plans, but it is the Plans that will, if confirmed, establish your rights.

**B.      Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

The Court has not yet confirmed the Plans described in this Disclosure Statement. This section describes the procedures pursuant to which the Plans will or will not be confirmed.

1.   *Time and Place of the Hearing to Confirm the Plans*

The hearing at which the Court will determine whether to confirm the Plan will take place **on February 17, 2026, at 9:00 a.m.**, at the George P. Kazen Federal Building and United States Courthouse. 1300 Victoria St. Laredo, TX 78040.

2.   *Deadline for Voting to Accept or Reject a Plan*

If you are entitled to vote to accept or reject the plan, vote on the enclosed ballot and return the ballot in the enclosed envelope to:

> **Mr. Carl M. Barto**
> **Law Office of Carl M. Barto**
> **817 Guadalupe St.**
> **Laredo, Texas 78040**

You may also submit your ballot via email to: **cmblaw@netscorp.net**

See section IV.A. below for a discussion of voting eligibility requirements.

Your ballot must be received by close of business on February 12, 2026 or it will not be counted.

3.   *Deadline for Objecting to the Confirmation of a Plan*

Objections to the confirmation of the Plans must be filed with the Court and served upon Debtor and Debtor's counsel by February 12, 2026.

4.   *Identity of Person to Contact for More Information*

If you want additional information about the Plan, you should contact:

**Mr. Carl M. Barto**
**LAW OFFICE OF CARL M. BARTO**
**817 Guadalupe St.**
**Laredo, Texas 78040**

### C.    Disclaimer

The Court has conditionally approved this Disclosure Statement as containing adequate information to enable parties affected by the Plans to make an informed Judgment about their terms.  The Court has not yet determined whether the Plans meets the legal requirements for confirmation, and the fact that the Court has approved this Disclosure Statement does not constitute an endorsement of the Plans by the Court. or a recommendation that the Plans be accepted.

## II.    BACKGROUND

### A.  Description and History of the Debtors' Businesses

The Debtors are for profit limited liability companies organized under the laws of the State of Texas. IH 35 Trucking LLC ("Trucking") was formed  on May 26, 2015 by Jorge Pablo Munoz ("Mr. Munoz"). It was initially formed to purchase commercial trucks and trailers on credit to haul freight in interstate and intrastate commerce.  IH 35 Transportation, LLC ("Transportation") was formed on January 3, 2017 by Jorge Pablo Munoz.  Both companies were originally formed to haul freight, with one of them carrying refrigerated goods and the other carrying flatbed loads. The companies eventually evolved so that  Transportation hauls both types of freight,  while Trucking became an entity whose primary business is leasing its equipment to the related limited liability company, IH 35 Transportation, LLC.

### B.  Insiders of the Debtor

The Debtors are both 100% owned and operated by Jorge Pablo Munoz;

### C.  Management of the Debtors Before and During the Bankruptcy

During the two years prior to the date on which the Trucking bankruptcy petition was filed, the officers, directors, managers or other persons in control of the Debtor (collectively the "Managers") were:

Jorge Pablo Munoz has always been the managing member of the Debtors, but from 2019 to December of 2024 he entrusted the day-to-day operation of the Debtors to Mr. Ignacio Munoz Escamilla.  Mr. Escamilla was  removed from the Debtors in December of 2024 for malfeasance.

The sole Manager of the Debtors during the Debtors' chapter 11 cases has been Jorge Pablo Munoz.

After the effective date of the order confirming the Plans, the directors, officers, and voting trustees of the Debtor, any affiliate of the Debtor participating in a joint Plan with the Debtors, or successor of the Debtors under the Plans (collectively the "Post Confirmation Manager"), will be Mr. Jorge Pablo Munoz.

The responsibilities and compensation of these Post Confirmation Managers are described in section III(D) of this Disclosure Statement.

### D.  Events Leading to Chapter 11 Filing

In November of 2024, the Debtors' managing member became aware that neither  Trucking nor its affiliated entity Transportation were keeping up with their debt obligations to third parties. Mr. Munoz also became aware that Transportation had lost roughly fifty per cent of its best customers.

On investigation of these circumstances Mr. Munoz, the managing member of the Debtors, discovered many payments by the Debtors that Mr. Escamilla,  the manager of both companies, could not justify as legitimate expenses of the Debtors.

The managing member also discovered that many of the best clients of IH 35 Transportation, LLC  had switched their business to a company formed by Mr. Escamilla.

Mr. Escamilla was terminated in December of 2024, but his conduct had caused severe financial damage to both Debtors.

Trucking's principal creditor Commercial Credit Group, Inc ("CCG") threatened to foreclose on the sixteen trucks and twenty-three trailers it had financed and has liens on. Mr. Munoz was worried that such a foreclosure would put both companies out of business.

In an effort to save the companies, Mr. Munoz agreed to a refinancing arrangement (the "Refi") with CCG in December of 2024.  The Refi shortened the repayment term to 121 weeks on loans who original terms would have continued to run over thirty and is some cases forty-eight months.

The refinancing obligated Transportation to guaranty the indebtedness of  Trucking to CCG. It also required Transportation's factoring company to make payments every Friday from funds owed to Transportation to be applied to the indebtedness of Trucking.  Beginning on December 13, 2024 the factoring company paid to CCG $54,235.50, followed by a second payment for the same amount on the following Friday, with the Refi requiring an additional 121 weekly payment of $20,000.00 on each subsequent Friday, with a final payment of $2,790.90.

Trucking's total monthly payment on all nine of its loan agreements with CCG before the Refi,  was $74,614.00.  After the two initial monthly payments on the refi, the total monthly payment to CCG increased to between $80,000 and $100,000, depending on the number of Fridays in a month.  At $20,000 per week for 52 weeks, this works out to an average annualized monthly payment of $95,000 per month, or a monthly increase in payment of approximately $21,000 per month.

4

Transportation has found it difficult to live with the $20,000.00 per week payment to CCG.

Since December of 2024 Mr. Munoz has spent a great deal of time visiting with many of the former clients of Transportation who had given their business to Mr. Escamilla's company. He convinced many of them to return to Transportation.

Both companies are recovering but have struggled to make all of the payments on the trucks and trailers eventually resulting in a threat of and actual attempts to prepossess trucks and trailers. The Chapter 11 case was filed to stop the repossessions and to reorganize the debts.

### E. Significant Events During the Bankruptcy Case

**In re: IH 35 Trucking, LLC, Case No. 25-50057:**

| Date | ECF # | Pleading |
|------|-------|----------|
| 06/12/2025 | 17 | Motion for Adequate Protection by Creditor Mitsubishi HC Capital America, Inc. |
| 07/03/2025 | 37 | IH 35 TRUCKING, LLC's Response to Mitsubishi Motion for Adequate Protection |
| 07/10/2025 | 50 | Agreed Order Regarding Motion of Mitsubishi HC Capital America, Inc. For Adequate Protection Regarding Two Tractors |
| 06/23/2025 | 25 | Motion for Relief from Stay by Creditor United Leasing, LLC |
| 07/16/2025 | 55 | IH 35 TRUCKING, LLC's Response to United Leasing's Motion for Relief From Stay |
| 08/05/2025 | 74 | Stipulation and Agreed Order Regarding Motion for Relief From Automatic Stay |
| 07/01/2025 | 31 | Motion for Adequate Protection by Interested Party BMO Bank N.A. |
| 07/02/2025 | 34 | Order Denying Motion For Adequate Protection |
| 07/03/2025 | 35 | Motion for Adequate Protection by Interested Party BMO Bank N.A. |
| 07/15/2025 | 54 | Response By IH 35 TRUCKING, LLC to BMO Motion for Adequate Protection |
| 08/08/2025 | 81 | Agreed Order for Adequate Protection for BMO |
| 07/07/2025 | 42 | Motion for Relief from Stay by Creditor Mack Financial Services, a division of VFS US LLC |
| 07/31/2025 | 70 | Order Terminating the Automatic Stay |
| 08/12/2025 | 84 | Stipulation and Agreed Order Regarding Mack Financial Services, A Division of VFS US LLC's Motion for Relief from Automatic Stay |
| 07/18/2025 | 57 | Motion for Relief from Stay Regarding Equipment Creditor Auxilior Capital Partners, Inc. |
| 07/28/2025 |  | Email Agreement Between the Parties, Hearing Reset for a Houston 362 Motion Date (Related document(s):57 Motion for Relief From Stay) (no ECF #) |
| 08/14/2025 | 85 | IH 35 TRUCKING, LLC Response to Auxilior Motion for Relief From Stay |

| Date | ECF # | Pleading |
|------|-------|----------|
| 08/18/2025 | 90 | Agreed Order Regarding Auxilior Capital Partners Motion For Relief From Stay Regarding Equipment or, in the Alternative, Motion for Adequate Protection |
| 10/02/2025 | 101 | Stipulation By North Mill Credit Trust and IH 35 Trucking, LLC for adequate protection payment |
| 10/03/2025 | 109 | Stipulation and Agreed Order Regarding the 2023 Mack 18700 Tractor Financed with North Mill Credit Trust for Adequate Protection |
| 10/27/2025 | 123 | Stipulation and Agreed Order Resolving Disputed Matters Between the Debtor and TBK Bank, SSB |
| 9/19/2025 | 98 | Trustee's Motion to Dismiss |
| 10/15/2025 | 103 | Trucking Chapter 11 case dismissed |
| 10/27/2025 | 122 | Dismissal Order Vacated |
| 10/28/2025 | 125 | Debtor filed a Motion for Joint Administration of 25-50057 and 25-50103 |
| 11/6/2025 | 143 | Order for Joint Administration |

**In re: IH 35 Transportation, LLC Case No. 25-50103:**

| Date | ECF # | Pleading |
|------|-------|----------|
| 10/6/2025 | 10 | Debtor filed an Emergency Motion to Incur Financing Pursuant to Factoring Agreement and to Approve Factoring Agreement |
| 10/9/2025 | 19 | Interim Order entered to Incur Financing |

## F. Projected Recovery of Avoidable Transfer

The Debtor has not yet completed its investigation with regard to prepetition transactions. If you received a payment or other transfer within 90 days of the bankruptcy, or other transfer avoidable under the Code, the Debtor may seek to avoid such transfer.

## G. Claims Objections

Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an objection to your claim is later upheld. The procedures for resolving disputed claims are set forth in Article V of the Plan.

## H. Current and Historical Financial Conditions

The identity and fair market value of Trucking's bankruptcy estate assets are listed Debtor's Amended Schedules A-B  which are attached hereto as  **Exhibit B-1.** The identity and fair market value of Transportation's  bankruptcy estate assets are listed Debtor's Amended Schedule A-B which are attached hereto in **Exhibit B-2.**

The most recent monthly operating report filed since the commencement of the Trucking's s bankruptcy case is attached hereto as **Exhibit C-1**.  Trucking's prior monthly operating reports are filed in the case at ECF No.'s  132, 133, 134, and 135.  The most recent  monthly operating report filed since the commencement of the Transportation bankruptcy case is attached hereto as **Exhibit C-2**.

## III.   SUMMARY OF THE PLANS OF REORGANIZATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS

### A.   What is the Purpose of the Plan of Reorganization?

As required by the Code, the Plan places claims and equity interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of claims or equity interests is impaired or unimpaired. If the Plan is confirmed, your recovery will be limited to the amount provided by the Plan.

### B.   Unclassified Claims

Certain types of claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, the Plan Proponent has not placed the following claims in any class:

#### 1.   *Administrative Expenses*

Administrative expenses are costs or expenses of administering the Debtor's chapter 11 case which are allowed under § 507(a)(2) of the Code. Administrative expenses also include the value of any goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition. The Code requires all administrative expenses be paid on the effective date of the Plan, unless a particular claimant agrees to a different treatment.

The following chart lists the each of the Debtors' estimated administrative expenses, and their proposed treatment under the Plan:

| In re: IH 35 Trucking, LLC, Case No. 25-50057: | | |
| --- | --- | --- |
| **Type** | **Estimated Amount Owed** | **Proposed Treatment** |
| Alliance Funding Group Lease No. 19-10219 Lease payments for post-petition use of truck | $14,491.08 | Payment in full in three monthly instalments beginning 30 days after the Effective Date Monthly pmt:  **$4,830.36** |
| Alliance Funding Group Lease No. 19-102209 | $12,781.62 | Payment in full in three monthly instalments |

| | | beginning 30 days after the Effective Date<br>Monthly pmt: **$4,260.54** |
|---|---|---|
| Lease payments for post-petition use of truck | | |
| Carl M. Barto<br>Legal Fees and Costs | Estimated amount<br>$40,000.00 | Payment in full within 30 days following the approval of counsel's final fee application. |

| **In re: IH 35 Transportation, LLC. Case No. 25-50103:** | | |
|---|---|---|
| **Type** | **Estimated Amount Owed** | **Proposed Treatment** |
| Carl M. Barto<br>Legal Fees and Costs | Estimated amount<br>$15,000.00 | Payment in full within 30 days following the approvl of counsel's final fee application. |

### 2. *Priority Tax Claims*

Priority tax claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim, in regular installments paid over a period not exceeding 5 years from the order of relief.

The following chart lists the Debtor's estimated § 507(a)(8) priority tax claims and their proposed treatment under the Plan:

| Description<br>(name and type of tax) | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| **In re: IH 35 Trucking, LLC, Case No. 25-50057:** | | | |
| Texas Workforce Commission Employment Tax POC 15  filed 11-3-2025 | Priority amount 425.37 | 5/1/2025 | Pay in full within 90 days of the Effective Date. The $84.89 balance of this claim will be paid as a Class 4 general unsecured claim. |
| | | | |
| **In re: IH 35 Transportation, LLC. Case No. 25-50103:** | | | |
| **None** | | | |

### C.   Classes of Claims and Equity Interests

The following are the classes set forth in each of the Plans, and the proposed treatment that they will receive under the Plan:

1.      *Classes of Secured Claims*

Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code. If the value of the collateral or setoffs securing the creditor's claim is less than the amount of the creditor's allowed claim, the deficiency will be classified as a general unsecured claim.

2.      IH 35 Trucking, LLC's prepetition secured claims, their proposed treatment under the Plan and the Debtor's asserted value of collateral based upon trucking industry publications providing retail and wholesale values for trucks.

| Class No. | Description | Treatment |
|---|---|---|
| 1 | **Secured Claim of Amur Equipment Finance Loan #5563, POC 13-1**<br><br>Allowed Secured Amount: $17,784.46<br>Collateral:  Five 2013 Utility Reefer Trailers.<br>Value: $62,000.00.<br>Priority of Lien: 1<br><br>**Total Claim:  $17,784.46** | Monthly payment amount: **$362.74**<br>Interest Rate: 8.25%<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion: $0.00 |
| 2 | **Secured claim of Auxilior Capital Partners, Inc., Loan No. 1001674, POC 7-2**<br><br>Allowed Secured Amount: $67,102,06<br>Collateral:  2022 Mack Anthem truck<br>Value: $67,102.06<br>Priority of Lien: 1<br><br>**Total Claim: $67,102,06** | Monthly payment amount: **$1,368.63**<br>Interest Rate: 8.25%<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion: $0.00 |
| 3 | **Secured claim of BMO Harris Bank, N.A. Loan No. 933750400, POC No. 1-1**<br><br>Allowed Secured Amount: $191,844.06<br>Collateral:  Three 2022 Mack Pinnacle trucks and one 2022 Mack Anthem truck<br>Value: $191,844.06<br>Priority of Lien: 1<br><br>**Total Claim: $191,844.06** | Monthly payment amount: **$3,912.90**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion: $0.00 |

| Class No. | Description | Treatment |
|---|---|---|
| 4 | **Secured claim of Commercial Credit Group ("CCG") Loan #3T12012301 POC 17-1, Part 3, Pages 50-55 of 55**<br><br>Allowed Secured Amount: $69,397.83<br>Collateral: Two 2015 Peterbilt trucks and Thirteen utilities trailers.<br>Value: $83,727.50<br>Priority of Lien: 1<br><br>**Total Claim:  $69,397.83** | Monthly payment amount: **$1,415.46**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |
| 5 | **Secured Claim of Continental Bank Loan #502356, POC 12-1**<br><br>Allowed Secured Amount: $19,953.46<br>Collateral: Three 2014 Reefer Utility Trailers.<br>Value: $20,000.00<br>Priority of Lien: 1<br><br>**Total Claim:  $19,953.46** | Monthly payment amount: **$406.98**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien =Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |
| 6 | **Secured Claim of Mark Financial Services, A Division of VFS US LLC - Loan #7811506, POC 19-1**<br><br>Allowed Secured Amount: $258,009.24<br>Collateral: Four 2022 Mack Anthem trucks and Three 2022 Mack Pinnacle trucks.<br>Value: $258,009.24<br>Priority of Lien: 1<br><br>**Total Claim:  $258,009.24** | Monthly payment amount: **$5,107.67**<br>Interest Rate: 6.99%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |
| 7 | **Secured Claim of PNC Bank, a National Association, as successor to PNC Equipment Finance, LLC. Loan #164521-001, POC 14-1.**<br><br>Allowed Secured Amount: $28,753.36<br>Collateral: One utility drop deck trailer and Five utility flatbed tailers.<br>Value: $119,013.00.<br>Priority of Lien: 1 | Monthly payment amount: **$586.46**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |

| Class No. | Description | Treatment |
|---|---|---|
| | **Total Claim: $28,753.36** | |
| 8 | **Secured Claim of United Independent School District, POC 11-1.**<br><br>Allowed Secured Amount: $92,341.32.<br>Collateral:  lien on all personal property of Debtor<br>Value: $92,341.32<br>Priority of Lien: 1<br><br>**Total Claim: $92,341.32** | Monthly payment amount: **$1,883.42**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider: No<br>Unsecured Portion: $0.00 |
| 9 | **Partially Secured claim of Auxilior Capital Partners, Inc., Loan No. 1001757, POC 8-1.**<br>Allowed Secured Amount: $55,000.00<br>Collateral:  2022 Mack Anthem truck<br>Value: $55,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $91,844.32** | Monthly payment amount: **$1,121.79**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $36,844.32** |
| 10* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T05022202 POC 17-1, part 3, pages 26-31 of 55.***<br><br>Allowed Secured Amount: $144,222.50<br>Collateral: Two 2023 Mack Anthem Trucks<br>Value: $144,222.50<br>Priority of Lien: 1<br><br>**Total Claim: $212,593.27** | Monthly payment amount: **$2,941.60**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $68,370.77** |
| 11* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T07292201, POC 17-1, Part 3, Pages 38-43 of 55.***<br><br>Allowed Secured Amount: $139,743.00<br>Collateral: Two 2023 Mack Anthem trucks.<br>Value: $139,743.00<br>Priority of Lien: 1 | Monthly payment amount:  **$2,850,23**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $91,871.11** |

| Class No. | Description | Treatment |
|---|---|---|
| | **Total Claim: $231,614.11** | |
| 12* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T08302101, POC 17-1, Part 3, Pages 44-49 of 55.\*** <br><br> Allowed Secured Amount: $47,052.00 <br> Collateral: a 2022 Peterbilt Truck <br> Value: $47,052.00 <br> Priority of Lien: 1 <br><br> **Total Claim: $72,119.50** | Monthly payment amount: **$ 959.68** <br> Interest Rate: 8.25% per annum <br> Pmts begin 30 days from the Effective Date <br> Pmts end on the 61st month after the Effective Date <br> Treatment of Lien: Retained <br> Impaired: Yes <br> Insider:     No <br> **Unsecured Portion: $25,067.50** |
| 13* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No.  3T01122301, POC 17-1, Part 3, Pages 2-7 of 55.\*** <br><br> Allowed Secured Amount: $122,408.00 <br> Collateral:  a 2023 Peterbilt 389 Truck <br> Value: $122,408.00 <br> Priority of Lien: 1 <br><br> **Total Claim: $163,935.14** | Monthly payment amount: **$2,496.66** <br> Interest Rate: 8.25% per annum <br> Pmts begin 30 days from the Effective Date <br> Pmts end on the 61st month after the Effective Date <br> Treatment of Lien: Retained <br> Impaired: Yes <br> Insider:     No <br> **Unsecured Portion: $41,527.14** |
| 14* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T02272304, POC 17-1, Part 3, pages 14-19 of 55.\*** <br><br> Allowed Secured Amount:  $600,000.00 <br> Collateral: five 2024 Volvo VN trucks <br> Valu: $600,000.00 <br> Priority of Lien: 1 <br><br> **Total Claim: $721,567.12** | Monthly payment amount: **$12,237.75** <br> Interest Rate: 8.25% per annum <br> Pmts begin 30 days from the Effective Date <br> Pmts end on the 61st month after the Effective Date <br> Treatment of Lien: Retained <br> Impaired: Yes <br> Insider:     No <br> **Unsecured Portion: $121,567.12** |
| 15* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T05082301, POC 17-1. Part 3, pages 32-37 of 55.\*** <br><br> Allowed Secured Amount: $313,142.00 <br> Collateral: three 2024 Peterbilt 579 trucks <br> Value: $313,142.00 <br> Priority of Lien: 1 <br><br> **Total Claim: $483,159.34** | Monthly payment amount: **$6,386.92** <br> Interest Rate: 8.25% per annum <br> Pmts begin 30 days from the Effective Date <br> Pmts end on the 61st month after the Effective Date <br> Treatment of Lien: Retained <br> Impaired: Yes <br> Insider:     No <br> **Unsecured Portion: $170,017.34** |

| Class No. | Description | Treatment |
|---|---|---|
| 16* | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan #3T02272302, POC 17-1, Part 3, Pages 8-13 of 55.***<br><br>Allowed Secured Amount: $186,340.00<br>Collateral:<br>Valued at $186,340.00<br>Priority of Lien:   1<br><br>**Total Claim: $294,252.60** | Monthly payment amount:  **$ 3,800.64**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired: Yes<br>Insider:    No<br>**Unsecured Portion: $107,912.60** |
| 17 | **Partially Secured Claim of M2 Equipment Finance Loan #16818-1, POC 20-1**<br><br>Allowed Secured Amount: $80,000.00<br>Collateral: a 2023 Mack Anthem truck<br>Valu: $80,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $140,686.54** | Monthly payment amount: **$ 1,631.70**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien =Retained<br>Impaired:  Yes<br>Insider:    No<br>**Unsecured Portion: $60,699.54** |
| 18 | **Partially Secured Claim of Mitsubishi HC Capital America, Inc. Loan  #145718  POC 4-1**<br><br>Allowed Secured Amount: $158,000.00<br>Collateral: two 2023  Mack Anthem trucks<br>Value: $158,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $257,515.13** | Monthly payment amount: **$3,222.61**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien =Retained<br>Impaired:  Yes<br>Insider:      No<br>**Unsecured Portion: $99,515.13** |
| 19 | **Partially Secured Claim of North Mill Credit Trust, Loan #C069030-A098326, POC 10-1**<br>Allowed Secured Amount: $90,000.00<br>Collateral: a 2023 Mack Anthem truck<br>Value: $90,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $176,927.25** | Monthly payment amount: **$1,835.66**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:    No<br>**Unsecured Portion: $86,927.25** |
| 20 | **Partially Secured Claim of United Leasing, Inc. Loan  #87159, POC 2-1**<br><br>Allowed Secured Amount: $175,664.00 | Monthly payment amount:  **$ 3,582.89**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained |

| Class No. | Description | Treatment |
|---|---|---|
|  | Collateral:  two 2022 Volvo VNL 670 trucks. <br> Value: $175,664.00 <br> Priority of Lien: 1 <br><br> **Total Claim: $184,777.44** | Impaired:  Yes <br> Insider:      No <br> **Unsecured Portion:      $9,113.34** |
| 21 | **Partially Secured Claim of TBK Bank, Proof of Claim  #18** <br><br> Allowed Secured Amount: $38,558.10 <br><br> Collateral: Debtors post-petition accounts receivable and all of Debtor's other assets to the extent such assets are not otherwise encumbered. <br> Value: $38,558.10 <br> Priority of Lien: 1 <br><br> **Total Claim: $129,875.16** | Monthly payment amount:  **$ 2,500.00** <br> Interest Rate: 0% <br> Continuation of adequate protection payments until the claim is paid in full. <br> Treatment of Lien: Retained <br> Impaired:  Yes <br> Insider:      No <br> **Unsecured Portion:      $91,317.16** |

3.      **IH 35 Transportation, LLC's secured prepetition claims and their proposed treatment under the Plan:**

| Class No. | Description | Treatment |
|---|---|---|
| 2.01* | **None** | **No creditor has filed an allowed  secured claim in this case, and Debtor does not believe there are any secured claims in this case. *** |

*CCG asserts that it has an allowed secured claim in the IH 35 Transportation case in an amount in excess of $2,100, 000.00.

4.      *Classes of Priority Unsecured Claims*

Certain priority claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a claim receive cash on the effective date of the Plan equal to the allowed amount of such claim. However, a class of holders of such claims may vote to accept a different treatment.

The following chart lists all classes containing claims under§§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under the Plan:

| Class No. | Description | Treatment |
|---|---|---|
| **IH 35 Trucking, LLC** | **None** |  |

| **IH 35 Transportation, LLC** | **Owes $29,730.24 to 18 drivers for wages incurred within 180 of the petition for relief** | Monthly payment amount: **$7,432.56** Pmts begin 30 days from the Effective Date Pmts end after 4 months<br><br>**Total Payout Amount: $29,730.24** |
|---|---|---|

### 5.   *Class of General Unsecured Claims*

General unsecured claims are not secured by property of the estate and are not entitled to priority under§ 507(a) of the Code.

### 6.   **IH 35 Trucking, LLC unsecured claims**

The following chart identifies the Plan's proposed treatment of Class 22 which contains general unsecured claims against IH 35 Trucking, LLC.

Class 22 claims for IH 35 Trucking, LLC consists of 19 claims.  All of the claims are impaired.  A list of the IH 35 Trucking LLC unsecured claims, with the mailing address of each creditor, the amount of their unsecured claim is attached hereto as **Exhibit D-1**

| Class No. | Description | Impairment | Treatment |
|---|---|---|---|
| 22 | General Unsecured Class | Impaired | Monthly payment amount: **$15,000 shared pro-rata for 60 months** Pmts begin 30 days after the Effective Date Interest Rate: 0.00% Estimated percent of claim to be paid:  62.7%<br><br>**Estimated Claims: $1,447,421.81** |

* Commercial Credit Group, Inc. ("CCG") objects to the Debtor's proposed valuation of its collateral and, because of the cross-collateralization provision in all of CCG loan documents executed by the Debtors, asserts that it is claim is oversecured and CGG's claims (including post-petition interest and attorneys fees) must be paid in full.

In connection with the foregoing, the Debtors shall, at a mutually agreed time and date but no later than fifteen days before the hearing on the confirmation of the Debtors' plan, make all of CCG's collateral available for inspection and appraisal. If the Debtors fail to timely such collateral available for inspection at a mutually agreeable time and date, the Debtors shall not object to CCG's valuation on the basis that the inspector did not personally view the collateral but based it upon pictures and information that CCG and its inspector requests that the Debtors provide.

If the Debtors and CCG cannot agree on the value of CCG's collateral, either party may file a motion to value collateral at least 10 days prior to the confirmation hearing. Such motion shall be considered prior to the confirmation hearing.

7.      **IH 35 Transportation, LLC unsecured claims**

The following chart identifies the Plan's proposed treatment of Class 3 which contains general unsecured claims against IH 35 Transportation, LLC.

Class 3 claims for IH 35 Transportation, LLC consists of 113 unsecured claims.  All of the claims are impaired.  A list of the IH 35 Transportation LLC's unsecured claims, with the mailing address of each creditor, the amount of their unsecured claim is attached hereto as **Exhibit D-2**

| Class No. | Description | Impairment | Treatment |
|-----------|-------------|------------|-----------|
| 3 | General Unsecured Claims | Impaired | Monthly payment amount: **$3,350.00 shared pro-rata for 60 months** Pmts begin 30 days after the Effective Date Interest Rate: 0.00% Estimated percent of claims to be paid: 61.14% <br><br> **Estimated Claims: $328,736.88** |

8.   *Class of Equity Interest Holdings*

## IH 35 Trucking, LLC

Equity interest holders are parties who hold an ownership interest (i.e., equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are equity interest holders. In a partnership, equity interest holders include both general and limited partners. In a limited liability company ("LLC"), the equity interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the equity interest holder.

The following chart sets forth the Plan's proposed treatment of the class of equity interest holders:

| Class No. | Description | Impairment | Treatment |
|-----------|-------------|------------|-----------|
| 22 | Equity Interest Holders | Impaired | Retains Interest |

## IH 35 TRANSPORTATION, LLC

Equity interest holders are parties who hold an ownership interest (i.e., equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are equity interest holders. In a partnership, equity interest holders include both general and limited partners. In a limited liability company ("LLC"), the equity interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the equity interest holder.

The following chart sets forth the Plan's proposed treatment of the class of equity interest holders:

| Class No. | Description | Impairment | Treatment |
|---|---|---|---|
| 4 | Equity Interest Holders | Impaired | Retains Interest |

### D. Means of Implementing the IH 35 Trucking, LLC Plan

1. *Source of Payments*

#### IH 35 Trucking, LLC

Payments and distributions under the IH 35 Trucking Plan will be funded by the following:

Payments from IH 35 Transportation, LLC in the amount of $167,000 per month for the lease of Trucking's equipment. In January of 2026 this annual lease is going to be reduced to an amount equal to the monthly secured debt payment plus 15% to take into consideration the older condition of the equipment and the increased cost of maintaining same. Debtor's projected cash flow **Exhibit E-1** indicates that these amounts will be sufficient to fund the Plan and pay the Debtor's operating expenses.

#### IH 35 Transportation, LLC

Payments and distributions under the IH 35 Transportation Plan will be funded by income the company receives for hauling freight; IH 35 Transportation, LLC's projected cash flow **Exhibit E-2** indicates that this amount will be sufficient to fund the Plan and pay the Debtor's operating expenses.

2. *Post-confirmation Management*

The Post-Confirmation Managers of the Debtor, and their compensation, shall be as follows:

| Name | Affiliations | Insider (Y/N) | Position | Compensation |
|---|---|---|---|---|
| Jorge Pablo Munoz | 100% owner of both IH 35 Transportation LLC and IH 35 Trucking, LLC | Y | Managing Member of both Debtors | $6,000.00/ month from Trucking $6,000.00/month from Transportation |

### E. Risk-Factors

The Proposed Plan has the following risks:

Trucking depends upon Transportation to rent the trucks and trailers and to make the rental payments to be able to fund its plan. Transportation's income can be affected by the number of loads being carried, cost of fuel and rates paid to haul goods, and the current uncertainty about the tariffs that will be placed on shipments coming into the United States and the effect these tariffs will have on the willingness of Mexican suppliers to send goods North.

### F.    Executory Contracts and Unexpired Leases

Each of the Debtors, in their Plan filed contemporaneously with this Disclosure statement, lists all executory contracts and unexpired leases that the Debtor will assume under the Plan in paragraph 6.01. Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Code, if any. 6.01 also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults.

If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of performance, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan, unless the Court has set an earlier time.

All executory contracts and unexpired leases that are not listed in 6.01 will be rejected under the Plan. Consult your advisor or attorney for more specific information about particular contracts or leases.

If you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan.

The Deadline for Filing a Proof of Claim Based on a Claim Arising from the Rejection of a Lease or Contract is 1 days after a notice of rejection is received. Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.

### G.    Tax Consequences of the Plans

***Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, And/Or Advisors.***

The following are the anticipated tax consequences of the Plans: None.

## IV.    CONFIRMATION REQUIREMENTS AND PROCEDURES

The following provisions are applicable to the Plans of both Debtors, IH 35 Trucking, LLC and IH 35 Transportation, LLC.

To be confirmable, the Plan must meet the requirements listed in §§ 1129(a) or (b) of the Code.

These include the requirements that: the Plan must be proposed in good faith; at least one impaired class of claims must accept the plan, without counting votes of insiders; the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor or equity interest holder votes to accept the Plan; and the Plan must be feasible. These requirements are not the only requirements listed in § 1129, and they are not the only requirements for confirmation.

### A.      Who May Vote or Object

Any party in interest may object to the confirmation of the Plan if the party believes that the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan. A creditor or equity interest holder has a right to vote for or against the Plan only if that creditor or equity interest holder has a claim or equity interest that is both (1) allowed or allowed for voting purposes and (2) Impaired.

The Plan Proponent believes that all classes in both cases are impaired, and these classes are therefore entitled to vote to accept or reject the Plan.

### 1.      *What is an Allowed Claim or an Allowed Equity Interest?*

Only a creditor or equity interest holder with an allowed claim or an allowed equity interest has the right to vote on the Plan. Generally, a claim or equity interest is allowed if either (1) the Debtor has scheduled the claim on the Debtor's schedules, unless the claim has been scheduled as disputed, contingent or unliquidated, or (2) the creditor has filed a proof of claim or equity interest, unless an objection has been filed to such proof of claim or equity interest. When a claim or equity interest is not allowed, the creditor or equity interest holder holding the claim or equity interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or equity interest for voting purposes pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.

***The deadline for filing a proof of claim in IH 35 Trucking, LLC was December 3, 2025.***

***The deadline for filing a proof of claim in IH 35 Transportation, LLC is February 5, 2026.***

### 2.      *What is an Impaired Claim or Impaired Equity Interests?*

As noted above, the holder of an allowed claim or equity interest has the right to vote only if it is in a class that is impaired under the Plan. As provided in § 1124 of the Code, a class is considered impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.

### 3.      *Who is **Not** Entitled to Vote*

The holders of the following five types of claims and equity interests are not entitled to vote:

- **holders of claims and equity interests that have been disallowed by an order of the Court;**
- **holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes.**
- **holders of claims or equity interests in unimpaired classes;**
- **holders of claims entitled to priority pursuant to §§ 507 (a)(2), (a)(3), and (a)(8) of the Code; and**
- **holders of claims or equity interest in classes that do not receive or retain any value under the Plan;**
- **administrative expenses.**

*Even if You Are Not Entitled to Vote on the Plan, You Have a Right to Object to the Confirmation of the Plan.*

### 4.    *Who Can Vote in More Than One Class*

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim, or who otherwise holds claims in multiple classes, is entitled to accept or reject a Plan in each capacity, and should cast one ballot for each claim.

### B.    **Votes Necessary to Confirm the Plan**

**If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cram down" on non-accepting classes, as discussed later in Section B.2.**

### 1.    *Votes Necessary for a Class to Accept the Plan*

A class of claims accepts the Plan if both of the following occur: (1) the holders of more than one-half (1/2) of the allowed claims in the class, who vote, cast their votes to accept the Plan, and (2) the holders of at least two-thirds (2/3) in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan.

A class of equity interests accepts the Plan if the holders of at least two-thirds (2/3) in amount of the allowed equity interests in the class, who vote, cast their votes to accept the Plan.

### 2.    *Treatment of Nonaccepting Classes*

Even if one or more impaired classes reject the Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner prescribed by § 1129(b) of the Code.

A plan that binds nonaccepting classes is commonly referred to as a "cram down" plan. The Code allows the Plan to bind nonaccepting classes of claims or equity interests if it meets all the requirements for consensual confirmation except the voting requirements of§ 1129(a)(8) of the Code, does not "discriminate unfairly," and is "fair and equitable" toward each impaired class that has not voted to accept the Plan.

You should consult your own attorney if a "cramdown" confirmation will affect your claim or equity interest, as the variations on this general rule are numerous and complex.

### C.    Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis for Trucking is attached hereto  as **Exhibit F-1**. A liquidation Analysis for Transportation is attached hereto as **Exhibit F-2**.

### D.    Feasibility

**The Court must find that confirmation of a Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.**

   1.    *Ability to Initially Fund Plan*

The Plan Proponent believes that the Debtor will have enough cash on hand on the effective date of the Plan to pay all the claims and expenses that are entitled to be paid on that date.

   2.    *Ability to Make Future Plan Payments and Operate Without Further Reorganization*

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments.

### IH 35 Trucking, LLC

The Plan Proponent has provided projected financial information. Those projections are listed in **Exhibit E-1**.

The Plan Proponent's financial projections show that the Debtor will have an aggregate annual cash flow, after paying operating expenses and post-confirmation taxes, of $996,745.00.

Debtor expects to gross the first year $95,000.00 per month and after reasonable and necessary expenses will have $85,108.75 for the first month to fund the plan. The first monthly plan payment totals $85,108.75. After the payment of administrative expenses for the first month, the monthly plan payments will be reduced to $82,268.59. Beginning in the seventh month the monthly Plan payment will become $66,777.69 for the remaining months of the Plan.

21

Therefore, Debtor will have sufficient income for the plan to be feasible.

**IH 35 Transportation, LLC**

The Plan Proponent has provided projected financial information. Those projections are listed in **Exhibit E-2**.

The Plan Proponent's financial projections show that the Debtor will have an aggregate annual cash flow, after paying operating expenses and post-confirmation taxes, of $341,136.48.

Debtor expects to gross the first year $607,139.71 per month and after reasonable and necessary expenses will have $21,465.14 for the first month to fund the plan.

Therefore, Debtor will have sufficient income for the plan to be feasible.

***You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.***

## V.    EFFECT OF CONFIRMATION PLAN

### A.    DISCHARGE OF DEBTOR

<u>Discharge.</u> Confirmation of the Plan discharges the Debtor from certain debts. The provisions of a confirmed plan binds the debtor, any entity issuing securities under the plan, any entity acquiring property under the plan, and any creditor, equity security holder, or general partner in the debtor, whether or not the claim or interest of such creditor, equity security holder, or general partner is impaired under the plan and whether or not such creditor, equity security holder, or general partner has accepted the plan. The confirmation of a plan vests all of the property of the estate in the debtor. Except as otherwise provided in the plan or in the order confirming the plan, after confirmation of a plan, the property dealt with by the plan is free and clear of all claims and interests of creditors, equity security holders, and of general partners in the debtor. Except as otherwise provided in the plan, or in the order confirming the plan, the confirmation of a plan, discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of the bankruptcy code, whether or not a proof of the claim based on such debt is filed or deemed filed under section 501 of the bankruptcy code, such claim is allowed under section 502 of the bankruptcy code; or the holder of such claim has accepted the plan; and terminates all rights and interests of equity security holders and general partners provided for by the plan.

### B.    Modification of Plan

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require a new disclosure statement and/or revoting on the Plan.

Upon request of the Debtor, the United States trustee, or the holder of an allowed unsecured

claim, the Plan may be modified at any time after confirmation of the Plan but before completion of payments under the Plan, to (1) increase or reduce the amount of payments under the Plan on claims of a particular class, (2) extend or reduce the time period for such payments, or (3) alter the amount of distribution to a creditor whose claim is provided for by the Plan to the extent necessary to take account of any payment of the claim made other than under the Plan.

### C.   Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent, or such other party as the Court shall designate in the Plan Confirmation Order, shall fife a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such a final decree on its own motion.

## PRESERVED LITIGATION CLAIMS

In accordance with Fifth Circuit case law, the Debtor is required to preserve all litigation claims by specifically and unequivocally identifying all claims and causes of action. The Debtor preserves the following claims:

(a)   Claims against those entities listed in response to Statement of Financial Affairs question (3b) under 11 U.S.C. §§ 547 and 548 shall be preserved. Pursuant to section 547 of the Bankruptcy Code, a debtor may recover certain preferential transfers of property, including cash, made while insolvent during the ninety days immediately prior to the filing of its bankruptcy petition with respect to preexisting debts a debtor owes a transferee to the extent the transferee received more than it would have if the transfer had not been made and the debtor been liquidated under chapter 7 of the Bankruptcy Code.  If a preferential transfer were recovered by a debtor, the transferee would have a general unsecured claim against the debtor to the extent of the debtor's recovery. Debtors have not analyzed whether the recipients of such payments would have a defense to a preference action. Under the Plan, all Avoidance Actions of the Debtor against any potential preference defendant shall be preserved and Debtor will have the authority as a representative of the Estate to investigate and prosecute all such Avoidance Actions in accordance with section 1123(b)(3) of the Bankruptcy Code.  Trucking values these claim at -0-. Transportation  is evaluating payments made by Transportation to CCG  in the 90-day period.

Under section 548 of the Bankruptcy Code and various state laws, a debtor may recover certain prepetition transfers of property, including the grant of a security interest in property, made while insolvent to the extent the debtor receives less than fair value for such property. In addition, Avoidance Actions exist under sections 544, 545, 549 and 553(b) of the Bankruptcy Code that allow a debtor to avoid and/or recover certain property. As of the date hereof, the Debtor has not yet estimated the potential recovery from the prosecution of Avoidance Actions. Under the Plan, all such Avoidance Actions shall be preserved the Debtor will have the authority as a representative of the Estate to investigate and prosecute all such Avoidance Actions in accordance with section 1123(b)(3) of the Bankruptcy Code. The Debtor will pursue[1] all Avoidance Actions, to the extent they do not constitute Released Estate Causes of Action. HOLDERS OF UNSECURED CLAIMS SHOULD REALIZE THAT PURSUANT TO SECTION 502(0) OF THE BANKRUPTCY CODE, THE DEBTOR MAY WITHHOLD DISTRIBUTION ON THEIR CLAIMS TO THE EXTENT THE HOLDERS OF SUCH CLAIMS RECEIVED PAYMENTS FROM THE DEBTOR

---

[1] Pursuit of an Avoidance Action may include, but not be limited to, service of a demand letter, settlement negotiation, pursuit of litigation, and any other means available to the Liquidating Trustee to obtain a resolution of such Avoidance Action.

DURING THE 90 DAY PERIOD (OR 1 YEAR IN THE CASE OF INSIDERS) PRIOR TO THE PETITION DATE (Respectively June 6, 2025 for IH 35 Trucking, LLC and October 2, 2025 for IH 35 Transportation, LLC.) Debtors value these claims at -0-.

(b) Both Debtors plan to file adversaries to collect funds misappropriated by Ignacio Munoz Escamilla in the two years preceding his termination in December of 2024. The Debtors estimate the aggregate amount of these claims to be in excess of $500,000.00 Mr. Escamilla left the books and records of both companies in such a destroyed state that it has been difficult to quantify the amount of his defalcation.

(c) Any lawsuits for, or in any way involving, the collection of accounts receivable or any matter related to the Plan.

(d) Any and all Causes of Action against any customer or vendor who has improperly asserted or taken action through setoff or recoupment.

(e) IH 35 Trucking expects to object to the claims asserted by **Commercial Credit Group ("CCG") in Proof of Claim 17-1** in Classes 10-16 stated herein. Trucking will also be objecting to the portion of the CCG claim asserted in the Proof of Claim at Part 3, pages 20-25 of 55. Debtor has correspondence preceding the filing of this case that this debt has been paid in full. Debtors will also be filing objections to any claim where the value of collateral asserted by a creditor exceeds the value of the collateral asserted by the Debtors.

CCG denies that any portion of its claims should be disallowed and assert that its claims are "oversecured" based upon the value of its collateral.

Debtor disputes the amount of some of the CCG claims, and believes CCG has over estimated the value of its collateral.

**IH 35 TRUCKING, LLC,**
**a Texas limited liability company**

By: */s/ Jorge Pablo Munoz*_____
Jorge Pablo Munoz, Managing Member

**IH 35 TRANSPORTATION, LLC,**
**a Texas limited liability company**

By: */s/ Jorge Pablo Munoz*_____
Jorge Pablo Munoz, Managing Member

## EXHIBIT LIST

**COMBINED IH 35 TRUCKING LLC'S and IH 35 TRANSPORTATION, LLC'S DISCLOSURE STATEMENT**

**Exhibit A-1:**  IH 35 Trucking LLC's Plan of Reorganization

**Exhibit A-2:**  IH 35 Transportation LLC's Plan of reorganization

**Exhibit B-1:**  IH 35 Trucking LLC's Schedules A-B (Identity and Fair Market Value of the Estate's Assets)

**Exhibit B-2:**  IH 35 Transportation LLC's Schedules A-B (Identity and Fair Market Value of the Estate's Assets)

**Exhibit C-1:**  Most Recent Monthly Operating Report of  IH 35 Trucking LLC

**Exhibit C-2:**  Most Recent Monthly Operating Report of  IH 35 Transportation LLC

**Exhibit D-1:**  List of IH 35 Trucking LLC'S General Unsecured Claims

**Exhibit D-2:**  List of  IH 35 Transportation LLC's General Unsecured Claims

**Exhibit E-1:**  IH 35 Trucking LLC's Projected Cash Flow

**Exhibit E-2:**  IH 35 Transportation LLC's Projected Cash Flow

**Exhibit F-1:**  IH 35 Trucking LLC's Liquidation Analysis

**Exhibit F-2:**  IH 35 Transportation LLC's  Liquidation Analysis

**EXHIBIT A-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | | |
|---|---|---|---|
| In re: | § | **Case No.** | **25-50057** |
| **IH 35 Trucking, LLC** | § | | |
| | § | **Jointly Administered  25-50057** | |
| **Debtor** | § | | |
| | § | | |
| **IH 35 transportation, LLC,** | § | **Case No.** | **25-50103** |
| | § | | |
| **Debtor** | § | **Chapter 11** | |

**IH 35 TRUCKING, LLC'S PLAN OF REORGANIZATION**
**DATED JANUARY 16, 2026**

**ARTICLE I**
**SUMMARY**

    This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of IH 35 Trucking, LLC, (the "Debtor") from profits earned by debtor from leasing tractors and trailers.

    This plan provides for 20 classes of secured claims; 1 class of unsecured claims; and 1 class of equity security holders. Unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 62.17%  cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

    All creditors and equity security holders should refer to Articles Ill through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one).

**ARTICLE II**
**CLASSIFICATION OF CLAIMS AND INTERESTS**

| | | |
|---|---|---|
| 2.01 | Class 1 | The claim of **Amur Equipment Finance Loan #5563, POC 13-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.02 | Class 2 | The claim of **Auxilior Capital Partners, Inc., Loan No. 1001674, POC 7-2**, to extent allowed as a secured claim under § 506 of the Code. |

| 2.03 | Class 3 | The claim of **BMO Harris Bank, N.A. Loan No. 933750400, POC No. 1-1**, to extent allowed as a secured claim under § 506 of the Code. |
|------|---------|-------------------------------------------------------------------|
| 2.04 | Class 4 | The claim of **Commercial Credit Group ("CCG") Loan #3T12012301 POC 17-1, Part 3, Pages 8-13 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.05 | Class 5 | The claim of **Continental Bank Loan #502356, POC 12-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.06 | Class 6 | The claim of **Mark Financial Services, A Division of VFS US LLC - Loan #7811506, POC 19-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.07 | Class 7 | The claim of **PNC Bank, a National Association, as successor to PNC Equipment Finance, LLC. Loan  #164521-001, POC 14-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.08 | Class 8 | The claim of **United Independent School District, POC 11-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.09 | Class 9 | The claim of **Auxilior Capital Partners, Inc., Loan No. 1001757, POC 8-1.**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.10 | Class 10 | The claim of **Commercial Credit Group ("CCG") Loan No. 3T05022202 POC 17-1, part 3, pages 8-13 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.11 | Class 11 | The claim of **Commercial Credit Group ("CCG") Loan No. 3T07292201, POC 17-1, Part 3, Pages 14-19**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.12 | Class 12 | The claim of **Commercial Credit Group ("CCG") Loan No. 3T08302101, POC 17-1, Part 3, Pages 44-49 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.13 | Class 13 | The claim of **Commercial Credit Group ("CCG") Loan No. 3T01122301, POC 17-1, Part 3, Pages 2-7 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.14 | Class 14 | The claim of **Commercial Credit Group ("CCG") Loan No. 3T02272304, POC 17-1, Part 3, pages 14-19 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.15 | Class 15 | The claim of **Commercial Credit Group ("CCG") Loan No. 3T05082301, POC 17-1. Part 3, pages 32-37 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.16 | Class 16 | The claim of **Commercial Credit Group ("CCG") Loan #3T02272302, POC 17-1, Part 3, Pages 8-13 of 55**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.17 | Class 17 | The claim of **M2 Equipment Finance Loan #16818-1, POC 20-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.18 | Class 18 | The claim of **Mitsubishi HC Capital America, Inc. Loan #145718  POC 4-1**, to extent allowed as a secured claim under § 506 of the Code. |

| 2.19 | Class 19 | The claim of **North Mill Credit Trust, Loan #C069030-A098326, POC 10-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.20 | Class 20 | The claim of **United Leasing, Inc. Loan  #87159, POC 2-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.21 | Class 21 | The claim of **TBK Bank SSB f/k/a Triump Commercial Finance , POC 18-1**, to extent allowed as a secured claim under § 506 of the Code. |
| 2.21 | Class 22 | Unsecured claims allowed under § 502 of the Code |
| 2.22 | Class 23 | The interest of Jorge Pablo Munoz in the debtor |

## ARTICLE III
## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
## U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.01    **Unclassified Claims.**   Under section § 1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

3.02    **Administrative Expense Claims.** Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03    **Priority Tax Claims.** Each holder of a priority tax claim will be paid monthly installments of a total value, as of the effective date of the plan, equal to the allowed amount of such claim; over a period ending not later than 5 years after the date of the order for relief with 9.50% interest. A failure by the reorganized Debtor to make a payment to the Comptroller pursuant to the terms of the Plan shall be an Event of Default. If the reorganized Debtor fails to cure an Event of Default as to tax payments within ten (10) calendar days after service of written notice of default from the Comptroller, the Comptroller may (a) enforce the entire amount of its claim, (b) exercise all rights and remedies under applicable non-bankruptcy law, and (c) seek such relief as may be appropriate in this court. Notice of the default shall be served by first class mail upon the reorganized Debtor at: **2815 Piedmont St., Laredo, Texas 78045, Attn: Jorge Munoz, Manager, and upon Debtor's Attorney at Law Office of Carl M. Barto, 817 Guadalupe St., Laredo, Texas 78040, Attn: Carl M. Barto; cmblaw@netscorp.net**.

The following chart lists the Debtor's estimated § 507(a)(8) priority tax claims and their proposed treatment under the Plan:

| Description (name and type of tax) | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| In re: IH 35 Trucking, LLC, Case No. 25-50057: | | | |
| Texas Workforce Commission | Priority amount | 5/1/2025 | Pay in full within 90 days of the Effective Date. The $84.89 balance of this claim will |

| Employment Tax POC 15  filed 11-3-2025 | 425.37 | | be paid as a Class 4 general unsecured claim. |

Debtor shall be allowed to cure up to two (2) defaults. Upon a third default, the Comptroller, at its option, may declare the default non-cureable and proceed to collect the remainder of the debt." 3.04 United States Trustee Fees. All fees required to be paid by 28 U.S.C. § 1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

## ARTICLE IV
## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01    Claims and interests shall be treated as follows under this Plan. "Lien retained" indicates that the creditor will retain its security interest in the collateral until the secured claim is paid in full:

| Class No. | Description | Treatment |
|---|---|---|
| 1 | **Secured Claim of Amur Equipment Finance Loan #5563, POC 13-1**<br><br>Allowed Secured Amount: $17,784.46<br>Collateral:  Five 2013 Utility Reefer Trailers.<br>Value: $62,000.00.<br>Priority of Lien: 1<br><br>**Total Claim:  $17,784.46** | Monthly payment amount: **$362.74**<br>Interest Rate: 8.25%<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion: $0.00 |
| 2 | **Secured claim of Auxilior Capital Partners, Inc., Loan No. 1001674, POC 7-2**<br><br>Allowed Secured Amount: $67,102,06<br>Collateral:  2022 Mack Anthem truck<br>Value: $67,102.06<br>Priority of Lien: 1<br><br>**Total Claim: $67,102,06** | Monthly payment amount: **$1,368.63**<br>Interest Rate: 8.25%<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion: $0.00 |
| 3 | **Secured claim of BMO Harris Bank, N.A. Loan No. 933750400, POC No. 1-1**<br><br>Allowed Secured Amount: $191,844.06<br>Collateral:  Three 2022 Mack Pinnacle trucks and one 2022 Mack Anthem truck<br>Value: $191,844.06 | Monthly payment amount: **$3,912.90**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No |

| Class No. | Description | Treatment |
|---|---|---|
| | Priority of Lien: 1<br><br>**Total Claim: $191,844.06** | Unsecured Portion: $0.00 |
| 4 | **Secured claim of Commercial Credit Group ("CCG") Loan #3T12012301 POC 17-1, Part 3, Pages 8-13 of 55**<br><br>Allowed Secured Amount: $69,397.83<br>Collateral: Two 2015 Peterbilt trucks and Thirteen utilities trailers.<br>Value: $83,727.50<br>Priority of Lien: 1<br><br>**Total Claim:  $69,397.83** | Monthly payment amount: **$1,415.46**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |
| 5 | **Secured Claim of Continental Bank Loan #502356, POC 12-1**<br><br>Allowed Secured Amount: $19,953.46<br>Collateral: Three 2014 Reefer Utility Trailers.<br>Value: $20,000.00<br>Priority of Lien: 1<br><br>**Total Claim:  $19,953.46** | Monthly payment amount: **$406.98**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien =Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |
| 6 | **Secured Claim of Mark Financial Services, A Division of VFS US LLC - Loan #7811506, POC 19-1**<br><br>Allowed Secured Amount: $258,009.24<br>Collateral: Four 2022 Mack Anthem trucks and Three 2022 Mack Pinnacle trucks.<br>Value: $258,009.24<br>Priority of Lien: 1<br><br>**Total Claim:  $258,009.24** | Monthly payment amount: **$5,107.67**<br>Interest Rate: 6.99%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |
| 7 | **Secured Claim of PNC Bank, a National Association, as successor to PNC Equipment Finance, LLC. Loan #164521-001, POC 14-1.**<br><br>Allowed Secured Amount: $28,753.36<br>Collateral: One utility drop deck trailer and Five utility flatbed tailers.<br>Value: $119,013.00.<br>Priority of Lien: 1 | Monthly payment amount: **$586.46**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>Unsecured Portion=  $0.00 |

| Class No. | Description | Treatment |
|---|---|---|
| | **Total Claim: $28,753.36** | |
| 8 | **Secured Claim of United Independent School District, POC 11-1.**<br><br>Allowed Secured Amount: $92,341.32.<br>Collateral:  lien on all personal property of Debtor<br>Value: $92,341.32<br>Priority of Lien: 1<br><br>**Total Claim: $92,341.32** | Monthly payment amount: **$1,883.42**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider: No<br>Unsecured Portion: $0.00 |
| 9 | **Partially Secured claim of Auxilior Capital Partners, Inc., Loan No. 1001757, POC 8-1.**<br>Allowed Secured Amount: $55,000.00<br>Collateral:  2022 Mack Anthem truck<br>Value: $55,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $91,844.32** | Monthly payment amount: **$1,121.79**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $36,844.32** |
| 10 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T05022202 POC 17-1, part 3, pages 8-13 of 55.**<br><br>Allowed Secured Amount: $144,222.50<br>Collateral: Two 2023 Mack Anthem Trucks<br>Value: $144,222.50<br>Priority of Lien: 1<br><br>**Total Claim: $212,593.27** | Monthly payment amount: **$2,941.60**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $68,370.77** |
| 11 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T07292201, POC 17-1, Part 3, Pages 14-19.**<br><br>Allowed Secured Amount: $139,743.00<br>Collateral: Two 2023 Mack Anthem trucks.<br>Value: $139,743.00<br>Priority of Lien: 1 | Monthly payment amount:   **$2,850,23**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $91,871.11** |

| Class No. | Description | Treatment |
|---|---|---|
| | **Total Claim: $231,614.11** | |
| 12 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T08302101, POC 17-1, Part 3, Pages 44-49 of 55.**<br><br>Allowed Secured Amount: $47,052.00<br>Collateral: a 2022 Peterbilt Truck<br>Value: $47,052.00<br>Priority of Lien: 1<br><br>**Total Claim: $72,119.50** | Monthly payment amount: **$ 959.68**<br>Interest Rate: 8.25% per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired: Yes<br>Insider:    No<br>**Unsecured Portion: $25,067.50** |
| 13 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No.  3T01122301, POC 17-1, Part 3, Pages 2-7 of 55.**<br><br>Allowed Secured Amount: $122,408.00<br>Collateral:  a 2023 Peterbilt 389 Truck<br>Value: $122,408.00<br>Priority of Lien: 1<br><br>**Total Claim: $163,935.14** | Monthly payment amount: **$2,496.66**<br>Interest Rate: 8.25% per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired: Yes<br>Insider:    No<br>**Unsecured Portion: $41,527.14** |
| 14 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T02272304, POC 17-1, Part 3, pages 14-19 of 55.**<br><br>Allowed Secured Amount: $600,000.00<br>Collateral: five 2024 Volvo VN trucks<br>Valu: $600,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $721,567.12** | Monthly payment amount: $**12,237.75**<br>Interest Rate: 8.25% per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired: Yes<br>Insider:    No<br>**Unsecured Portion: $121,567.12** |
| 15 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan No. 3T05082301, POC 17-1. Part 3, pages 32-37 of 55.**<br><br>Allowed Secured Amount: $313,142.00<br>Collateral: three 2024 Peterbilt 579 trucks<br>Value: $313,142.00<br>Priority of Lien: 1 | Monthly payment amount: **$6,386.92**<br>Interest Rate: 8.25% per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired: Yes<br>Insider:    No<br>**Unsecured Portion: $170,017.34** |

| Class No. | Description | Treatment |
|---|---|---|
| | **Total Claim: $483,159.34** | |
| 16 | **Partially Secured Claim of Commercial Credit Group ("CCG") Loan #3T02272302, POC 17-1, Part 3, Pages 8-13 of 55.**<br><br>Allowed Secured Amount: $186,340.00<br>Collateral:<br>Valued at $186,340.00<br>Priority of Lien:   1<br><br>**Total Claim: $294,252.60** | Monthly payment amount:   **$ 3,800.64**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion:  $107,912.60** |
| 17 | **Partially Secured Claim of M2 Equipment Finance Loan #16818-1, POC 20-1**<br><br>Allowed Secured Amount: $80,000.00<br>Collateral: a 2023 Mack Anthem truck<br>Valu: $80,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $140,686.54** | Monthly payment amount: **$ 1,631.70**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien =Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $60,699.54** |
| 18 | **Partially Secured Claim of Mitsubishi HC Capital America, Inc. Loan #145718  POC 4-1**<br><br>Allowed Secured Amount: $158,000.00<br>Collateral: two 2023  Mack Anthem trucks<br>Value: $158,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $257,515.13** | Monthly payment amount: **$3,222.61**.<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien =Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $99,515.13** |
| 19 | **Partially Secured Claim of North Mill Credit Trust, Loan #C069030-A098326, POC 10-1**<br>Allowed Secured Amount: $90,000.00<br>Collateral: a 2023 Mack Anthem truck<br>Value: $90,000.00<br>Priority of Lien: 1<br><br>**Total Claim: $176,927.25** | Monthly payment amount: **$1,835.66**<br>Interest Rate: 8.25% per annum<br>Pmts begin 30 days from the Effective Date<br>Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion: $86,927.25** |
| 20 | **Partially Secured Claim of United Leasing, Inc. Loan  #87159, POC 2-1** | Monthly payment amount:   **$ 3,582.89**<br>Interest Rate: 8.25%  per annum<br>Pmts begin 30 days from the Effective Date |

| Class No. | Description | Treatment |
|---|---|---|
| | Allowed Secured Amount: $175,664.00<br>Collateral:  two 2022 Volvo VNL 670 trucks.<br>Value: $175,664.00<br>Priority of Lien: 1<br><br>**Total Claim: $184,777.44** | Pmts end on the 61st month after the Effective Date<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion:      $9,113.34** |
| 21 | **Partially Secured Claim of TBK Bank, Proof of Claim  #18**<br><br>Allowed Secured Amount: $38,558.10<br><br>Collateral: Debtors post-petition accounts receivable and all of Debtor's other assets to the extent such assets are not otherwise encumbered.<br>Value: $38,558.10<br>Priority of Lien: 1<br><br>**Total Claim: $129,875.16** | Monthly payment amount:   **$ 2,500.00**<br>Interest Rate: 0%<br>Continuation of adequate protection payments until the claim is paid in full.<br>Treatment of Lien: Retained<br>Impaired:  Yes<br>Insider:     No<br>**Unsecured Portion:      $91,317.16** |
| 22 | General Unsecured Class<br>(Impaired) | Monthly payment amount: **$15,000.00 shared pro-rata for 60 months**<br>Pmts begin 30 days after the Effective Date<br>Interest Rate: 0.00%<br>Estimated percent of  claim to be paid:  61.3%<br><br>**Estimated Claims: $1,447,421.81** |
| 23 | Equity Interest Holder<br>(Impaired) | Retains Interest |

## ARTICLE V
## ALLOWANCE AND DISALLOWANCE OF CLAIMS

     5.01   **Disputed Claim**. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

     5.02   **Delay of Distribution on a Disputed Claim**. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order. 5.03 Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

     5.04   **Claims for Attorney's Fees by Oversecured Creditors.** All holders of allowed secured claims asserting a right to recover attorney fees and/or costs under the provisions of 11 U.S.C. §506(b), including over secured creditor BMO Bank N.A., shall have 30 days after the Confirmation date to present a claim, by way of pleading filed with the Court, asserting the amount of fees and costs to be recovered and the name and address of the payee for the final allowed amount thereof. The reorganized Debtor shall have 21 days in which to file an objection to any such claim, failing which, the claim for fees and costs will be allowed as stated. If the reorganized Debtor objects to the claim, then it shall file an Objection thereto and schedule a hearing thereon with the Court. Any such claim for fees and costs allowed here under shall be paid by the debtor in 3 installments, commencing on the effective date, or the first day of the month following the determination by hearing of any contested claim hereunder, and continuing each month on the same numerical date of the month as the numerical date of the effective date, without interest, until paid in full.

**ARTICLE VI**
**PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

     6.01   Assumed Executory Contracts and Unexpired Leases.

     (a)    The Debtor assumes the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII:

| Party | Description of Contract | Election |
|---|---|---|
| IH 35 Transportation, LLC | Equipment Lease | Assumed |
| Alliance Funding Group, Lease No. 19-10219, POC 5-1 | Lease Agreement for 2014 Utility Reefer | Assumed |
| Alliance Funding Group, Lease No. 19-10220, POC 6-1 | Lease Agreement for 2014 Utility Reefer | Assumed |

     (b)    The Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01(a) above, or before the date of the order confirming this Plan, upon the effective date of this Plan. A proof of claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than insert date] (21) days after the date of the order confirming this Plan.

| Party | Description of Contract | Election |
|---|---|---|
| None | | |

**ARTICLE VII**
**MEANS FOR IMPLEMENTATION OF THE PLAN**

     The plan will be funded from Debtor's future operations. Debtor expects to gross the first year $95,000.00 per month and after reasonable and necessary expenses will have $85,108.75 for the first month to fund the plan. The first monthly plan payment totals $85.108.75. After the payment of administrative expenses for the first month, the monthly plan payments will be reduced to

$82,268.59. Beginning in the seventh month the monthly Plan payment will become $66,777.69 for the remaining months of the Plan.

**ARTICLE VIII**
**GENERAL PROVISIONS**

8.01 **Definitions and Rules of Construction.** The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: **None**

8.02 **Effective Date of Plan.** The effective date of this Plan is the first business day following the date that is fourteen days after the entry of the order of confirmation. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay of the confirmation order expires or is otherwise terminated. 8.03 Severability. If any provision of this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect on any other provision of this Plan.

8.04 **Binding Effect.** The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

8.05 **Captions.** The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

8.06 **Controlling Effect.** Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Texas govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided for in this Plan.

8.07 **Notice of Default.** Except as otherwise provided herein with respect to the treatment of a Class of Creditors, in the event of any alleged default under the Plan, any Creditor or party-in-interest must give a written default notice to the defaulting Reorganized Debtor with copies to counsel of record for the defaulting Reorganized Debtor specifying the nature of the default. Upon receipt of the default notice, the defaulting Reorganized Debtor shall have **ten (10) days** to cure such default from the time of receipt of the default notice. If such default has not been cured within the applicable time period any such Creditor or party-in-interest shall have the right to exercise any and all available remedies, including the right to undertake foreclosure upon any collateral securing the obligation, if applicable.

**ARTICLE IX**
**DISCHARGE**

9.01 **Discharge.** The provisions of a confirmed plan bind the debtor, any entity issuing securities under the plan, any entity acquiring property under the plan, and any creditor, equity security holder, or general partner in the debtor, whether or not the claim or interest of such creditor, equity security holder, or general partner is impaired under the plan and whether or not such creditor, equity security holder, or general partner has accepted the plan. The confirmation of

a plan vests all of the property of the estate in the debtor. Except as otherwise provided in the plan or in the order confirming the plan, after confirmation of a plan, the property dealt with by the plan is free and clear of all claims and interests of creditors, equity security holders, and of general partners in the debtor. Except as otherwise provided in the plan, or in the order confirming the plan, the confirmation of a plan, discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of the bankruptcy code, whether or not a proof of the claim based on such debt is filed or deemed filed under section 501 of the bankruptcy code, such claim is allowed under section 502 of the bankruptcy code; or the holder of such claim has accepted the plan; and terminates all rights and interests of equity security holders and general partners provided for by the plan.

9.02    **Third Parties**. Notwithstanding anything in the Plan to the contrary, the Plan shall not release or discharge any entity, other than the Debtor or Reorganized Debtor, from any liability owed to the Texas Comptroller of Public Accounts for a tax debt, including interest and penalties on such tax. This provision is not admission by any party that such liability exists.

9.03    **Setoff.** Notwithstanding anything in the Plan to the contrary, the Plan shall not limit the Texas Comptroller's setoff rights under 11 U.S.C. § 553. This provision is not admission by any party that such setoff rights exist.

**ARTICLE X**
**OTHER PROVISIONS**

**PRESERVED LITIGATION CLAIMS**

10.1    In accordance with Fifth Circuit case law, the Debtor is required to preserve all litigation claims by specifically and unequivocally identifying all claims and causes of action. The Debtor preserves the following claims:

(a)    Claims against those entities listed in response to Statement of Financial Affairs question (3b) under 11 U.S.C. §§ 547 and 548 shall be preserved. Pursuant to section 547 of the Bankruptcy Code, a debtor may recover certain preferential transfers of property, including cash, made while insolvent during the ninety days immediately prior to the filing of its bankruptcy petition with respect to preexisting debts a debtor owes a transferee to the extent the transferee received more than it would have if the transfer had not been made and the debtor been liquidated under chapter 7 of the Bankruptcy Code. If a preferential transfer were recovered by a debtor, the transferee would have a general unsecured claim against the debtor to the extent of the debtor's recovery. Debtors have not analyzed whether the recipients of such payments would have a defense to a preference action. Under the Plan, all Avoidance Actions of the Debtor against any potential preference defendant shall be preserved and Debtor will have the authority as a representative of the Estate to investigate and prosecute all such Avoidance Actions in accordance with section 1123(b)(3) of the Bankruptcy Code. Trucking values these claim at -0-.

Under section 548 of the Bankruptcy Code and various state laws, a debtor may recover certain prepetition transfers of property, including the grant of a security interest in property, made while insolvent to the extent the debtor receives less than fair value for such property. In addition, Avoidance Actions exist under sections 544, 545, 549 and 553(b) of the Bankruptcy Code that allow a debtor to avoid and/or recover certain property. As of the date hereof, the Debtor has not yet estimated the potential recovery from the prosecution of Avoidance Actions. Under the Plan, all such Avoidance Actions shall be

preserved the Debtor will have the authority as a representative of the Estate to investigate and prosecute all such Avoidance Actions in accordance with section 1123(b)(3) of the Bankruptcy Code. The Debtor will pursue[1] all Avoidance Actions, to the extent they do not constitute Released Estate Causes of Action. HOLDERS OF UNSECURED CLAIMS SHOULD REALIZE THAT PURSUANT TO SECTION 502(0) OF THE BANKRUPTCY CODE, THE DEBTOR MAY WITHHOLD DISTRIBUTION ON THEIR CLAIMS TO THE EXTENT THE HOLDERS OF SUCH CLAIMS RECEIVED PAYMENTS FROM THE DEBTOR DURING THE 90 DAY PERIOD (OR 1 YEAR IN THE CASE OF INSIDERS) PRIOR TO THE PETITION DATE (June 6, 2025) Debtor values these claims at zero.

(b)     Debtor plans to file an adversary to collect funds misappropriated by Ignacio Munoz Escamilla in the two years preceding his termination in December of 2024.  The Debtor estimates the aggregate amount of these claims to be in excess of $500,000.00  Mr. Escamilla left the books and records of Debtor in such a destroyed state that it has been difficult to quantify the amount of his defalcation.

(c) Any lawsuits for, or in any way involving, the collection of accounts receivable or any matter related to the Plan.

(d) Any and all Causes of Action against any customer or vendor who has improperly asserted or taken action through setoff or recoupment.

(e) IH 35 Trucking  expects to object to the claims asserted by **Commercial Credit Group ("CCG") in Proof of Claim 17-1** in Classes 10-16 stated herein. Trucking will also be objecting to the portion of the CCG claim asserted in the Proof of Claim at Part 3, pages 20-25 of 55.  Debtor has correspondence preceding the filing of this case that this debt has been paid in full.  Debtor will also be filing objections to any claim which asserts a priority or lien to which  the creditor is not entitled, or where the value of collateral asserted by a creditor exceeds the value of the collateral asserted by the  Debtors.

CCG denies that any portion of its claims should be disallowed and assert that its claims are "oversecured" based upon the value of its collateral.

Debtor disputes the amount of  some of the CCG claims, and believes CCG has over estimated the value of its collateral.

**IH 35 Trucking, LLC,**
**a Texas limited liability company**

By:     _/s/ *Jorge P. Munoz*___
        Jorge P. Munoz, Managing Member

---

[1] Pursuit of an Avoidance Action may include, but not be limited to, service of a demand letter, settlement negotiation, pursuit of litigation, and any other means available to the Liquidating Trustee to obtain a resolution of such Avoidance Action.

**EXHIBIT A-2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | | |
|---|---|---|---|
| In re: | § | **Case No.** | **25-50057** |
| **IH 35 Trucking, LLC** | § | | |
| | § | **Jointly Administered  25-50057** | |
| **Debtor** | § | | |
| | § | | |
| **IH 35 transportation, LLC,** | § | **Case No.** | **25-50103** |
| | § | | |
| **Debtor** | § | **Chapter 11** | |

**IH 35 TRANSPORTATION, LLC'S PLAN OF REORGANIZATION**
**DATED JANUARY 16, 2026**

**ARTICLE I**
**SUMMARY**

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of IH 35 Trucking, LLC, (the "Debtor") from profits earned by debtor from leasing tractors and trailers.

This plan provides for 29 classes of secured claims; 1 class of unsecured claims; and 1 class of equity security holders. Unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 68 cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles Ill through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one).

**ARTICLE II**
**CLASSIFICATION OF CLAIMS AND INTERESTS**

| | | |
|---|---|---|
| 2.01 | Class 1 | There are no secured claims in this case. |
| 2.02 | Class 2 | Priority unsecured wage claims. |
| 2.03 | Class 3 | General unsecured claims. |
| 2.04 | Class 4 | Equity shareholder claim. |

## ARTICLE III
## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
## U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.01   **Unclassified Claims.**  Under section § 1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

3.02   **Administrative Expense Claims.** Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03   **Priority Tax Claims.** Each holder of a priority tax claim will be paid monthly installments of total value, as of the effective date of the plan, equal to the allowed amount of such claim; over a period ending not later than 5 years after the date of the order for relief with 9.50% interest. A failure by the reorganized Debtor to make a payment to the Comptroller pursuant to the terms of the Plan shall be an Event of Default. If the reorganized Debtor fails to cure an Event of Default as to tax payments within ten (10) calendar days after service of written notice of default from the Comptroller, the Comptroller may (a) enforce the entire amount of its claim, (b) exercise all rights and remedies under applicable non-bankruptcy law, and (c) seek such relief as may be appropriate in this court. Notice of the default shall be served by first class mail upon the reorganized Debtor at: **2815 Piedmont St., Laredo, Texas 78045, Attn: Jorge Munoz, Manager, and upon Debtor's Attorney at Law Office of Carl M. Barto, 817 Guadalupe St., Laredo, Texas 78040, Attn: Carl M. Barto; cmblaw@netscorp.net**.

Debtor shall be allowed to cure up to two (2) defaults. Upon a third default, the Comptroller, at its option, may declare the default non-cureable and proceed to collect the remainder of the debt." 3.04 United States Trustee Fees. All fees required to be paid by 28 U.S.C. § 1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

## ARTICLE IV
## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01   Claims and interests shall be treated as follows under this Plan. "Lien retained" indicates that the creditor will retain its security interest in the collateral until the secured claim is paid in full:

| Class No. | Description | Treatment |
|---|---|---|
| 2.01 | None | Debtor does not believe there are any secured claims in this case. |
| 2.02 | IH 35 Transportation, LLC Owes $29,730.24 to 18 drivers for wages incurred within 180 of the petition for relief. These claims are impaired. | Monthly payment amount:   **$7,432.56** Pmts begin 30 days from the Effective Date Pmts end after 4 months |

2

| | | Total Payout Amount: $29,730.24 |
|---|---|---|
| 2.03 | General Unsecured Claims. These claims are impaired. | Monthly payment amount: **$3,350.00** shared pro-rata for 60 months<br>Pmts begin 30 days after the Effective Date<br>Interest Rate: 0.00%<br>Estimated percent of claim to be paid: 61.3%<br><br>**Estimated Claims: $309, 437.93** |

Should any monthly payment to a member of the general unsecured class be less than $200.00, the Debtor may hold the payment until the sum of monthly payments aggregates to at least $200.00 before making the payment. Should any debt in this class be so small that the aggregate of payments to accrue to the creditor over the life of the plan will be less than $500.00, the Debtor may pay such a claim on the date the first monthly payment is to be made to this Class.

## ARTICLE V
## ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01    **Disputed Claim**. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02    **Delay of Distribution on a Disputed Claim**. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order. 5.03 Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5.04    **Claims for Attorney's Fees by Oversecured Creditors**. All holders of allowed secured claims asserting a right to recover attorney fees and/or costs under the provisions of 11 U.S.C. §506(b), including over secured creditor BMO Bank N.A., shall have 30 days after the Confirmation date to present a claim, by way of pleading filed with the Court, asserting the amount of fees and costs to be recovered and the name and address of the payee for the final allowed amount thereof. The reorganized Debtor shall have 21 days in which to file an objection to any such claim, failing which, the claim for fees and costs will be allowed as stated. If the reorganized Debtor objects to the claim, then it shall file an Objection thereto and schedule a hearing thereon with the Court. Any such claim for fees and costs allowed here under shall be paid by the debtor in 3 installments, commencing on the effective date, or the first day of the month following the determination by hearing of any contested claim hereunder, and continuing each month on the same numerical date of the month as the numerical date of the effective date, without interest, until paid in full.

3

## ARTICLE VI
## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01    Assumed Executory Contracts and Unexpired Leases.

(a)    The Debtor assumes the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII:

| Party | Description of Contract | Election |
|---|---|---|
| IH 35 Trucking, LLC | Equipment Lease | Assumed |

(b)    The Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01(a) above, or before the date of the order confirming this Plan, upon the effective date of this Plan. A proof of claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than insert date] (21) days after the date of the order confirming this Plan.

| Party | Description of Contract | Election |
|---|---|---|
| None | None | None |

## ARTICLE VII
## MEANS FOR IMPLEMENTATION OF THE PLAN

The plan will be funded from Debtor's future operations. Debtor will pay $10,782.56 per  month for the first five months of the Plan and then $3,350.00  for the remaining fifty-five months to fund the Plan.

## ARTICLE VIII
## GENERAL PROVISIONS

8.01    **Definitions and Rules of Construction.** The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: **None**

8.02    **Effective Date of Plan.** The effective date of this Plan is the first business day following the date that is fourteen days after the entry of the order of confirmation. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay of the confirmation order expires or is otherwise terminated. 8.03 Severability. If any provision of this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect on any other provision of this Plan.

8.04    **Binding Effect.** The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such

4

entity.

8.05 __Captions.__ The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

8.06 __Controlling Effect.__ Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Texas govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided for in this Plan.

8.07 __Notice of Default.__ Except as otherwise provided herein with respect to the treatment of a Class of Creditors, in the event of any alleged default under the Plan, any Creditor or party-in-interest must give a written default notice to the defaulting Reorganized Debtor with copies to counsel of record for the defaulting Reorganized Debtor specifying the nature of the default. Upon receipt of the default notice, the defaulting Reorganized Debtor shall have __ten (10) days__ to cure such default from the time of receipt of the default notice. If such default has not been cured within the applicable time period any such Creditor or party-in-interest shall have the right to exercise any and all available remedies, including the right to undertake foreclosure upon any collateral securing the obligation, if applicable.

## ARTICLE IX
## DISCHARGE

9.01 __Discharge.__ The provisions of a confirmed plan bind the debtor, any entity issuing securities under the plan, any entity acquiring property under the plan, and any creditor, equity security holder, or general partner in the debtor, whether or not the claim or interest of such creditor, equity security holder, or general partner is impaired under the plan and whether or not such creditor, equity security holder, or general partner has accepted the plan. The confirmation of a plan vests all of the property of the estate in the debtor. Except as otherwise provided in the plan or in the order confirming the plan, after confirmation of a plan, the property dealt with by the plan is free and clear of all claims and interests of creditors, equity security holders, and of general partners in the debtor. Except as otherwise provided in the plan, or in the order confirming the plan, the confirmation of a plan, discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of the bankruptcy code, whether or not a proof of the claim based on such debt is filed or deemed filed under section 501 of the bankruptcy code, such claim is allowed under section 502 of the bankruptcy code; or the holder of such claim has accepted the plan; and terminates all rights and interests of equity security holders and general partners provided for by the plan.

9.02 __Third Parties__. Notwithstanding anything in the Plan to the contrary, the Plan shall not release or discharge any entity, other than the Debtor or Reorganized Debtor, from any liability owed to the Texas Comptroller of Public Accounts for a tax debt, including interest and penalties on such tax. This provision is not admission by any party that such liability exists.

9.03   **Setoff.** Notwithstanding anything in the Plan to the contrary, the Plan shall not limit the Texas Comptroller's setoff rights under 11 U.S.C. § 553. This provision is not admission by any party that such setoff rights exist.

**ARTICLE X**
**OTHER PROVISIONS**

**PRESERVED LITIGATION CLAIMS**

In accordance with Fifth Circuit case law, the Debtor is required to preserve all litigation claims by specifically and unequivocally identifying all claims and causes of action. The Debtor preserves the following claims:

(a)   Claims against those entities listed in response to Statement of Financial Affairs question (3b) under 11 U.S.C. §§ 547 and 548 shall be preserved. Pursuant to section 547 of the Bankruptcy Code, a debtor may recover certain preferential transfers of property, including cash, made while insolvent during the ninety days immediately prior to the filing of its bankruptcy petition with respect to preexisting debts a debtor owes a transferee to the extent the transferee received more than it would have if the transfer had not been made and the debtor been liquidated under chapter 7 of the Bankruptcy Code. If a preferential transfer were recovered by a debtor, the transferee would have a general unsecured claim against the debtor to the extent of the debtor's recovery. Debtors have not analyzed whether the recipients of such payments would have a defense to a preference action. Under the Plan, all Avoidance Actions of the Debtor against any potential preference defendant shall be preserved and Debtor will have the authority as a representative of the Estate to investigate and prosecute all such Avoidance Actions in accordance with section 1123(b)(3) of the Bankruptcy Code. The Debtor is evaluating filing such a claim for the payments made to CCG by its factoring company in the 90 days before this case was filed.

Under section 548 of the Bankruptcy Code and various state laws, a debtor may recover certain prepetition transfers of property, including the grant of a security interest in property, made while insolvent to the extent the debtor receives less than fair value for such property. In addition, Avoidance Actions exist under sections 544, 545, 549 and 553(b) of the Bankruptcy Code that allow a debtor to avoid and/or recover certain property. As of the date hereof, the Debtor has not yet estimated the potential recovery from the prosecution of Avoidance Actions. Under the Plan, all such Avoidance Actions shall be preserved the Debtor will have the authority as a representative of the Estate to investigate and prosecute all such Avoidance Actions in accordance with section 1123(b)(3) of the Bankruptcy Code. The Debtor will pursue[1] all Avoidance Actions, to the extent they do not constitute Released Estate Causes of Action. HOLDERS OF UNSECURED CLAIMS SHOULD REALIZE THAT, PURSUANT TO SECTION 502(0) OF THE BANKRUPTCY CODE, THE DEBTOR MAY WITHHOLD DISTRIBUTION ON THEIR CLAIMS TO THE EXTENT THE HOLDERS OF SUCH CLAIMS RECEIVED PAYMENTS FROM THE DEBTOR DURING THE 90 DAY PERIOD (OR 1 YEAR IN THE CASE OF INSIDERS) PRIOR TO THE PETITION DATE (October 2,2025) Debtor is evaluating these claims.

(b)   Debtor plans to file an adversary to collect funds misappropriated by Ignacio Munoz Escamilla in the two years preceding his termination in December of 2024. The Debtor estimates the aggregate amount of these claims to be in excess of $500,000.00 Mr. Escamilla left

---

[1] Pursuit of an Avoidance Action may include, but not be limited to, service of a demand letter, settlement negotiation, pursuit of litigation, and any other means available to the Liquidating Trustee to obtain a resolution of such Avoidance Action.

the books and records of Debtor in such a destroyed state that it has been difficult to quantify the amount of his defalcation.

(c) Any lawsuits for, or in any way involving, the collection of accounts receivable or any matter related to the Plan.

(d) Any and all Causes of Action against any customer or vendor who has improperly asserted or taken action through setoff or recoupment.

(e) IH 35 Transportation expects to object to the claims asserted by Commercial Credit Group ("CCG") to the extent they are the same claims filed in Proof of Claim 17-1 in bankruptcy case 25-50057

Debtor will also be filing objections to any claim which asserts a priority or lien to which the creditor is not entitled, the amount of the debt stated is incorrect, or where the value of collateral asserted by a creditor exceeds the value of the collateral asserted by the Debtors.

CCG denies that any portion of its claims should be disallowed and assert that its claims are "oversecured" based upon the value of its collateral.

Debtor disputes the amount of some of the CCG claims, and believes CCG has over estimated the value of its collateral.

**IH 35 Transportation, LLC,**
**a Texas limited liability company**


By:    /s/ *Jorge P. Munoz*
        Jorge P. Munoz, Managing Member

# EXHIBIT B-1

Fill in this information to identify the case:

Debtor name      **IH 35 TRUCKING, LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known):      **25-50057**      Chapter __11__

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................................    **$0.00**

  1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..............................................................................................    **$3,261,255.67**

  1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................................    **$3,261,255.67**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

  Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................    **$6,171,545.97**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    **$163,399.01**

  3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................    **+ $1,330,981.71**

4. **Total liabilities**.........................................................................................................................    **$7,665,926.69**

  Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name  **IH 35 TRUCKING, LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____
(State)

Case number (if known): **25-50057**

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule G: Executory Contracts and Unexpired Leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  Cash on hand

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | PNC Bank | Checking account | 2  7  7  8 | $0.00 |
| 3.2 | PNC Bank | Checking account | 2  9  8  9 | $0.00 |
| 3.3 | PNC Bank | Checking account | 2  9  9  7 | $0.00 |
| 3.4 | Vantage Bank | Checking account | 6  1  7  9 | $0.00 |
| 3.5 | Vantage Bank | Checking account | 6  1  6  1 | $0.00 |
| 3.6 | Bank of America | Checking account | 8  2  0  3 | $0.00 |
| 3.7 | Bank of America | Checking account | 8  2  1  6 | $90.17 |
| 3.8 | Vantage Bank | Checking account | 6  2  6  0 | $0.00 |

4.  Other cash equivalents *(Identify all)*

4.1 _____

4.2 _____

5.  Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$90.17

### Part 2:  Deposits and prepayments

Debtor    IH 35 TRUCKING, LLC                                    Case number (if known) 25-50057
          Name

6.   **Does the debtor have any deposits or prepayments?**

     ☑ No. Go to Part 3.
     ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

7.   **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

     7.1 _____    _____

     7.2 _____    _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____    _____

     8.2 _____    _____

9.   **Total of Part 2**
     Add lines 7 through 8. Copy the total to line 81.                           [          ]

## Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4
     ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11.  **Accounts receivable**

     11a. 90 days old or less  _____  -  _____  = ___ →   _____
                               face amount        doubtful or uncollectible accounts

     11b. Over 90 days old:      **unknown**   -       **unknown**            = ___ →        **unknown**
                               face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.        [          ]

## Part 4:    Investments

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock

     14.1 _____    _____    _____

Debtor   **IH 35 TRUCKING, LLC** _____   Case number *(if known)* __25-50057__

Name

14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of
                                                   ownership

15.1 _____   _____   _____   _____

15.2 _____   _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.   [_____]

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

   ☑ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.   [_____]

24. Is any of the property listed in Part 5 perishable?

   ☐ No
   ☐ Yes

Debtor     **IH 35 TRUCKING, LLC** _____     Case number *(if known)* **25-50057** _____

Name

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes

---

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. Total of Part 6

Add lines 28 through 32. Copy the total to line 85.     _____

34. Is the debtor a member of an agricultural cooperative?

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?

☐ No

☐ Yes

Debtor **IH 35 TRUCKING, LLC**
Name

Case number (if known) **25-50057**

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☐ No

☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 3 Desk | $300.00 | Debtor | $300.00 |
| 2 work tables | $400.00 | Debtor | $400.00 |
| 11 Office chairs | $660.00 | Debtor | $660.00 |
| Table | $120.00 | Debtor | $120.00 |
| 4 Chair tables | $240.00 | Debtor | $240.00 |
| 7 Office drawer | $420.00 | Debtor | $420.00 |
| Cabinet | $280.00 | Debtor | $280.00 |
| 40. Office fixtures | | | |
| | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 3 office phones | $240.00 | Debtor | $240.00 |
| 3 Lenovo Laptop | $750.00 | Debtor | $750.00 |
| 3 HP Laptop | $840.00 | Debtor | $840.00 |
| 2 Dell Laptop | $590.00 | Debtor | $590.00 |
| Asus | $300.00 | Debor | $300.00 |
| 2 Mack Laptop | $1,000.00 | Debtor | $1,000.00 |
| 7 HP Monitor | $560.00 | Debtor | $560.00 |
| 3 LG Monitor | $270.00 | Debtor | $270.00 |
| 3 Samsun | $285.00 | Debtor | $285.00 |
| 2 Acer Monitor | $140.00 | Debtor | $140.00 |
| Printer | $120.00 | Debtor | $120.00 |
| HP Desk Computer | $120.00 | Debtor | $120.00 |

| Debtor | IH 35 TRUCKING, LLC | Case number (if known) 25-50057 |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections; memorabilia, or collectibles

42.1 _____     _____  _____  _____

42.2 _____     _____  _____  _____

42.3 _____     _____  _____  _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.          **$7,635.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2023 Mack Anthem / VIN: 1M1AN4GYXPM033356 Truck 167** | $80,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $80,000.00 |
| 47.2 **2013 Utility Reefer 53 / VIN: 1UYVS2531DU524837 #10837**<br>Needs engine/compressor & computer | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |
| 47.3 **2013 Utility Reefer 53 / VIN: 1UYVS2536DU525207 #10207**<br>Crashed trailer | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |
| 47.4 **2023 Mack Anthem / VIN: 1M1AN4GY3PM030265 Truck 160** | $69,453.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $69,453.00 |

Debtor      IH 35 TRUCKING, LLC
            Name                                                        Case number *(if known)* 25-50057

| | | | |
|---|---|---|---|
| 47.5 **2013 Utility Reefer 53** / VIN: 1UYVS2539DU524827 #10827 | $7,900.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $7,900.00 |
| 47.6 **2023 Mack Anthem** / VIN: 1M1AN4GY2PM030385 Truck 161 | $65,917.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $65,917.50 |
| 47.7 **2013 Utility Reefer 53** / VIN: 1UYVS2530DU524702 #10702-Needs engine , compressor and computer | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |
| 47.8 **2022 Mack Pinnacle** / VIN: 1M1AN4GY6NM023470 Truck 145-Damages on suspension and sensors. need 10 tires est. 4,000.00 fir repair | $47,994.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $47,994.00 |
| 47.9 **2013 Utility Reefer 53** / VIN: 1UYVS2530DU525106 #10106-needs engine, compressor and computer | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |
| 47.10 **2022 Mack Pinnacle** / VIN: 1M1AN4GY1NM023599 Truck 146 | $47,994.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $47,994.00 |
| 47.11 **2022 Mack Pinnacle** / VIN: 1M1AN4GY1NM023604 Truck 147 | $47,994.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $47,994.00 |
| 47.12 **2018 Utility Reefer 53** / VIN: 1UYVS253XJ2159209 #10209 | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |
| 47.13 **2022 Mack Anthem** / VIN: 1M1AN4GY5NM023606 Truck 148 | $47,994.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $47,994.00 |
| 47.14 **2018 Utility Reefer 53** / VIN: 1UYVS2532J2159219 #10219 | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |

Debtor    **IH 35 TRUCKING, LLC**                                    Case number *(if known)* **25-50057**
          Name

| | | | |
|---|---|---|---|
| 47.15 **2022 Mack Anthem / VIN: 1M1AN4GY6NM023257 Truck 139** | $53,148.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $53,148.50 |
| 47.16 **2018 Utility Reefer 53 / VIN: 1UYVS2532J2159222 #10222** | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |
| 47.17 **2022 Mack Anthem / VIN: 1M1AN4GYXNM023472 Truck 140** | $53,148.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $53,148.50 |
| 47.18 **2018 Utility Reefer 53 / VIN: 1UYVS2530J2159218 #10218** | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |
| 47.19 **2022 Mack Pinnacle / VIN: 1M1AN4GY8NM023468 Truck 141-Sensor problems estimate 3,000.00 for repairs** | $53,804.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $53,804.50 |
| 47.20 **2018 Utility Reefer 53 / VIN: 1UYVS2536J2159224 #10224** | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |
| 47.21 **2022 Mack Pinnacle / VIN: 1M1AN4GY8NM023602 Truck 142-Crashed truck still missing body parts, 20,000.00 bill body shop** | $57,086.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $57,086.50 |
| 47.22 **2018 Utility Reefer 53 / VIN: 1UYVS2539J2280202 #10202** | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |
| 47.23 **2022 Mack Anthem / VIN: 1M1AN4GY8NM023471 Truck 143** | $53,148.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $53,148.50 |
| 47.24 **2022 Mack Anthem / VIN: 1M1AN4GYXNM023603 Truck 144** | $53,148.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $53,148.50 |

Debtor    **IH 35 TRUCKING, LLC**            Case number *(if known)* **25-50057**

       Name

| | | |
|---|---|---|
| 47.25 2018 Utility Reefer 53 / VIN: 1UYVS2535J2159215 #102145 | $26,620.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $26,620.00 |
| 47.26 2024 Volvo VN / VIN: 4V4WC9EHXRN631153 Truck 170 | $117,974.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $117,974.00 |
| 47.27 2016 Wabash Reefer 53 / VIN: 1JJV532B6GL965873 #10873-needs engine, compressor and computer | $12,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,000.00 |
| 47.28 2024 Volvo VN / VIN: 4V4WC9EH3RN631155 Truck 171 | $100,098.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $100,098.50 |
| 47.29 2014 Utility Reefer 53 / VIN: 1UYVS2538EU857425 #10425 | $15,529.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $15,529.00 |
| 47.30 2024 Volvo VN / VIN: 4V4WC9EH5RN631156 Truck 172 | $101,290.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $101,290.50 |
| 47.31 2013 Utility Reefer 53 / VIN: 1UYVS2536DU524347 @10347-needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.32 2024 Volvo VN / VIN: 4V4WC9EH1RN631154 Truck 173 | $101,290.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $101,290.50 |
| 47.33 2014 Utility Reefer 53 / VIN: 1UYVS2538EU857327 #10327 | $12,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,500.00 |
| 47.34 2024 Volvo VN / VIN: 4V4WC9EH1PN631152 Truck 174 | $84,014.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $84,014.50 |
| 47.35 2014 Utility Reefer 53 / VIN: 1UYVS2532EU857646 #10646-Needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |

Debtor    **IH 35 TRUCKING, LLC**                                    Case number *(if known)* **25-50057**
            Name

| | | | |
|---|---|---|---|
| 47.36 **2024 Peterbilt 579** / VIN: 1XPBD49X9RD647425 Truck 175 | $98,033.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $98,033.50 |
| 47.37 **2014 Utility Reefer 53** / VIN: 1UYVS253XEU857474 #10474-Needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.38 **2024 Peterbilt 579** / VIN: 1XPBD49X7RD647424 Truck 176 | $115,540.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $115,540.00 |
| 47.39 **2014 Utility Reefer 53** / VIN: 1UYVS2534EU857518 #105181- Severely damaged frame | $4,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $4,000.00 |
| 47.40 **2024 Peterbilt 579** / VIN: 1XPBD49X5RD647423 Truck 177 | $84,014.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $84,014.50 |
| 47.41 **2014 Utility Reefer 53** / VIN: 1UYVS2530EU857502 #10502 | $12,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,500.00 |
| 47.42 **2023 Peterbilt 389** / VIN: 1XPXD49X8PD892431 Truck 169 | $122,408.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $122,408.00 |
| 47.43 **2020 Utility Flatbed 53** / VIN: 1UYFS2534L5927207 #56207 | $19,832.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $19,832.50 |
| 47.44 **2022 Peterbilt 579** / VIN: 1XPBD49X5ND782394 Truck 152 | $47,052.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $47,052.00 |
| 47.45 **2020 Utility Flatbed 53** / VIN: 1UYFS2536L5927208 #56208 | $19,832.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $19,832.50 |
| 47.46 **2023 Mack Anthem** / VIN: 1M1AN4GY4PM030386 Truck 162 | $70,181.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $70,181.50 |

Debtor   IH 35 TRUCKING, LLC _____   Case number *(if known)* 25-50057 _____

Name

| | | | |
|---|---|---|---|
| 47.47 2020 Utility Flatbed 53 / VIN: 1UYFS2538L5927209 #56209 | $19,832.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $19,832.50 |
| 47.48 2023 Mack Anthem / VIN: 1M1AN4GY0PM030370 Truck 163 | $70,181.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $70,181.50 |
| 47.49 2020 Utility Flatbed 53 / VIN: 1UYFS2534L5927210 #56210 | $19,832.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $19,832.50 |
| 47.50 2023 Mack Anthem / VIN: 1M1AN4GY6PM033354 Truck 164 | $70,290.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $70,290.00 |
| 47.51 2023 Mack Anthem / VIN: 1M1AN4GY8PM033355 Truck 165 | $69,453.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $69,453.00 |
| 47.52 2016 Wabash Reefer 53 / VIN: 1JJV532B1GL965876 #10876 | $18,333.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $18,333.00 |
| 47.53 2016 Utility Reefer 53 / VIN: 1UYVS2530GM762456 #10456 | $18,333.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $18,333.00 |
| 47.54 2023 Mack Anthem / VIN: 1M1AN4GY3PM033358 Truck 168 | $71,127.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $71,127.50 |
| 47.55 2020 Utility Flatbed 53 / VIN: 1UYFS2534L5927211 #56211 | $19,832.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $19,832.50 |
| 47.56 2022 Mack Anthem / VIN: 1M1AN4GY3NM030263 Truck 159 | $62,371.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $62,371.50 |

Debtor    IH 35 TRUCKING, LLC                                          Case number (if known) 25-50057
          Name

| | | | |
|---|---|---|---|
| 47.57 **2020 Utility Flatbed** / VIN: 1UYFS2534L5806404 #56404 | $19,832.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $19,832.50 |
| 47.58 **2022 Volvo VNL670** / VIN: 4V4NC9EH3NN605709 Truck 156 | $87,320.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $87,320.00 |
| 47.59 **2013 Utility Reefer trailer** / VIN: 1UYVS2534DU525139 Needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.60 **2022 Volvo VNL670** / VIN: 4V4NC9EH1NN605708 Truck 158-Turbo damaged and sensors failing-3,000.00 for repairs | $87,832.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $87,832.00 |
| 47.61 **2013 Utility Reefer trailer** / VIN: 1UYVS2538DU525225 Needs engine and compressor | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |
| 47.62 **2013 Utility Reefer trailer** / VIN: 1UYVS2535DU525229 Needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.63 **2012 Utility Reefer trailer** / VIN: 1UYVS2537CU428113 | $12,588.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,588.00 |
| 47.64 **2012 Utility Reefer trailer** / VIN: 1UYVS2538CU191034 Needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.65 **2012 Utility Reefer trailer** / VIN: 1UYVS253XCU191035 Needs engine, compressor and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.66 **2013 Utility Flatbed trailer** / VIN: 1UYFS2533DA521301 | $13,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $13,000.00 |
| 47.67 **2013 Utility Flatbed trailer** / VIN: 1UYFS2535DA521302 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |

Debtor   IH 35 TRUCKING, LLC                                   Case number (if known) 25-50057
         Name

| | | |
|---|---|---|
| 47.68 2013 Utility Flatbed trailer / VIN: 1UYFS2538DA521312 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |
| 47.69 2013 Utility Flatbed trailer / VIN: 1UYFS2531DA521314 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |
| 47.70 2013 Utility Flatbed trailer / VIN: 1UYFS2537DA614628 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |
| 47.71 2009 Utility Flatbed trailer / VIN: 1UYFS25399A606201 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |
| 47.72 2009 Utility Flatbed trailer / VIN: 1UYFS25329A606203 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |
| 47.73 2009 Utility Flatbed / VIN: IUYFS253889A666602 #5056 paid | $9,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $9,000.00 |
| 47.74 2014 Utility Reefer / VIN: 1UYVS2537EU760006 #10006 Paid -Needs engine and compressor | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |
| 47.75 2012 Utility Reefer / VIN: 1UYVS2537CU428113 #10113 | $12,588.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,588.00 |
| 47.76 2015 Utility Reefer / VIN: 1UYVS2532FM277380 #10380 Paid | $12,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,500.00 |
| 47.77 2014 Utility Reefer / VIN: 1UYVS2531EU830518 #10518 Paid | $12,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $12,500.00 |
| 47.78 2014 Utility Reefer / VIN: 1UYVS2537EU760619 #10619 paid -Needs engine and compressor | $2,500.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $2,500.00 |

Debtor    IH 35 TRUCKING, LLC                                    Case number (if known) 25-50057
          Name

| | | |
|---|---|---|
| 47.79 2013 Utility Reefer / VIN: 1UYVS2539DM555723 #10723 Paid<br>-Needs engine, compressor and computer | $1,000.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $1,000.00 |
| 47.80 2016 Wabash Reefer / VIN: 1JJV53287GL965767 # 10767<br>-paid (title not released) needs engine, compressor and computer | $4,500.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $4,500.00 |
| 47.81 2013 Utility Reefer / VIN: 1UYVS630DU524831 # 10831 Paid<br>-needs engine, compressor and computer | $1,000.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $1,000.00 |
| 47.82 2016 Wabash Reefer / VIN: 1JJV53280GL965870 # 10870<br>paid-(title not released) | $15,543.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $15,543.00 |
| 47.83 2013 Utility Reefer / VIN: 1UYVS530DM555898 # 10898 Paid<br>-needs engine and compressor | $2,500.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $2,500.00 |
| 47.84 2013 Utility Reefer / VIN: 1UYVS2637DU524907 #10907 Paid<br>-needs engine, compressor and computer | $1,000.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $1,000.00 |
| 47.85 2018 Utilty Flatbed / VIN: 1UYFS2539J5394705 #56708 Paid | $18,647.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $18,647.00 |
| 47.86 2018 Utility Flatbed / VIN: 1UYSF2530J5394706 #56710 Paid | $18,467.00 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $18,467.00 |
| 47.87 2019 Utility Flatbed / VIN: 1UYSF2538K5650446 #56711 Paid | $18,193.50 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $18,193.50 |
| 47.88 2019 Utility Flatbed / VIN: 1UYFS253XK5650447 #56712 Paid | $18,193.50 | Rush Truck Center,<br>Volvo Mack Trucks<br>and Utility trailer<br>salespersons | $18,193.50 |

Debtor   IH 35 TRUCKING, LLC                                      Case number *(if known)* 25-50057
         Name

| | | | |
|---|---|---|---|
| 47.89 2019 Utility Flatbed / VIN: 1UYFS2531K5650448 #56713 Paid | $18,193.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $18,193.50 |
| 47.90 2019 Utility Flat / VIN: 1UYFS2534k5650413 #56714 Paid | $18,193.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $18,193.50 |
| 47.91 2019 Utility Flatbed / VIN: 1uyfs2536k5650414 #56714 Paid | $18,193.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $18,193.50 |
| 47.92 2013 Kenworth T800 / VIN: 1XKDD49X9DJ344329 Truck 105 paid- damaged missing engine and computer | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.93 2015 Peterbilt T800 / VIN: 1XPBD49X9FD280926 Truck 129 paid | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.94 2009 Freightliner Cascadia / VIN: 1FUJGLBG69LAG2288 Truck 120 | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.95 2016 Utility Reefer / VIN: 1UYVS2538GM762415 #10415 | $1,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $1,000.00 |
| 47.96 2007 Freightliner Columbia / VIN: 1FUJ6CK97LW96635 #7 | $8,000.00 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $8,000.00 |
| 47.97 2013 Utility Flatbed trailer / VIN: 1UYFS2538DA521312 56706 | $11,856.50 | Rush Truck Center, Volvo Mack Trucks and Utility trailer salespersons | $11,856.50 |
| 47.98 2012 Utility Reefer / VIN: 1UYVS2532CM194012 | $10,500.00 | | $10,500.00 |

48   **Watercraft, trailers, motors, and related accessories** Examples:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

     48.1 _____

     48.2 _____

| Debtor | IH 35 TRUCKING, LLC | Case number *(if known)* 25-50057 |
|---|---|---|
| | Name | |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$3,053,530.50

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | | | | |
| 55.2 _____ | | | | |
| 55.3 _____ | | | | |
| 55.4 _____ | | | | |
| 55.5 _____ | | | | |
| 55.6 _____ | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **IH 35 TRUCKING, LLC**                                    Case number *(if known)* **25-50057**
           Name

---

| **Part 10:** | **Intangibles and intellectual property** |
| --- | --- |

59. Does the debtor have any interests in intangibles or intellectual property?

    ☑ No. Go to Part 11
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. Total of Part 10
    Add lines 60 through 65. Copy the total to line 89.                          _____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

    ☐ No
    ☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                        Current value of
                                                                        debtor's interest

| Debtor | IH 35 TRUCKING, LLC | Case number *(if known)* 25-50057 |
|---|---|---|
| | Name | |

71. **Notes receivable**

Description (include name of obligor)

_____ _____ _____ = → _____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ _____

_____ Tax year _____ _____

_____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

_____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Misappropriation of company funds from Ignacio Munoz | $200,000.00 |
|---|---|

Nature of claim        **Misappropriation of funds**

Amount requested        **$200,000.00**

| Possible Claim Against IH 35 Trucking LLC from Zambrano Law Firm (Roydely Martinez Sebastian) | unknown |
|---|---|

Nature of claim        **Slip and fall claim**

Amount requested        **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ _____

Nature of claim        _____

Amount requested        _____

76. **Trusts, equitable or future interests in property**

_____ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ _____

_____ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90

| $200,000.00 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **IH 35 TRUCKING, LLC**                                    Case number *(if known)* **25-50057**
         Name

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $90.17 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | unknown | |
| 83. | Investments. *Copy line 17, Part 4.* | | |
| 84. | Inventory. *Copy line 23, Part 5.* | | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $7,635.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $3,053,530.50 | |
| 88. | Real property. *Copy line 56, Part 9.* ........................ → | | |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $200,000.00 | |
| 91. | Total. *Add lines 80 through 90 for each column.* ............. 91a. | $3,261,255.67 | + 91b. |
| 92. | Total of all property on Schedule A/B. Lines 91a + 91b = 92. .......................................... | | $3,261,255.67 |

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page **19**

Fill in this information to identify the case:

Debtor name _____ **IH 35 TRUCKING, LLC** _____

United States Bankruptcy Court for the:
_____ **Southern District of Texas** _____

Case number (if known): _____ **25-50057** _____

☑ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑  *Schedule H: Codebtors (Official Form 206H)*

☑  *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐  *Amended Schedule _____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/20/2025**
      MM/  DD/  YYYY

X  **/s/ Jorge Pablo Munoz**
Signature of individual signing on behalf of debtor

**Jorge Pablo Munoz**
Printed name

**Managing Member**
Position or relationship to debtor

## United States Bankruptcy Court
## Southern District Of Texas

In re   **IH 35 TRUCKING, LLC**    Case No.   **25-50057**

Chapter   **11**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on ____**11/20/2025**____.

Dated: _____**11/20/2025**_____

/s/ Carl M. Barto

Carl M. Barto
Debtor or Debtor's(s') Counsel
Bar Number: 01852100
Law Office of Carl M. Barto
817 Guadalupe
Laredo, TX 78040-5251
Phone: (956) 725-7500
Email: cmblaw@netscorp.net

**Adan Gutierrez Ramirez**
Morelos 27
Salamanca Gto Mexico 36863

**Alejandro Mendoza Rojas**
Col Profesor Cristobal Higuera
Atizapan De Zaragoza Mexico

**Alliance Funding Group**
18231 Irvine Boulevard
Tustin, CA 92780

**American Express**
Po Box 981535
El Paso, TX 79998-1535

**Amur**
304 W. 3rd St.
Grand Island, NE 68801

**Angel De Jesus Vera Cantu**
Francisco Y Madero 416
Salinas Victoria NL Mexico

**Angel Zuriel Diaz Sanchez**
Condominio Concepcion Mza 26 Lt 17 9B
Fracc Las
Ecatepec Mexico

**Antonio Avarrete Leon**
GUanajuanto 116
Guadalajara Jalisco Mexico 45950

**Antonio Moreno Rodriguez**
Fracc Municipio Libre
20199

**Arnold Oil**
5909 Burleson Rd.
Austin, TX 78760-8089

**Arnoldo Cruz Gutierrez**
Priv Santa Fe 2382
Monterrey NL Mexico

**Arturo GOnzalez Trejo**
C Benito Juarez 402
50800

**Atlas, Hall & Rodriguez, LLP**
Attn: Meredith Helle
818 W. Pecan Blvd.
Mcallen, TX 78501

**Auxilior Capital Partners, Inc.**
Mathew D. Giadrosich
C/O Padfield & Stout
100 Throckmorton St. Ste. 700
Fort Worth, TX 76102

**Auxilior Capital Partners, Inc.**
Mathew D. Giadrosich
C/O Padfield & Stout
100 Throckmorton St. Ste. 700
Fort Worth, TX 76102

Debtor **IH 35 TRUCKING, LLC**                                   Case number **25-50057**

Avaro Rodriguez Lopez
P133 2 San Jose
81336

Bank of America
Attn: Bankruptcy Department
475 Crossy Point Pkwy
Getzville, NY 14068-9000

Benjamin Morales Serrano
Caile Libertad 15
Cuayucatepec Tehuacan Mexico

Bernado Rodriguez Castaneda
San Luis Potosim Slp, Mexico
10288

Bernstein-Burkley, P.C.
Attn: Keri P. Ebeck
601 Grant Street 9th floor
Pittsburgh, PA 15219

BMO Bank N. A.
Po Box 3040
Cedar Rapids, IA 52406

Brady Law Firm, PLLC
Shawn K. Brady
6136 Frisco Square Blvd. Ste. 400
Frisco, TX 75034

Broocks "Mack" Wilson
Wilson PLLC
708 Main Street 10th Floor
Houston, TX 77002

Capital One N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Carlos Adrian Martinez Coleotte
Juan Jose De La Garza Mtz 1
Coyoacan Mexico 43902

Carlos Mario Cordova Leyba Teama
C Antonio Ferrer Leon 15
Comaicalco Tab Mexico86640

Castillo, Reyes & Del Rio Law Group, LLC
Attn: Yu-Hsien Huang
401 E. Hillside Rd.
Laredo, TX 78041

CCG Commercial Credit Group
2135 City Gate Lane Ste. 440
Naperville, IL 60563

Cesar Estrada Jimenez
Prol Los Mejia 242 Colonia Barr Del Espirito
Santo
San Juan Del Rio Mexico

Cesar Israel Mendoza Angel
Cda Pino Suarez Mz 26 Lt 25 Col La Popular
Ecatepec Mexico

Citibank
388 Greenwich St.
New York, NY 10013

Commercial Credit Group Inc.
CCG C/O Niall McLachlan
525 N. Tryon Street Suite 1000
Charlotte, NC 28202

Concepcion Cordova Dominguez
C Daniel Chavez 1127 Fracc Los Colorines
Nuevo Laredo TAMPS Mexico

Continental Bank
attn: Christopher S Feuz, Continental Bank
15 West South Temple Suite 300
Salt Lake City, UT 84101

Crossroads Equipment Lease and Finance,
LLC
9385 Haven Avenue
Rancho Cucamonga, CA 91730

Discover Bank
502 E. Market St.
Greenwood, DE 19950

Edgar Antonio Huerta Dominguez
C bustamante
64260

Eduardo Romero Reyes
C Miramontes 13 Los Santa Maria
Tlalmimilopan Lerma Mexico 52050

EduardoSandoval Casas
C Cenzontle 372
25016

El Pico Holdings LLC
7404 Mines Rd.
Laredo, TX 78045

Emanuel Cirilo Xoxoctla Malerva
Salvador Novo S/N Colonia Magister
Poza Rica Veracruz Mexico

Emmanuel De Jesus Garay Padilla
C San Benjamin 67
25016

Debtor **IH 35 TRUCKING**, LLC                                        Case number **25-50057**

Enrique Aranda Mendoza
C Laguna San Jorge
Matamoros Tam Mexico

Enrique Cuevas Alvarez
Paseo De Los Tulipanes 50 Col Hacienda De
las
Jiutepec Mor Mexico Mexico

Eulogio Cardenas Tovanche
C Miguel Auza 139 Col Canada Blanca
Guadalupe NL Mexico Mexico

Express Julissa
Libramiento Noreste KM 33 Col Nueva Castilla
Escobedo NL Mexico

Faro Factoring
C/O Rafael Gutierrez
7613 Rocio Dr. Suite 1
Laredo, TX 78041

Faustino Guevara Martinez
Ignacio Zaragoza 309
Poza Rica Veracruz Mexico

Fernando Mecor Hernandez
Ignacio Zaragoza 309
Huejotzingo Pue Mexico 74160

Francisco Javier Ortiz Torres
Arr Valles La Hincada 5
Cuidad Valles Slp Mexico 79240

Francisco Javier Rodriguez Arias
Priv Loma La Luna 70 Col Loma Bonita
Tonala Jal 45405

Francisco Javier Venta Castro
C Lopez Mateo 51
Huachinango Pue Mexico 73167

Gerardo Becerra Mejia
Av Lic Benito Juarez S/N
50740

Gerardo Cortes Soto
Sta Cda Cto Gral Felipe Angeles 1038
Tizayuca, Hgo, Mexico

Gerardo Javier Romero Medellin
Monte Saint Michel 224
Monterrey NL Mexico 64104

Go-To Truck & Tire LLC
C/O Richard E . Haynes II
3910 E. Del Mar Blvd Ste 107
Laredo, TX 78045

HChapa Shop
2219 Bruni St.
Laredo, TX 78040

Hiram Humberto Guajardo
C Portal De Huinala 431
Apodaca NL Mexico 66646

Ignacio Estrada Avila
C Everardo Gonzalez 10
Tepetlixpa Mexico 56880

IH 35 Transportation LLC
475 El Pico
Laredo, TX 78045

IH 35 TRUCKING, LLC
2815 Piedmont St.
Laredo. TX 78045

Isaac Portilla
C Benito Juarez 6
Teoloyuvan Mexico

Isaac Portilla Leyva
C. Benito Juarez 6
Teoloyuvan, Mexico

Isidoro Padilla Jimenez
C Alborada 152
Queretaro Qro Mexico

Israel Solis Escamilla
Farolillo 151
Escobedo NL Mexico

Ivan De Jesus Gonzalez Reye
Gaviota 137 B
Juarez NL 67266

J Juan Luis Fajardo Castillo
C Emiliano Zapata 403
Apaseo EL ALto Gto Mexico

Jairo Armando Saldivar Alambar
C Sin Nombnre S/M Ej Francisco Villa
Xicotencatl Tam Mexico

James W. Brewer
KEMP SMITH LLP
PO Box 2800
El Paso, TX 79999-2800

Debtor **IH 35 TRUCKING, LLC**

Case number **25-50057**

Javier Alfredo Garcia Martinez
Prov Plaza Lerdo De Tejeda 475
Lerdo Dgo Mexico35150

Javier Montemayor Jr. P. c.
1020 Juarez Ave.
Laredo, TX 78040

Jesse Jonathan Castaneda Galindo
C Jorge Hope 149 Fracc Fundadores
Augascalientes Ags Mexico 20299

Jesus Miguel Vaca Torres
C tacuba 226 Col Centro
El Salto Jal Mexico 45680

Jesus Omar Urquizu Sanchez
Sevilla 423
Ddurango Dgo Mexico 34167

Jimenez Diesal Repair
9320 San Mateao Dr. Suite 3
Laredo, TX 78045

Jorge Munoz
7804 Sonoma Court
Laredo, TX 78045

Jorge Abraham Aguirre Trejo
Venustiano Carranza 2 Centro
Puebla Puebla Mexico 73040

jorge Luis Davila
Guanajuato Gto Mexico

Jorge Luis Infante Corona
C. 16 De Septiembre
Guanajuato, GTO, Mexico20364

Jorge Luis Olvera Villanueva
Punete Ingles S/N
Apaseo El Grande Gto Mexico 38160

Jorge Ricardo Hernandez
Pblo San Baltazar Campeche
Puebla Puebla Mexico 55287

Jose Angel Pons
Calle Pruneda 306
Monclova Coahuila 25660

Jose C. Villarreal
119 Veracruz Dr.
Laredo, TX 78045

Jose Daniel Velez Ramirez
C Cond 33 4 Col Nezahualpilli
Ecatepec Mexico 55287

Jose David Arriola Silva
Patricio Leyva 102
Celaya Gto Mexico 38030

Jose De Jesus Diaz Garcia
C Valle De La Luz 142 Fracc Valle Dorado
Tlahomulco De Zunica Jal Mexico

Jose Eduardo Velazquez Corona
C Clave Sur 19
Tlapan Mexico 14650

Jose Escobar Ariza
Av Lazaro Cardenaz 226
Itzapaloapa, Mexico

Jose Fidel Olvera Martinez
C San Jorge 151 Fracc San Jose
Durango, DGO. Mexico34204

Jose Franciso Quevedo Rivera
C Benito Juarez 320 Col Centro
Escuinapa Sin Mexico 82400

Jose Gerardo Ruiz Flores
Pend Chided De Mexico Mexico
Mexico Mexico

Jose Gerardo Ruiz Flores
Mexico Mexico

Jose Heriberto Martinez Cisneros
C Andres 315 Col San Martin De Porres
Escuinapa Sinaloa Mexico 82400

Jose Juan Martinez Jaramillo
C Los Palomas 1053
Escobedo NL Mexico

Jose Luis Mendoza Guillen
Pelirrojos 89
Pelirrojos 89, Torreon, Mexico27086

Jose Luis Valdes Calderon
Cda Los Olivos 131
Cda Los Olivos 131, Irapuato, Gto.
Mexico36524

Debtor **IH 35 TRUCKING, LLC**                                                   Case number **25-50057**

Jose Miguel Alfaro Sanchez
C Valle Encantado 118
Altamira Tam Mexico89603

Juan Andres Cerda Calderon
C Iglesia De Jerusalen 447
Gomez Palacio Dgo Mexico

Juan Carlos De Jesus Hernandez
Fracc Los Angeles
Fracc Los Angeles, Aguascalientes,
Mexico20364

Juan Carlos Hernandez Luevano
Fracc Los Angeles, Aguascalientes
Mexico20364

Juan Carlos Servin Zamora
C POrtal De Santa Maria Mz 2 Lt 48
Huehuetoca Mexico 54680

Juan Carlos Vazquez
C Andres Quintana Roo 468
Irapuato GTO. Mexico38545

Juan Crisogono Medina Rubio
C Plutarco Elias Calles 24
San Jose Iturbide Gto., Mexico

Juan De Dios Morales Recio
C Sin Nombre S/N Es Corea
Matamoros Coah., Mexico27476

Juan Francisco Marcial Montanez
CAlle 33 1291
Monclova Coah., Mexico

Juan Francisco Reyna Lopez
C Tlalpam 317
Camargo Tam. Mexico88442

Juan Gerardo Martinez Lumbreras
Priv Alamo S/N
Huichapan Hgo. Mexico

Juan Jose Garcia Calva
C Agustin De Iturbide 19
Huachinango Pue, Mexico

Juan Manuel Saldana Gonzalez
Nuevo Laredo TAMPS Mexico88270

Juan Pablo Lopez Nunez
Calle Centro 211 Col Irapuato
Irapuato Mcn, Mexico

Juvenal Cabrera Perez
Prol Judea 11 Fracc Vista Real
San Jose Iturbide Gto., Mexico37980

Kane Russell Coleman Logan PC
Micheal P. Ridulfo
5151 San Felipe Ste. 800
Houston, TX 77056

Law Office of Carl M. Barto
817 Guadalupe
Laredo, TX 78040-5251

Leobardo Gutierrez Medina
C Sin Nomber S/N
Almoloya De Juarez, Mexico

Leopoldo Herrera Gonzalez
Pend Nuevo Laredo, Tam. 88150
Nuevo Laredo Tamps., Mexico88150

Luis Antonio Leyva Cortes
C 5 De Mayo 22
Coyotepec, Mexico

Luis Arlando Vicente Prieto
C Campo De Grisellas 964
Torreon Coah., Mexico27277

Luis Domingo Garcia Castillo
C Antonio Torres 89 Col Miguel Hidalgo
Irapuato Gto. Mexico36550

Luis Garcia Garcia
C 3 De Mayo Acambay De Ruiz
Castaneda Bc, Mexico

Luis Humberto Ramirez Reyes
C Bahia De San Quintin 883 Col Nueva
California
Torreon Coah. Mexico27089

Luis Manuel Zavaleta Landeros
Calle Tuxp,an S/N Loc
Tihuatlan Veracruz92900

M2 Equipment Finance LLC
20800 Swenson Drive
Waukesha, WI 53186

Mack Financial Services, a division of VFS
US LLC
Mack Financial Services
PO Box Box 26131
Greensboro, NC 27402

Debtor **IH 35 TRUCKING**, LLC                                    Case number **25-50057**

Marco Antonio Leon Macias
C Tezontle Sur 26 Fracc Las Palmas
Tonala Jal , Mexico45429

Marco Antonio Lopez Mondragon
CDMX
CDMX, Mexico

Martin J. Lehman
Palmer Lehman Sandberg, PLLC
8350 N. Central Expressway Ste. 1111
Dallas, TX 75206

McGinnis Lochridge LLP
Elizabeth H. Lawrence
609 Main St. Ste. 2800
Houston, TX 77002

McGinnis Lochridge LLP
Attn Marcus Eason
609 Main Street Ste. 2800
Houston, TX 77002

Michael S. Held, J. Machir Stull, Aaron E.
Lozano, Jackson Walker LLP
2323 Ross Ave. Ste. 600
Dallas, TX 75201

Miguel Angel Marquez Diaz
C. Forja Mza 6 Lt 5
Tizayuca, Hgo, Mexico43800

Miguel Angel Sanchez Cordova
Sierra De Mexicali 221
Nuevo Laredo Tamps , Mexico88295

Miguel Arana Gamboa
3Ra Cda Lago De patzcuaro Mza C Lt. 6
76805

Miguel Bernardo Ruiz Aguilar
C La Tortuga 78 A Fracc Granjas Banthi
San Juan Del Rio Qro, Mexico76805

Miguel Candido Maximino
Los Pinos S/N
Temoaya, Mexico50867

Mitsubishi HC Capital America, Inc.
c/o James W. Brewer
221 N. Kansas Ste. 1700
El Paso, TX 79901

Moises Ordaz Escobedo
Cda 2da De Porfirio Diaz 225 Col Juarez
Pantitlan
Nezahualcoyotl, Mexico

Moises Portilla Leyva
C. MargalefMz 76 Lt 952
Huehuetoca, Mexico54693

NAPA
10116 Mines Rd
Laredo, TX 78045

Neftali Coronado Urbano
C Refineria Cactus Sn
Huachingango Pue Mexico73177

North Mill Credit Trust
601 Merrit 7 Ste. 5
Norwalk, CT 06851

Omar Noriz Banda
C Sin Nombre S/N Loc El Vergel
Gomez Palacio, DGO, Mexico35120

Omar Noriz Banda
C Sin Nombre S/N Loc El Vergel q
Gomez Palacio, DGO, Mexico35120

Oscar Ezequiel Gonzalez Garcia
C San Mateo Apostol 189
San Antonio La Isla, Mexico

Oscar Palacios Robles
C Ixtapantongo Mz2Lt 2 Col Jardines De San
Gabriel
Ecatepec, Mexico

Padfield & Stout,LLP
Attn. Jessica N. Alt
100 Throckmorton St. Ste. 700
Fort Worth, TX 76102

Paulo Alvarez Ramo
C Antonio Villalon 110 Col Arturo Marroquin
Santiago NL, Mexico67300

PNC Bank, National Association, as
Successor to PNC Equipment Finance LLC
Mathew D Giadrosich C/O Padfield & Stout
100 Throckmorton St. Suite 7000
Fort Worth, TX 76102

Precision Groups Energy Services, Inc.
507 Starling Creek Loop
Laredo, TX 78045

Rafael David Perez Sanchez
Jesus Carranza 814
Nuevo Laredo Tamps , Mexico88270

Rafael Rogelio Rivero Reynoso
C Al Manchara 109
20326

Debtor  **IH 35 TRUCKING, LLC**                                                                    Case number  **25-50057**

Raul Rendon Ortega
C Emiliano Zapata 600
Cuernavaca Mor, Mexico

Ricardo Guerrero Lujan
Calle Itzcoatl #1433
Monclova Mexico25750

Ricardo Mejia Martinez
Cda De Robles Mza 101
Cuatitlan, Mexico

Roberto Lopez Contreras
C Sin Nombre S/N Loc SanJoaquin La
Cabecera
Lxtlahuaca, Mexico50783

Salvador Diaz Hernandez
Moctezuma 17
Tlalnepantla, Mexico38545

Scentsx
1103 Grant Street
Laredo, TX 78040

Tamayo Lobaton Maximo
Av Xicohtencatls 113
50783

TBK Bank, SSB f/k/a Triumph Commercial
Finance
C/O Michael Held, Jackson Walker LLP
2323 Ross Ave. Suite 600
Dallas, TX 75201

Texas Workforce Commission
Office of Attorney-General Bankruptcy & Co
PO Box 12548, MC-008
Austin, TX 78711

Tise-Tecnologia Integral
Carr A Allende KM 5.5
Cadereyta NL Mexico Mexico 67456

TMK-Transportes Medio Kilo
Carretera Aguascalientes Zacatecas KM 12.5
Zacatecas Mexico

United Independent School District
Castillo Reyes & Del Rio Law Group LLC
401 E Hillside Rd
Laredo, TX 78041

United Leasing, Inc.
C/O Weltman, Weinberg & Reis Co LPA
5990 West Creek Road Suite 200
Independence, OH 44131

Utility Trailer Sales
4320 Trade Center Blvd.
Laredo, TX 78045

Victor Alfonso Garcia Oros
C Ilusion 285 Bis Bin
Tlajomulco De Zunica Jal. Mexico

Victor Hugo Reyna Solis
V Insurgentes S/N
Tequixquiac, Mexico

Victor Manuel Diaz Hernandez
Calle Mitra 604
Nuevo Laredo Tamps . Mexico88177

Webb County Taxes
Javier Montemayor Jr. P. C.
1020 Juarez Ave.
Laredo, TX 78040

William B. Kingman
Law Offices of William B. Kingman, PC
3511 Broadway
San Antonio, TX 78209

# EXHIBIT B-2

**Fill in this information to identify the case:**

Debtor name _____ **IH 35 Transportation, LLC** _____

United States Bankruptcy Court for the:

_____ **Southern District of Texas** _____

Case number (if known): _____ **25-50103** _____ Chapter __ **11** __

☑ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*..................................................................................................

**$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................................

**$475,956.11**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................................

**$475,956.11**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

**$2,270,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................

**$29,571.08**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

**+ $328,736.88**

4. **Total liabilities**........................................................................................................................
Lines 2 + 3a + 3b

**$2,628,307.96**

**Fill in this information to identify the case:**

Debtor Name **IH 35 Transportation, LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas**

Case number (If known): **25-50103**

(State)

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | **Checking account** | 1 1 4 8 | $0.00 |
| 3.2. **Bank of America** | **Checking account** | 1 1 3 5 | $0.00 |

4. Other cash equivalents *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1 _____

Debtor    **IH 35 Transportation, LLC**                                    Case number *(if known)* **25-50103**
          Name

7.2  _____    _____

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1  _____    _____

8.2  _____    _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                          _____

---

### Part 3:    Accounts receivable

**10.** Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.** Accounts receivable

| 11a. 90 days old or less: | **$35,913.24** | - | **unknown** | = ..... → | **$35,913.24** |
|---|---|---|---|---|---|
|  | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | - | _____ | = ..... → | _____ |
|  | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$35,913.24**

---

### Part 4:    Investments

**13.** Does the debtor own any investments?

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

14.1  _____    _____    _____

14.2  _____    _____    _____

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                                          % of ownership:

15.1  _____    _____    _____    _____

15.2  _____    _____    _____    _____

---

Debtor  **IH 35 Transportation, LLC**
        Name

Case number *(if known)* **25-50103**

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

16.1 _____

16.2 _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?

    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

    ☐ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

    ☐ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor    **IH 35 Transportation, LLC**
          Name
                                                    Case number *(if known)* **25-50103**

---

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | | | |
| **29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. Is the debtor a member of an agricultural cooperative?

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

    ☐ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?

    ☐ No

    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

    ☐ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

---

Debtor    **IH 35 Transportation, LLC**
          Name

Case number *(if known)* **25-50103**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 1 Asus V500 Desktop Computer | unknown | | $150.00 |
| 1 LG Monitor | unknown | | $100.00 |
| 1 HP Monitor | unknown | | $75.00 |
| 6 Grandstream Telephones | unknown | | $300.00 |
| 1 Delta DVR Camera | unknown | | $300.00 |
| 4 Delta Cameras | unknown | | $500.00 |
| 2 HP Printers | unknown | | $200.00 |
| Various Mechanic Tools | unknown | | $1,200.00 |
| Air Compressor | unknown | | $600.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1 _____

   42.2 _____

   42.3 _____

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.

   **$3,425.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

Debtor **IH 35 Transportation, LLC**
Name

Case number *(if known)* **25-50103**

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 See insurance declaration attached hereto. Debtor leases trucks and trailers from IH 35 Trucking LLC | unknown | Book value | $0.00 |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. Aircraft and accessories | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| | | | |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |

Official Form 206A/B

Schedule A/B: Assets — Real and Personal Property

page 6

Debtor    **IH 35 Transportation, LLC**
          Name                                                          Case number *(if known)* **25-50103**

55.4 _____

55.5 _____

55.6 _____

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page **7**

Debtor **IH 35 Transportation, LLC**
Name

Case number *(if known)* **25-50103**

---

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No

☐ Yes

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____   _____ = → _____
                                                       Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Misappropriation of company funds from Ignacio Munoz
_____                             **$436,617.87**

Nature of claim        Misappropriation of funds

Amount requested          $436,617.87

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         _____

Nature of claim        _____

Amount requested      _____

76. **Trusts, equitable or future interests in property**

_____                         _____

---

Official Form 206A/B                 Schedule A/B: Assets — Real and Personal Property                 page 8

Debtor    **IH 35 Transportation, LLC**
Name                                                            Case number *(if known)* **25-50103**

---

77. Other property of any kind not already listed *Examples:* Season
    tickets, country club membership

---

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                    **$436,617.87**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

### Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $35,913.24 | |
| 83. Investments. *Copy line 17, Part 4.* | | |
| 84. Inventory. *Copy line 23, Part 5.* | | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $3,425.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* → | | |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. All other assets. *Copy line 78, Part 11.* | + $436,617.87 | |
| 91. **Total.** *Add lines 80 through 90 for each column* 91a. | $475,956.11 | + 91b. |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** .......................................................    **$475,956.11**

---

Fill in this information to identify the case:

Debtor name _____ **IH 35 Transportation, LLC** _____

United States Bankruptcy Court for the:

_____ **Southern District of Texas** _____

Case number (if known): _____ **25-50103** _____

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/20/2025**
MM/ DD/ YYYY

**X** /s/ Jorge Pablo Munoz
Signature of individual signing on behalf of debtor

**Jorge Pablo Munoz**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
## Southern District Of Texas

In re   **IH 35 Transportation, LLC**

Debtor(s)

Case No.   **25-50103**

Chapter   **11**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on ____**11/20/2025**____.

Dated: _____**11/20/2025**_____

**/s/ Carl M. Barto**

Carl M. Barto
Debtor or Debtor's(s') Counsel
Bar Number: 01852100
Law Office of Carl M. Barto
817 Guadalupe
Laredo, TX 78040-5251
Phone: (956) 725-7500
Email: cmblaw@netscorp.net

**Alejandro Mendoza Rojas**
Col Profesor Cristobal Higuera
Atizapan De Zaragoza Mexico

**American Express**
Po Box 981535
El Paso, TX 79998-1535

**Angel Zuriel Diaz Sanchez**
Condominio Concepcion Mza 26 Lt 17 9B
Fracc Las
Ecatepec Mexico

**Antonio Avarrete Leon**
GUanajuanto 116
Guadalajara Jalisco Mexico 45950

**Antonio Moreno Rodriguez**
Fracc Municipio Libre
20199

**Arnold Oil**
5909 Burleson Rd.
Austin, TX 78760-8089

**Arnoldo Cruz Gutierrez**
Priv Santa Fe 2382
Monterrey NL Mexico

**Avaro Rodriguez Lopez**
P133 2 San Jose
81336

**Bernado Rodriguez Castaneda**
San Luis Potosim Slp, Mexico
10288

**Broocks "Mack" Wilson**
Wilson PLLC
708 Main Street 10th Floor
Houston, TX 77002

**Carlos Adrian Martinez Coleotte**
Juan Jose De La Garza Mtz 1
Coyoacan Mexico 43902

**Carlos Mario Cordova Leyba Teama**
C Antonio Ferrer Leon 15
Comalcalco Tab Mexico86640

**CCG Commercial Credit Group**
2135 City Gate Lane Ste. 440
Naperville, IL 60563

**Cesar Israel Mendoza Angel**
Cda Pino Suarez Mz 26 Lt 25 Col La Popular
Ecatepec Mexico

**Citibank**
388 Greenwich St.
New York, NY 10013

Debtor **IH 35 Transportation, LLC**

Case number **25-50103**

**Concepcion Cordova Dominguez**
C Daniel Chavez 1127 Fracc Los Colorines
Nuevo Laredo TAMPS Mexico

**Discover Bank**
502 E. Market St.
Greenwood, DE 19950

**EduardoSandoval Casas**
C Cenzontle 372
25016

**El Pico Holdings LLC**
7404 Mines Rd.
Laredo, TX 78045

**Emanuel Cirilo Xoxoctla Malerva**
Salvador Novo S/N Colonia Magister
Poza Rica Veracruz Mexico

**Emmanuel De Jesus Garay Padilla**
C San Benjamin 67
25016

**Enrique Aranda Mendoza**
C Laguna San Jorge
Matamoros Tam Mexico

**Enrique Cuevas Alvarez**
Paseo De Los Tulipanes 50 Col Hacienda De
las
Jiutepec Mor Mexico Mexico

**Eulogio Cardenas Tovanche**
C Miguel Auza 139 Col Canada Blanca
Guadalupe NL Mexico Mexico

**Express Julissa**
Libramiento Noreste KM 33 Col Nueva Castilla
Escobedo NL Mexico

**Faro Factoring**
C/O Rafael Gutierrez
7613 Rocio Dr. Suite 1
Laredo, TX 78041

**Faustino Guevara Martinez**
Ignacio Zaragoza 309
Poza Rica Veracruz Mexico

**Fernando Mecor Hernandez**
Ignacio Zaragoza 309
Huejotzingo Pue Mexico 74160

**Francisco Javier Ortiz Torres**
Arr Valles La Hincada 5
Cuidad Valles Slp Mexico 79240

**Francisco Javier Rodriguez Arias**
Priv Loma La Luna 70 Col Loma Bonita
Tonala Jal 45405

**Francisco Javier Venta Castro**
C Lopez Mateo 51
Huachinango Pue Mexico 73167

**Gerardo Becerra Mejia**
Av Lic Benito Juarez S/N
50740

**Gerardo Cortes Soto**
Sta Cda Cto Gral Felipe Angeles 1038
Tizayuca, Hgo, Mexico

**Gerardo Javier Romero Medellin**
Monte Saint Michel 224
Monterrey NL Mexico 64104

**HChapa Shop**
2219 Bruni St.
Laredo, TX 78040

**Hiram Humberto Guajardo**
C Portal De Huinala 431
Apodaca NL Mexico 66646

**I.H. Trucking LLC**
7804 Sonoma Court
7804 Sonoma Court
Laredo, TX 78045

**Ignacio Estrada Avila**
C Everardo Gonzalez 10
Tepetlixpa Mexico 56880

**IH 35 TRUCKING, LLC**
2815 Piedmont St.
Laredo, TX 78045

**Isaac Portilla**
C Benito Juarez 6
Teoloyuvan Mexico

**Isaac Portilla Leyva**
C. Benito Juarez 6
Teoloyuvan, Mexico

**Isidoro Padilla Jimenez**
C Alborada 152
Queretaro Qro Mexico

Page 2 of 5

Debtor **IH 35 Transportation, LLC** Case number **25-50103**

**Israel Solis Escamilla**
Farolillo 151
Escobedo NL Mexico

**J Juan Luis Fajardo Castillo**
C Emiliano Zapata 403
Apaseo EL ALto Gto Mexico

**Jairo Armando Saldivar Alambar**
C Sin Nombnre S/M Ej Francisco Villa
Xicotencatl Tam Mexico

**Javier Alfredo Garcia Martinez**
Prov Plaza Lerdo De Tejeda 475
Lerdo Dgo Mexico35150

**Jesse Jonathan Castaneda Galindo**
C Jorge Hope 149 Fracc Fundadores
Augascalientes Ags Mexico 20299

**Jesus Miguel Vaca Torres**
C tacuba 226 Col Centro
El Salto Jal Mexico 45680

**Jesus Omar Urquizu Sanchez**
Sevilla 423
Ddurango Dgo Mexico 34167

**Jimenez Diesal Repair**
9320 San Mateao Dr. Suite 3
Laredo, TX 78045

**Jorge Munoz**
7804 Sonoma Court
Laredo, TX 78045

**Jorge Abraham Aguirre Trejo**
Venustiano Carranza 2 Centro
Puebla Puebla Mexico 73040

**jorge Luis Davila**
Guanajuato Gto Mexico

**Jorge Luis Infante Corona**
C. 16 De Septiembre
Guanajuato, GTO, Mexico20364

**Jorge Luis Olvera Villanueva**
Punete Ingles S/N
Apaseo El Grande Gto Mexico 38160

**Jose Angel Pons**
Calle Pruneda 306
Monclova Coahuila 25660

**Jose C. Villarreal**
119 Veracruz Dr.
Laredo, TX 78045

**Jose Daniel Velez Ramirez**
C Cond 33 4 Col Nezahualpilli
Ecatepec Mexico 55287

**Jose David Arriola Silva**
Patricio Leyva 102
Celaya Gto Mexico 38030

**Jose De Jesus Diaz Garcia**
C Valle De La Luz 142 Fracc Valle Dorado
Tlahomulco De Zunica Jal Mexico

**Jose Eduardo Velazquez Corona**
C Clave Sur 19
Tlapan Mexico 14650

**Jose Escobar Ariza**
Av Lazaro Cardenaz 226
Itzapaloapa, Mexico

**Jose Franciso Quevedo Rivera**
C Benito Juarez 320 Col Centro
Escuinapa Sin Mexico 82400

**Jose Gerardo Ruiz Flores**
Pend Chided De Mexico Mexico
Mexico Mexico

**Jose Heriberto Martinez Cisneros**
C Andres 315 Col San Martin De Porres
Escuinapa Sinaloa Mexico 82400

**Jose Luis Valdes Calderon**
Cda Los Olivos 131
Cda Los Olivos 131, Irapuato, Gto,
Mexico36524

**Jose Miguel Alfaro Sanchez**
C Valle Encantado 118
Altamira Tam Mexico89603

**Juan Andres Cerda Calderon**
C Iglesia De Jerusalen 447
Gomez Palacio Dgo Mexico

**Juan Carlos De Jesus Hernandez**
Fracc Los Angeles
Fracc Los Angeles, Aguascalientes,
Mexico20364

Debtor **IH 35 Transportation, LLC** | Case number **25-50103**

**Juan Carlos Servin Zamora**
C POrtal De Santa Maria Mz 2 Lt 48
Huehuetoca Mexico 54680

**Juan Carlos Vazquez**
C Andres Quintana Roo 468
Irapuato GTO, Mexico38545

**Juan Crisogono Medina Rubio**
C Plutarco Elias Calles 24
San Jose Iturbide Gto., Mexico

**Juan De Dios Morales Recio**
C Sin Nombre S/N Es Corea
Matamoros Coah., Mexico27476

**Juan Francisco Marcial Montanez**
CAlle 33 1291
Monclova Coah., Mexico

**Juan Gerardo Martinez Lumbreras**
Priv Alamo S/N
Huichapan Hgo, Mexico

**Juan Jose Garcia Calva**
C Agustin De Iturbide 19
Huachinango Pue, Mexico

**Juan Manuel Saldana Gonzalez**
Nuevo Laredo TAMPS Mexico88270

**Juan Pablo Lopez Nunez**
Calle Centro 211 Col Irapuato
Irapuato Mcn, Mexico

**Juvenal Cabrera Perez**
Prol Judea 11 Fracc Vista Real
San Jose Iturbide Gto., Mexico37980

**Leobardo Gutierrez Medina**
C Sin Nomber S/N
Almoloya De Juarez, Mexico

**Leopoldo Herrera Gonzalez**
Pend Nuevo Laredo, Tam. 88150
Nuevo Laredo Tamps., Mexico88150

**Luis Arlando Vicente Prieto**
C Campo De Grisellas 964
Torreon Coah., Mexico27277

**Luis Domingo Garcia Castillo**
C Antonio Torres 89 Col Miguel Hidalgo
Irapuato Gto, Mexico36550

**Luis Garcia Garcia**
C 3 De Mayo Acambay De Ruiz
Castaneda Bc, Mexico

**Luis Humberto Ramirez Reyes**
C Bahia De San Quintin 883 Col Nueva
California
Torreon Coah, Mexico27089

**Luis Manuel Zavaleta Landeros**
Calle Tuxp;an S/N Loc
Tihuatlan Veracruz92900

**Marco Antonio Leon Macias**
C Tezontle Sur 26 Fracc Las Palmas
Tonala Jal., Mexico45429

**Marco Antonio Lopez Mondragon**
CDMX
CDMX, Mexico

**Miguel Angel Marquez Diaz**
C. Forja Mza 6 Lt 5
Tizayuca, Hgo, Mexico43800

**Miguel Angel Sanchez Cordova**
Sierra De Mexicali 221
Nuevo Laredo Tamps., Mexico88295

**Miguel Arana Gamboa**
3Ra Cda Lago De patzcuaro Mza C Lt. 6
76805

**Miguel Bernardo Ruiz Aguilar**
C La Tortuga 78 A Fracc Granjas Banthi
San Juan Del Rio Qro, Mexico76805

**Miguel Candido Maximino**
Los Pinos S/N
Temoaya, Mexico50867

**Moises Ordaz Escobedo**
Cda 2da De Porfirio Diaz 225 Col Juarez
Pantitlan
Nezahualcoyotl, Mexico

**Moises Portilla Leyva**
C. MargalefMz 76 Lt 952
Huehuetoca, Mexico54693

**NAPA**
10116 Mines Rd
Laredo, TX 78045

Page 4 of 5

Debtor **IH 35 Transportation, LLC**

Case number **25-50103**

**Neftali Coronado Urbano**
C Refineria Cactus Sn
Huachingango Pue Mexico73177

**Omar Noriz Banda**
C Sin Nombre S/N Loc El Vergel
Gomez Palacio, DGO, Mexico35120

**Omar Noriz Banda**
C Sin Nombre S/N Loc El Vergel q
Gomez Palacio, DGO, Mexico35120

**Oscar Ezequiel Gonzalez Garcia**
C San Mateo Apostol 189
San Antonio La Isla, Mexico

**Paulo Alvarez Ramo**
C Antonio Villalon 110 Col Arturo Marroquin
Santiago NL, Mexico67300

**Precision Groups Energy Services, Inc.**
507 Starling Creek Loop
Laredo, TX 78045

**Rafael David Perez Sanchez**
Jesus Carranza 814
Nuevo Laredo Tamps., Mexico88270

**Rafael Rogelio Rivero Reynoso**
C Al Manchara 109
20326

**Raul Rendon Ortega**
C Emiliano Zapata 600
Cuernavaca Mor, Mexico

**Ricardo Guerrero Lujan**
Calle Itzcoatl #1433
Monclova Mexico25750

**Ricardo Mejia Martinez**
Cda De Robles Mza 101
Cuatitlan, Mexico

**Richard E Haynes**
3910 E Del Mar Blvd Ste. 107
Laredo, TX 78045

**Roberto Lopez Contreras**
C Sin Nombre S/N Loc SanJoaquin La
Cabecera
Lxtlahuaca, Mexico50783

**Salvador Diaz Hernandez**
Moctezuma 17
Tlalnepantla, Mexico38545

**Tamayo Lobaton Maximo**
Av Xicohtencatls 113
50783

**Tise-Tecnologia Integral**
Carr A Allende KM 5.5
Cadereyta NL Mexico Mexico 67456

**TMK-Transportes Medio Kilo**
Carretera Aguascalientes Zacatecas KM 12.5
Zacatecas Mexico

**Utility Trailer Sales**
4320 Trade Center Blvd.
Laredo, TX 78045

**Victor Alfonso Garcia Oros**
C Ilusion 285 Bis Bin
Tlajomulco De Zunica Jal. Mexico

**Victor Manuel Diaz Hernandez**
Calle Mitra 604
Nuevo Laredo Tamps., Mexico88177

**EXHIBIT C-1**

Case 25-50057 Document 174 Filed in TXSB on 01/16/26 Page 90 of 159
Case 25-50057 Document 165 Filed in TXSB on 12/22/25 Page 1 of 9

**Fill in this information to identify the case:**

Debtor Name  IH 35 Trucking, LLC

United States Bankruptcy Court for the:  Southern District of Texas

Case number:  25-50057

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | |
|---|---|---|
| Month: | November | Date report filed: 11/20/2025  MM / DD / YYYY |
| Line of business: | Transportation-Equipment Lease | NAISC code: 484 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party

Original signature of responsible party  *Jorge Pablo Munoz*

Printed name of responsible party  Jorge Pablo Munoz

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  IH 35 Trucking, LLC                                    Case number  25-50057

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑     ❑     ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑     ❑     ❑

## 2. Summary of Cash Activity for All Accounts

19  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $      -5.00

20  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                $  55,509.67

21  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.                                        – $  55,489.67

Report the total from *Exhibit D* here.

22  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                    + $      20.00
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                           = $      15.00

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                              $ _____

      *(Exhibit E)*

Debtor Name  IH 35 Trucking, LLC                              Case number 25-50057

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                      $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?        _____

27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?        $ _____

31. How much have you paid in total other professional fees since filing the case?        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 167,000 | − | $ 55,509.67 | = | $ $111,490.3 |
| 33. **Cash disbursements** | $ 157,000 | − | $ 55,489.67 | = | $ $101,510.3 |
| 34. **Net cash flow** | $ 10,000 | − | $ 20.00 | = | $ 9,980.00 |

35. Total projected cash receipts for the next month:                        $ 167,000

36. Total projected cash disbursements for the next month:                  − $ 157,000

37. Total projected net cash flow for the next month:                        = $ 10,000

Debtor Name  IH 35 Trucking, LLC                              Case number 25-50057

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print    Save As...                                              Reset

# Initiate Business Checking<sup>SM</sup>

November 30, 2025 ∎ Page 1 of 5

**WELLS FARGO**

IH 35 TRUCKING LLC
DEBTOR IN POSSESSION
CH11CASE#25-50057 STX
475 PICO RD
LAREDO TX 78045-4257

### Questions?

Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Tips to help avoid AI powered scams

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to
get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or
unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share
online.

Learn more at wellsfargo.com/securitybrochure.

Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 95 of 159
Case 25-50057   Document 165   Filed in TXSB on 12/22/25   Page 6 of 9

November 30, 2025 ■ Page 2 of 5

WELLS
FARGO

---

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $5.00 |
| Deposits/Credits | 15,509.67 |
| Withdrawals/Debits | - 15,489.67 |
| **Ending balance on 11/30** | **$15.00** |

Account number   7560223500 (primary account)

IH 35 TRUCKING LLC
DEBTOR IN POSSESSION
CH11CASE#25-50057 STX

Texas/Arkansas account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

---

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 11/12 | | Zelle From Ih 35 Transportation LLC on 11/11 Ref # Bacgffgrt370 | 2,300.00 | | |
| 11/12 | | Wire Trans Svc Charge - Sequence: 251112068161 Srf# Ow00006296204214 Trn#251112068161 Rfb# Ow00006296204214 | | 25.00 | |
| 11/12 | | WT Seq#68161 Nmef Funding 2022-B. Ll /Bnf=North Mills Equipment Finance Srf# Ow00006296204214 Trn#251112068161 Rfb# Ow00006296204214 | | 2,250.00 | 20.00 |
| 11/14 | | Zelle From Ih 35 Transportation LLC on 11/14 Ref # Bacb42J0x9lp | 3,250.12 | | |
| 11/14 | | Wire Trans Svc Charge - Sequence: 251114202563 Srf# Ow00006306576148 Trn#251114202563 Rfb# Ow00006306576148 | | 25.00 | |
| 11/14 | | WT 251114-202563 Citibank, N.A /Bnf=Volvo Financial Services Srf# Ow00006306576148 Trn#251114202563 Rfb# Ow00006306576148 | | 3,225.12 | 20.00 |
| 11/17 | | Online Transfer From Ih 35 Transportation, LLC Business Checking xxxxxx6137 Ref #Ib0Vqgbk4G on 11/17/25 | 4,650.00 | | |
| 11/17 | | Wire Trans Svc Charge - Sequence: 251117190778 Srf# Ow00006316305056 Trn#251117190778 Rfb# Ow00006316305056 | | 25.00 | |
| 11/17 | | Wire Trans Svc Charge - Sequence: 251117191166 Srf# Ow00006316309981 Trn#251117191166 Rfb# Ow00006316309981 | | 25.00 | |
| 11/17 | | WT 251117-190778 Bank of America, N. /Bnf=United Leasing Inc Srf# Ow00006316305056 Trn#251117190778 Rfb# Ow00006316305056 | | 2,195.00 | |
| 11/17 | | WT Fed#02R01 Bmo Bank NA /Ftr/Bnf=Bmo Harris Bank Srf# Ow00006316309981 Trn#251117191166 Rfb# Ow00006316309981 | | 2,399.71 | 25.29 |
| 11/19 | | Zelle From Ih 35 Transportation LLC on 11/19 Ref # Bacepgebqud3 | 1,759.55 | | |
| 11/19 | < | Business to Business ACH Debit - IRS Usataxpymt 111925 270572392337196 Ih 35 Trucking LLC | | 1,784.84 | 0.00 |
| 11/20 | | Zelle From Ih 35 Transportation LLC on 11/20 Ref # Bacpmp8lcxrv | 2,000.00 | | |
| 11/20 | | Wire Trans Svc Charge - Sequence: 251120210790 Srf# Ow00006326360277 Trn#251120210790 Rfb# Ow00006326360277 | | 25.00 | |

Case 25-50057  Document 174  Filed in TXSB on 01/16/26  Page 96 of 159
Case 25-50057  Document 165  Filed in TXSB on 12/22/25  Page 7 of 9

November 30, 2025 ■ Page 3 of 5



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-----------|------------|---------|
| 11/20 | | WT Fed#02R01 Bmo Bank NA /Ftr/Bnf=Mitsubishi Hc Capital America Inc Srf# Ow00006326360277 Trn#251120210790 Rfb# Ow00006326360277 | | 1,975.00 | 0.00 |
| 11/21 | | Zelle From Ih 35 Transportation LLC on 11/21 Ref # Bacdtcoaht9W | 1,550.00 | | 1,550.00 |
| 11/24 | | Wire Trans Svc Charge - Sequence: 251124032039 Srf# Ow00006330670634 Trn#251124032039 Rfb# Ow00006330670634 | | 25.00 | |
| 11/24 | | WT 251124-032039 Bank of America, N /Bnf=Auxilor Capital Srf# Ow00006330670634 Trn#251124032039 Rfb# Ow00006330670634 | | 1,500.00 | 25.00 |
| 11/28 | | Monthly Service Fee | | 10.00 | 15.00 |
| Totals | | | $15,509.67 | $15,489.67 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH. If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $164.00 ☐ |
| • Minimum daily balance | $500.00 | -$5.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1E1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 97 of 159
Case 25-50057   Document 165   Filed in TXSB on 12/22/25   Page 8 of 9

November 30, 2025 ∎ Page 4 of 5



NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

November 30, 2025  ■  Page 5 of 5

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last). Complete address. The account number or other information to identify the account being disputed. Last four digits of your social security number. Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement

ENTER

A. The ending balance
   shown on your statement .................. $ _____

ADD

B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement           + $ _____

                              ........ TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)

                                   TOTAL $ _____

SUBTRACT

C. The total outstanding checks and
   withdrawals from the chart above ..... $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in        $ _____
   your check register

©2021 Wells Fargo Bank N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

**EXHIBIT C-2**
Case 25-50057 Document 174 Filed in TXSB on 01/16/26 Page 99 of 159
Case 25-50057 Document 164 Filed in TXSB on 12/22/25 Page 1 of 41

**Fill in this information to identify the case:**

Debtor Name IH 35 Transportation, LLC

United States Bankruptcy Court for the Southern District of Texas

Case number 25-50103

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | | |
|---|---|---|---|
| Month: | November | Date report filed: | 11/20/2025 <br> MM / DD / YYYY |
| Line of business: | Transportation-Refrigerated Specialized | NAISC code: | 484 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              Jorge Pablo Muñoz

Original signature of responsible party

Printed name of responsible party     Jorge Pablo Muñoz

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  IH 35 Transportation, LLC                    Case number  25-50103

17.  Have you paid any bills you owed before you filed bankruptcy?                ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19  **Total opening balance of all accounts**                                   $ 13,584.44

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                        $  713,959.59

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.                                  – $  724,101.8

Report the total from *Exhibit D* here.

22.  **Net cash flow**                                         + $  -10,142.2

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                 = $  3,442.23

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                            $ _____

(*Exhibit E*)

Debtor Name: IH 35 Transportation, LLC          Case number: 25-50103

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          39

27. What is the number of employees as of the date of this monthly report?          26

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____

30. How much have you paid this month in other professional fees?          $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 650,506.84 | − | $ 713,959.5 | = | $ -63,452.66 |
| 33. **Cash disbursements** | $ 629,086.12 | − | $ 724,101.8 | = | $ -95,015.68 |
| 34. **Net cash flow** | $ 21,420.72 | − | $ -10,142.21 | = | $ 31,563.02 |

35. Total projected cash receipts for the next month:          $ 650,506.84

36. Total projected cash disbursements for the next month:          − $ 629,086.12

37. Total projected net cash flow for the next month:          = $ 21,420.72

Debtor Name  IH 35 Transportation, LLC                                    Case number  25-50103

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print          Save As...                                                        Reset



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IH 35 TRANSPORTATION, LLC
1103 GRANT ST
LAREDO, TX 78040-5805

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Gold

for November 1, 2025 to November 30, 2025

Account number: 4881 2852 1148

**IH 35 TRANSPORTATION, LLC**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2025 | $11,041.52 |
| Deposits and other credits | 517,338.13 |
| Withdrawals and other debits | -523,460.34 |
| Checks | -0.00 |
| Service fees | -1,520.00 |
| Ending balance on November 30, 2025 | $3,399.31 |

# of deposits/credits: 31

# of withdrawals/debits: 386

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $20,390.86

[1]Includes checks paid, deposited items and other debits

CENTER FOR BUSINESS EMPOWERMENT

# Move your business forward

Find educational tools and resources in our all-new Center for Business Empowerment.

**Scan here or visit bofa.com/businesscenter today.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes

Case 25-50057 Document 174 Filed in TXSB on 01/16/26 Page 104 of 159
Case 25-50057 Document 164 Filed in TXSB on 12/22/25 Page 6 of 41
IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers. In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

 **BANK OF AMERICA**

# Your checking account

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/25 | WIRE TYPE:WIRE IN DATE: 251103 TIME:1339 ET TRN:2025110300621883 SEQ:20251103MMQFMP3+/000108 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 42,985.88 |
| 11/03/25 | WIRE TYPE:WIRE IN DATE: 251103 TIME:1544 ET TRN:2025110300691220 SEQ:20251103MMQFMP3+/000191 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 12,551.50 |
| 11/03/25 | WIRE TYPE:WIRE IN DATE: 251103 TIME:1739 ET TRN:2025110300/32893 SEQ:2025110300724566/000180 ORIG:FIRST NATIONAL BANK TEXAS ID:9997999710161050 SND BK:FIRST NATIONAL BANK TEXAS ID:111906271 PMT DET:580227684 /RETN/59 /NARR/INVALID ACCOUNT N | 803.18 |
| 11/03/25 | Zelle payment from IH 35 TRANSPORTATION LLC Conf# T0ZG5T625 | 500.00 |
| 11/04/25 | WIRE TYPE:WIRE IN DATE: 251104 TIME:1314 ET TRN:2025110400452981 SEQ:20251104MMQFMP3+/000051 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 12,018.00 |
| 11/05/25 | WIRE TYPE:WIRE IN DATE: 251105 TIME:1551 ET TRN:2025110500527487 SEQ:20251105MMQFMP3+/000155 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 11,649.40 |
| 11/05/25 | Online transfer from CHK 4098 Confirmation# w2irlmgqz, MUNOZ, JORGE | 5,000.00 |
| 11/06/25 | WIRE TYPE:WIRE IN DATE: 251106 TIME:1550 ET TRN:2025110600524915 SEQ:20251106MMQFMP3+/000205 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 11,103.50 |
| 11/06/25 | WIRE TYPE:BOOK IN DATE:251106 TIME: 1558 ET TRN:2025110600529966 SNDR REF:BML251106-000916 ORIG:BANK OF AMERICA CUSTOMER ID:2016000962700 PMT DET:580229308 2025110300727622 / 251103 524.5 5 //BBK UNABLE TO APPLY GIN/L251106000916001 | 499.55 |
| 11/07/25 | WIRE TYPE:WIRE IN DATE: 251107 TIME:1521 ET TRN:2025110700515800 SEQ:20251107MMQFMP3+/000222 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 33,363.02 |
| 11/10/25 | Counter Credit | 39,720.47 |
| 11/10/25 | WIRE TYPE:WIRE IN DATE: 251110 TIME:1344 ET TRN:2025111000537766 SEQ:20251110MMQFMP3+/000076 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 24,840.50 |

continued on the next page

BANK OF AMERICA BUSINESS ADVANTAGE

## Online alerts help keep you informed

Know when transactions have posted and when payments are due to help you avoid late fees and finance charges. Scan this code, visit bankofamerica.com/SmallBusiness com; or sign in to the Mobile Banking app to set up your alerts.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1148   |   November 1, 2025 to November 30, 2025

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/10/25 | WIRE TYPE WIRE IN DATE: 251110 TIME:1538 ET TRN:2025111000593982 SEQ:20251110MMQFMP3+/000126 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 15,373.30 |
| 11/12/25 | WIRE TYPE WIRE IN DATE: 251112 TIME:1047 ET TRN:2025111200645325 SEQ:20251112MMQFMP3+/000030 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 32,051.52 |
| 11/12/25 | WIRE TYPE WIRE IN DATE: 251112 TIME:1400 ET TRN:2025111200758290 SEQ:20251112MMQFMP3+/000126 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 6,168.00 |
| 11/13/25 | WIRE TYPE WIRE IN DATE: 251113 TIME:1547 ET TRN:2025111300592744 SEQ:20251113MMQFMP3+/000162 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 15,751.14 |
| 11/14/25 | WIRE TYPE WIRE IN DATE: 251114 TIME:1555 ET TRN:2025111400577342 SEQ:20251114MMQFMP3+/000263 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 20,723.99 |
| 11/14/25 | REVERSAL IH 35 TRANSPORTATION CARLOS ADRIAN MARTIN Confirmation# 4112432712 | 1,065.40 |
| 11/17/25 | WIRE TYPE WIRE IN DATE: 251117 TIME:1439 ET TRN:2025111700575355 SEQ:20251117MMQFMP3+/000052 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 38,744.54 |
| 11/18/25 | WIRE TYPE WIRE IN DATE: 251118 TIME:1541 ET TRN:2025111800495129 SEQ:20251118MMQFMP3+/000138 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 17,110.50 |
| 11/18/25 | Online Banking transfer from CHK 1135 Confirmation# 1750151348 | 52.06 |
| 11/19/25 | WIRE TYPE WIRE IN DATE: 251119 TIME:1450 ET TRN:2025111900474254 SEQ:20251119MMQFMP3+/000115 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 15,886.50 |
| 11/19/25 | Online Banking transfer from CHK 1135 Confirmation# 1457405780 | 10,385.17 |
| 11/20/25 | WIRE TYPE WIRE IN DATE: 251120 TIME:1517 ET TRN:2025112000511610 SEQ:20251120MMQFMP3+/000125 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 15,655.50 |
| 11/20/25 | REVERSAL IH 35 TRANSPORTATION Reliance Partners, L Confirmation# 2864133362 | 3,000.00 |
| 11/21/25 | WIRE TYPE WIRE IN DATE: 251121 TIME:1532 ET TRN:2025112100526309 SEQ:20251121MMQFMP3+/000220 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /LOCINS/CTRC | 34,945.30 |
| 11/24/25 | WIRE TYPE WIRE IN DATE: 251124 TIME:1559 ET TRN:2025112400671369 SEQ:20251124MMQFMP3+/000139 ORIG:1/FARO FACTORING LLC ID:1010475293 SND BK:TEX AS COMMUNITY BANK ID:114924810 PMT DET:Not Provide d /CATPURP/CTRC /LOCINS/CTRC | 43,856.42 |
| 11/25/25 | WIRE TYPE WIRE IN DATE: 251125 TIME:1646 ET TRN:2025112500666254 SEQ:202511250017008/653749 ORIG:FARO FACTORING LLC ID:2/0010039/492558 SND BK:FIFTH THIRD BANK, NA ID:0031 PMT DET:PAYMEN T | 24,725.00 |
| 11/25/25 | Online Banking transfer from CHK 1135 Confirmation# 1612589219 | 1,040.55 |

continued on the next page



**BANK OF AMERICA**

## Your checking account

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/26/25 | WIRE TYPE:WIRE IN DATE: 251126 TIME:1614 ET TRN:2025112600644254 SEQ:2025112600016080/700539 ORIG:FARO FACTORING LLC ID:2700100397492558 SND BK:FIFTH THIRD BANK, NA ID:0031 PMT DET:PAYMEN T | 9,496.00 |
| 11/28/25 | WIRE TYPE:WIRE IN DATE: 251128 TIME:1256 ET TRN:2025112800775659 SEQ:2025112800010209/120657 ORIG:FARO FACTORING LLC ID:2700100397492558 SND BK:FIFTH THIRD BANK, NA ID:0031 PMT DET:PAYMEN T | 16,272.24 |

**Total deposits and other credits** **$517,338.13**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/25 | Zelle payment to Joe Quintero Conf# ewd4I07ou | -300.00 |
| 11/03/25 | Online Banking transfer to CHK 1135 Confirmation# 2201713942 | -8,173.16 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1344 ET TRN:2025103100670021 SERVICE REF:017164 BNF:VICTOR BALVERDE ID:484753702 BNF BK:FIRST NATI ONAL BANK TEX ID:111906271 PMT DET:579727640 SETTL EMENT #5239 | -1,205.68 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1358 ET TRN:2025110300624718 SERVICE REF:017801 BNF:IPFS CORPORATION ID:19597 BNF BK:COMMERCE BANK ID:101000019 PMT DET:580175590 IH 35 | -12,652.58 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1533 ET TRN:2025110300685544 SERVICE REF:020382 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:580208126 EX393 | -1,000.00 |
| 11/03/25 | Online Banking transfer to CHK 1135 Confirmation# 1920351512 | -5,165.93 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1641 ET TRN:2025110300723031 SERVICE REF:021518 BNF:GABRIEL RAMIREZ ID:623361716 BNF BK:FALCON INT ERNATIONAL BA ID:114915803 PMT DET:580226870 L1232.9 | -509.54 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1644 ET TRN:2025110300724566 SERVICE REF:021451 BNF:EDUARDO LOPEZ ID:655799732 BNF BK:FIRST NATION AL BANK TEX ID:111906271 PMT DET:580227684 SETTLEM ENT#5250 | -803.18 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1650 ET TRN:2025110300727622 SERVICE REF:021769 BNF:GILBERTO RAMIREZ ID:2117539351 BNF BK:INTERNAT IONAL BANK OF C ID:114902528 PMT DET:580229308 SET TLEMENT #5258 | -524.55 |
| 11/03/25 | WIRE TYPE:WIRE OUT DATE:251103 TIME:1658 ET TRN:2025110300730572 SERVICE REF:022476 BNF:MIGUEL BERNARDO RUIZ AGUIL ID:10847555091 BNF BK:COASTAL ONE FINANCE, A ID:125109006 PMT DET:580230986 SETTLEMENT #5243 | -575.01 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:FERNANDO MECOR HERN Confirmation# 3920976191 | -500.00 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:LIGHTYEAR TRANSPORT Confirmation# 0421135919 | -1,500.00 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:ADO TRANSPORTATION, Confirmation# 1821154270 | -1,500.00 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:FRANCSICO M ESTRADA Confirmation# 0421184458 | -355.00 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:LUIS MANUEL ZAVALETA Confirmation# 1821197737 | -1,027.86 |
| 11/03/25 | Zelle payment to Pablo Munoz for "ANA MUNOZ PAYROLL W43", Conf# isis0m76e | -369.40 |
| 11/03/25 | Zelle payment to Pablo Munoz for "PABLO MUNOZ PAYROLL WEEK 43 2025", Conf# dfg2y3b15 | -358.25 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:JORGE LUIS INFANTE C Confirmation# 3921317537 | -1,078.37 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:MOISES PORTILLA LEY Confirmation# 0421335416 | -344.09 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:ISAAC PORTILLA LEYV Confirmation# 1821378157 | -533.13 |
| 11/03/25 | Zelle payment to SOPHIA TEJADA for "SALES COMMISSIONS WEEK 43 2025", Conf# b96v5fro7 | -550.00 |

continued on the next page

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/03/25 | Zelle payment to JOSE GONZALEZ Conf# gytu03dk3 | -500.00 |
| 11/03/25 | Zelle payment to Luis G Valencia for 'REPAIR 10870', Conf# dbh3duyxy | -400.00 |
| 11/03/25 | TRANSFER IH 35 TRANSPORTATION:EDUARDO LOPEZ Confirmation# 0421522789 | -803.18 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W4592  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -7,000.00 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W2410  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -6,000.00 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W8908  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -2,300.00 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W2104  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -2,000.00 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W5642  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -2,000.00 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W9902  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -1,500.00 |
| 11/03/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W7200  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -1,100.00 |
| 11/04/25 | WIRE TYPE:FX OUT DATE:251105 TIME:0424 ET TRN:2025110400029022 FX:MXN 12455.29 18.0232 BNF:JUAN JORGE CASTOR CASTANED ID:0725800128072022 BNF BK:BANCO MERCANTIL DEL NOR ID:MENOMXMT PMT DET:580260698 SETTLEMENT 5251 POP OPERATING EX | -691.07 |
| 11/04/25 | Online Banking transfer to CHK 1135 Confirmation# 2628354147 | -4,188.77 |
| 11/04/25 | Zelle payment to MARCO ANTONIO OLVERA DAVILA for 'PAYROLL WEEK 42 2025', Conf# eavlqaqy1 | -1,100.44 |
| 11/04/25 | Zelle payment to LAURA MUNOZ Conf# f3nk7iy0j | -1,500.00 |
| 11/04/25 | TRANSFER IH 35 TRANSPORTATION:JOSE MANUEL CHAVEZ R Confirmation# 0428727902 | -451.36 |
| 11/04/25 | WIRE TYPE:WIRE OUT DATE:251104 TIME:1554 ET TRN:2025110400536561 SERVICE REF:015145 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:580447150 EX393 | -800.00 |
| 11/04/25 | Online Banking transfer to CHK 1135 Confirmation# 1129015622 | -1,312.90 |
| 11/04/25 | Online Banking transfer to CHK 1135 Confirmation# 2329219707 | -778.86 |
| 11/04/25 | WIRE TYPE:FX OUT DATE:251105 TIME:1651 ET TRN:2025110400562912 FX:MXN 14747.69 18.2185 BNF:KEVEN FELIPE SALINAS MUNOZ ID:0725800134126788 BNF BK:BANCO MERCANTIL DEL NOR ID:MENOMXMT PMT DET:580461190 SETTLEMENT 5252 POP OPERATING EX | -809.49 |
| 11/04/25 | Zelle payment to Florencio Ramirez for 'TRIP TO SAN ANTONIO 11-04-2025', Conf# hfzu4b1xo | -250.00 |
| 11/04/25 | Zelle payment to Pablo Munoz for 'DIEGO MUNOZ PAYROLL WEEK 44 2025', Conf# ckp5wh92k | -308.84 |
| 11/04/25 | TRANSFER IH 35 TRANSPORTATION:JUAN MANUEL SALDANA Confirmation# 1829424539 | -500.00 |
| 11/05/25 | WIRE TYPE:WIRE OUT DATE:251105 TIME:1559 ET TRN:2025110300728671 SERVICE REF:016348 BNF:JOSE MIGUEL ALFARO SANCHEZ ID:483666517 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:580229812 SETTLEMENT#5241 | -1,016.03 |
| 11/05/25 | WIRE TYPE:WIRE OUT DATE:251105 TIME:1559 ET TRN:2025110500526034 SERVICE REF:016347 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:580650568 R-65A | -4,427.24 |
| 11/05/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W2922  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -7,000.00 |
| 11/05/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W3872  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -2,000.00 |
| 11/05/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W5582  INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -2,000.00 |

continued on the next page

**BANK OF AMERICA**

## Your checking account

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/05/25 | INTUIT 70315701 DES:TAX ID:19585974 INDN:IH 35 TRANSPORTATION L CO ID:4462800242 CCD | -253.91 |
| 11/06/25 | Zelle payment to DAVID TRUJILLO TAPIA Conf# hlrp8yfux | -500.00 |
| 11/06/25 | WIRE TYPE:WIRE OUT DATE:251106 TIME:1600 ET TRN:2025110600531192 SERVICE REF:017030 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:580854552 R-65A | -2,000.00 |
| 11/06/25 | Online Banking transfer to CHK 1135 Confirmation# 1946463552 | -1,114.04 |
| 11/06/25 | TRANSFER IH 35 TRANSPORTATION:JORGE ABRAHAM AGUIRR Confirmation# 0646501497 | -588.92 |
| 11/06/25 | WIRE TYPE:WIRE OUT DATE:251106 TIME:1643 ET TRN:2025110600555090 SERVICE REF:018155 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:580864402 EX393 | -1,000.00 |
| 11/06/25 | AMERICAN EXPRESS DES:ACH PMT ID:W3936 INDN:FIDEL MUNOZ CO ID:1133133497 CCD | -2,500.00 |
| 11/06/25 | AMERICAN EXPRESS DES:ACH PMT ID:W5170 INDN:FIDEL MUNOZ CO ID:1133133497 CCD | -2,000.00 |
| 11/06/25 | AMERICAN EXPRESS DES:ACH PMT ID:W9906 INDN:FIDEL MUNOZ CO ID:1133133497 CCD | -1,100.00 |
| 11/06/25 | AMERICAN EXPRESS DES:ACH PMT ID:W5692 INDN:FIDEL MUNOZ CO ID:1133133497 CCD | -500.00 |
| 11/07/25 | Online Banking transfer to CHK 1135 Confirmation# 1655017488 | -3,918.15 |
| 11/07/25 | WIRE TYPE:WIRE OUT DATE:251107 TIME:1640 ET TRN:2025110700557005 SERVICE REF:018046 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:581104064 R-65A | -2,500.00 |
| 11/07/25 | WIRE TYPE:WIRE OUT DATE:251107 TIME:1643 ET TRN:2025110700558505 SERVICE REF:018539 BNF:FERNANDO MECOR HERNANDEZ ID:525799219 BNF BK:F IRST NATIONAL BANK TEX ID:111906271 PMT DET:581104 782 SETTLEMENT #5225 | -1,272.27 |
| 11/07/25 | WIRE TYPE:WIRE OUT DATE:251107 TIME:1645 ET TRN:2025110700559485 SERVICE REF:017926 BNF:CARLOS ADRIAN MARTINEZ COL ID:483129755 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:581105200 SETTLEMENT #5230 | -1,436.13 |
| 11/07/25 | Online Banking transfer to CHK 1135 Confirmation# 1755202606 | -1,000.00 |
| 11/07/25 | WIRE TYPE:WIRE OUT DATE:251107 TIME:1649 ET TRN:2025110700561155 SERVICE REF:018249 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:581106036 EX393 | -1,500.00 |
| 11/07/25 | WIRE TYPE:WIRE OUT DATE:251107 TIME:1652 ET TRN:2025110700562763 SERVICE REF:018333 BNF:FERNANDO MECOR HERNANDEZ ID:525799219 BNF BK:F IRST NATIONAL BANK TEX ID:111906271 PMT DET:581106 772 SETTLEMENT #5264 | -1,400.00 |
| 11/07/25 | Zelle payment to Joe Quintero for "SALES COMMISSIONS WEEK 44". Conf# ekibtdmwj | -300.00 |
| 11/07/25 | TRANSFER IH 35 TRANSPORTATION:LIGHTYEAR TRANSPORT Confirmation# 0455716691 | -1,500.00 |
| 11/07/25 | TRANSFER IH 35 TRANSPORTATION:ADO TRANSPORTATION, Confirmation# 1655742172 | -1,500.00 |
| 11/07/25 | TRANSFER IH 35 TRANSPORTATION:JOSE ANGEL PONS DE L Confirmation# 0455774629 | -1,100.00 |
| 11/07/25 | WIRE TYPE:FX OUT DATE:251112 TIME:1825 ET TRN:2025110700589614 FX:MXN 19785.92 17.9872 BNF:RICARDO GUERRERO LUJAN ID:0620680011610574 BNF BK:BANCA AFIRME, S.A. INS ID:AFIRMXMT PMT DET:581119282 FACTURA 2136 POP OPERATING EXPEN | -1,100.00 |
| 11/07/25 | Zelle payment to DAVID TRUJILLO TAPIA for "SETTLEMENT #5226". Conf# i5381nrpf | -668.83 |
| 11/07/25 | Zelle payment to MARCO ANTONIO OLVERA DAVILA for "PAYROLL WEEK 43 2025". Conf# flaq2gq9w | -1,100.44 |

continued on the next page

IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1148   |   November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/07/25 | WEBFILE TAX PYMT DES:DD        ID:902/80891950 INDN:33311/12345/EDI/XML -  CO ID:2146000311 CCD | -1,975.58 |
| 11/10/25 | Zelle payment to LAURA MUNOZ Conf# bnw0ieo3s | -2,500.00 |
| 11/10/25 | Online Banking transfer to CHK 1135 Confirmation# 1162436161 | -850.00 |
| 11/10/25 | Online Banking transfer to CHK 1135 Confirmation# 1162438782 | -765.92 |
| 11/10/25 | Online Banking transfer to CHK 1135 Confirmation# 1362440276 | -750.00 |
| 11/10/25 | Online Banking transfer to CHK 1135 Confirmation# 2562441811 | -1,908.91 |
| 11/10/25 | Online Banking transfer to CHK 1135 Confirmation# 2180154657 | -4,576.36 |
| 11/10/25 | WIRE TYPE:WIRE OUT DATE:251110 TIME:1408 ET TRN:2025111000549359 SERVICE REF:012589 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:581382864 EX393 | -1,100.00 |
| 11/10/25 | WIRE TYPE:WIRE OUT DATE:251110 TIME:1523 ET TRN:2025111000584940 SERVICE REF:018641 BNF:EXPRESS JULSA SA DE CV ID:2116027/99 BNF BK:IN TERNATIONAL BANK OF C ID:114902528 PMT DET:5814018 50 IHO7-08 | -1,800.00 |
| 11/10/25 | Mobile transfer to CHK 4098 Confirmation# ctkhfsrel; | -6,000.00 |
| 11/10/25 | AGILE PREMIUMFIN DES:PAYMENTS   ID:27578314 INDN:IH 35 TRANSPORTATION L  CO ID:1472319830 CCD | -10,000.00 |
| 11/10/25 | INTUIT *       DES:QBooks Pay ID:1842469 INDN:IH 35 TRANSPORTATION L  CO ID:0000756346 CCD | -358.18 |
| 11/12/25 | Zelle payment to  IH 35 TRANSPORTATION LLC Conf# bdhbbo037 | -550.00 |
| 11/12/25 | Zelle payment to  IH 35 TRUCKING LLC Conf# gffgrt370 | -2,300.00 |
| 11/12/25 | Zelle payment to MARCO ANTONIO OLVERA DAVILA for "REEIMBURSEMENT FOR:200 ADV LUMPER L1237950 MOV", Conf# b9goz39z4 | -400.00 |
| 11/12/25 | Zelle payment to MARCO ANTONIO OLVERA DAVILA for "PAYROLL WEEK 44 2025", Conf# ekxxl0pnt | -1,100.44 |
| 11/12/25 | Zelle payment to JORGE MARTINEZ GARZA for "Cash advance L12382", Conf# qr691e8in | -200.00 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0445 ET TRN:2025111200206429 SERVICE REF:006489 BNF:MOISES PORTILLA LEYVA ID:536071558 BNF BK:FIRS T NATIONAL BANK TEX ID:111906271 PMT DET:581513270  LOCAL SEM 44 2025 | -750.00 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0446 ET TRN:2025111200206742 SERVICE REF:006505 BNF:JOSE MIGUEL ALFARO SANCHEZ ID:483666517 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:581513424 SETTLEMENT 5261 | -1,803.35 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0446 ET TRN:2025111200207995 SERVICE REF:006699 BNF:FERNANDO MECOR HERNANDEZ ID:525799219 BNF BK:F IRST NATIONAL BANK TEX ID:111906271 PMT DET:581513 650 SETTLEMENT #5264 | -1,347.46 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0446 ET TRN:2025111200208392 SERVICE REF:006860 BNF:ISAAC PORTILLA LEYVA ID:536081326 BNF BK:FIRST  NATIONAL BANK TEX ID:111906271 PMT DET:581513720 SETTLEMENT #5246 | -1,059.16 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0446 ET TRN:2025111200208601 SERVICE REF:006867 BNF:VICTOR BALVERDE ID:484753702 BNF BK:FIRST NATI ONAL BANK TEX ID:111906271 PMT DET:581513794 SETTL EMENT #5217 | -1,202.89 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0446 ET TRN:2025111200208759 SERVICE REF:006527 BNF:EDUARDO LOPEZ ID:655799732 BNF BK:FIRST NATION AL BANK TEX ID:111906271 PMT DET:581513864 SETTLEM ENT #5269 | -715.75 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:0446 ET TRN:2025111200208884 SERVICE REF:006541 BNF:VICENTE SANTOS C ID:536082654 BNF BK:FIRST NAT IONAL BANK TEX ID:111906271 PMT DET:581513932 SETT LEMENT #5213 | -556.36 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:1057 ET TRN:2025111200209098 SERVICE REF:015536 BNF:JOSE MANUEL CHAVEZ ROMERO ID:536071590 BNF BK: FIRST NATIONAL BANK TEX ID:111906271 PMT DET:58151 4000 SETTLEMENT 5244 | -540.95 |
| 11/12/25 | Online Banking transfer to CHK 1135 Confirmation# 1697060326 | -19,902.83 |

continued on the next page

## Your checking account


**BANK OF AMERICA**

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:1529 ET TRN:2025111200808194 SERVICE REF:023061 BNF:JORGE LUIS INFANTE CORONA ID:483159216 BNF BK: FIRST NATIONAL BANK TEX ID:111906271 PMT DET:58171 3398 SETTLEMENT #5231 | -1,976.12 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:JOSE ANGEL PONS DE L Confirmation# 1697987144 | -1,100.00 |
| 11/12/25 | WIRE TYPE:FX OUT DATE:251113 TIME:1540 ET TRN:2025111200846010 FX:MXN 20516.46 17.8404 BNF:RICARDO GUERRERO LUJAN ID:0620680011610574 BNF BK:BANCA AFIRME, S.A., INS ID:AFIRMXMT PMT DET:581715682 FACTURA 2140 Y REP FB POP OPERAT | -1,150.00 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:LUIS MANUEL ZAVALETA Confirmation# 1698029349 | -1,920.32 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:LIGHTYEAR TRANSPORT Confirmation# 1698260212 | -1,500.00 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:ADO TRANSPORTATION, Confirmation# 0198274411 | -1,500.00 |
| 11/12/25 | Online Banking transfer to CHK 1135 Confirmation# 2698285254 | -787.50 |
| 11/12/25 | WIRE TYPE:WIRE OUT DATE:251112 TIME:1628 ET TRN:2025111200847221 SERVICE REF:025138 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:581725344 EX393 | -1,200.00 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:ADRIAN TRUJILLO TAPI Confirmation# 0198413108 | -1,166.31 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:JORGE ABRAHAM AGUIRR Confirmation# 0198688327 | -1,573.74 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:CARLOS ADRIAN MARTIN Confirmation# 0198700280 | -1,065.40 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:RAFAEL RIVERO REYNOS Confirmation# 1698733301 | -804.56 |
| 11/12/25 | TRANSFER IH 35 TRANSPORTATION:JUAN MANUEL SALDANA Confirmation# 3798760171 | -1,278.42 |
| 11/13/25 | Online Banking transfer to CHK 1135 Confirmation# 1806806214 | -11,720.39 |
| 11/13/25 | Online Banking transfer to CHK 1135 Confirmation# 1807268885 | -1,599.29 |
| 11/13/25 | DISCOVER      DES:E-PAYMENT ID:4451 INDN:MUNOZ FIDEL      CO ID:2510020270 WEB | -1,200.00 |
| 11/14/25 | Online Banking transfer to CHK 1135 Confirmation# 2315462161 | -6,028.04 |
| 11/14/25 | WIRE TYPE:WIRE OUT DATE:251114 TIME:1627 ET TRN:2025111400595721 SERVICE REF:019531 BNF:CARLOS ADRIAN MARTINEZ COL ID:483129755 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:582182818 SETTLEMENT #5249 | -1,065.40 |
| 11/14/25 | Zelle payment to IH 35 TRUCKING LLC Conf# bd2j0x9ip | -3,250.12 |
| 11/14/25 | WIRE TYPE:WIRE OUT DATE:251114 TIME:1632 ET TRN:2025111400598580 SERVICE REF:020187 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:582183984 EX393 | -1,200.00 |
| 11/14/25 | WIRE TYPE:FX OUT DATE:251118 TIME:1634 ET TRN:2025111400599753 FX:MXN 23870.94 17.8477 BNF:KEVEN FELIPE SALINAS MUNOZ ID:0725800134126788 BNF BK:BANCO MERCANTIL DEL NOR ID:MENOMXMT PMT DET:582184468 SETTLEMENT 5279 POP OPERATING EX | -1,337.48 |
| 11/14/25 | Zelle payment to JOSE GONZALEZ for 'REPAIR T173', Conf# cypckwy37 | -150.00 |
| 11/14/25 | TRANSFER IH 35 TRANSPORTATION:PATRICIA CERECERES Confirmation# 0116134506 | -240.00 |
| 11/14/25 | Online Banking transfer to CHK 1135 Confirmation# 1916596075 | -595.00 |
| 11/14/25 | Zelle payment to Joe Quintero Conf# e7w2ed5yf | -300.00 |
| 11/14/25 | Zelle payment to JORGE MARTINEZ GARZA for 'CASH ADVANCE L12435', Conf# e3cz4s5aw | -200.00 |
| 11/14/25 | Online Banking transfer to CHK 1135 Confirmation# 1216728258 | -1,000.00 |
| 11/14/25 | AGILE PREMIUMFIN DES:PAYMENTS ID:27676337 INDN:IH 35 TRANSPORTATION L CO ID:14/2319830 CCD | -2,500.00 |
| 11/14/25 | DISCOVER      DES:E-PAYMENT ID:4451 INDN:MUNOZ FIDEL      CO ID:2510020270 WEB | -1,250.00 |
| 11/17/25 | Online Banking transfer to CHK 1135 Confirmation# 5123012920 | -700.00 |
| 11/17/25 | Online Banking transfer to CHK 1135 Confirmation# 1840876195 | -5,523.76 |

continued on the next page

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/17/25 | Online Banking transfer to CHK 1135 Confirmation# 2440883052 | -900.00 |
| 11/17/25 | WIRE TYPE:WIRE OUT DATE:251117 TIME:1505 ET TRN:2025111700587102 SERVICE REF:017460 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:582448372 EX393 | -1,500.00 |
| 11/17/25 | Online transfer to CHK 4399 Confirmation# hazdzeyyn. | -2,000.00 |
| 11/17/25 | Zelle payment to LAURA MUNOZ Conf# bylmojo22 | -5,000.00 |
| 11/17/25 | TRANSFER IH 35 TRANSPORTATION:Reliance Partners, L Confirmation# 1641080195 | -3,000.00 |
| 11/17/25 | Zelle payment to IH 35 TRANSPORTATION LLC Conf# b86h17pgq | -4,650.00 |
| 11/17/25 | TRANSFER IH 35 TRANSPORTATION:JASON COSTILLA Confirmation# 1641310787 | -500.00 |
| 11/17/25 | Online Banking transfer to CHK 1135 Confirmation# 2641733844 | -732.50 |
| 11/17/25 | Online Banking transfer to CHK 1135 Confirmation# 1341735360 | -825.00 |
| 11/17/25 | TRANSFER IH 35 TRANSPORTATION:ISAAC PORTILLA LEYV Confirmation# 1641819162 | -829.35 |
| 11/17/25 | AGILE PREMIUMFIN DES:PAYMENTS  ID:27714498 INDN:IH 35 TRANSPORTATION L CO ID:1472319830 CCD | -8,500.00 |
| 11/17/25 | DISCOVER       DES:E-PAYMENT  ID:4451 INDN:MUNOZ FIDEL       CO ID:2510020270 WEB | -2,500.00 |
| 11/18/25 | Zelle payment to  David Gonzalez Conf# c87h78kz8 | -1,000.00 |
| 11/18/25 | Zelle payment to JORGE MARTINEZ GARZA for "AdvLoad 12557"; Conf# dgvbaxx8w | -100.00 |
| 11/18/25 | WIRE TYPE:WIRE OUT DATE:251118 TIME:1336 ET TRN:2025111800434886 SERVICE REF:011225 BNF:MAGDIEL MERCADO ID:2116708893 BNF BK:INTERNATI ONAL BANK OF C ID:114902528 PMT DET:582619762 PAGO   GRUA | -1,200.00 |
| 11/18/25 | Zelle payment to  gonzalez towing for "Honda Odyssey". Conf# b83ftauol | -446.00 |
| 11/18/25 | Online Banking transfer to CHK 1135 Confirmation# 2349221534 | -16,300.00 |
| 11/18/25 | TRANSFER IH 35 TRANSPORTATION:RAFAEL RIVERO REYNOS Confirmation# 0451240904 | -750.00 |
| 11/18/25 | TRANSFER IH 35 TRANSPORTATION:MOISES  PORTILLA LEY Confirmation# 0451264235 | -829.35 |
| 11/18/25 | TRANSFER IH 35 TRANSPORTATION:JOSE MIGUEL ALFARO S Confirmation# 1651270751 | -1,254.79 |
| 11/18/25 | TRANSFER IH 35 TRANSPORTATION:JORGE ABRAHAM AGUIRR Confirmation# 0451281902 | -1,655.24 |
| 11/18/25 | TRANSFER IH 35 TRANSPORTATION:Neftali Coronado Urb Confirmation# 1651292463 | -480.89 |
| 11/18/25 | TRANSFER IH 35 TRANSPORTATION:MIGUEL BERNARDO RUIZ Confirmation# 1651337941 | -700.00 |
| 11/18/25 | Zelle payment to JORGE MARTINEZ GARZA for "ADVANCE LOAD 12557"; Conf# i0mkq0g1p | -200.00 |
| 11/19/25 | Zelle payment to  IH 35 TRUCKING LLC Conf# epgebqud3 | -1,759.55 |
| 11/19/25 | Zelle payment to JORGE MARTINEZ GARZA for "SETTLEMENT #5289"; Conf# dvt2prr71 | -1,006.60 |
| 11/19/25 | Zelle payment to MARCO ANTONIO OLVERA DAVILA for "PAYROLL WEEK 45 2025", Conf# fjj2fvj48 | -1,100.44 |
| 11/19/25 | Online scheduled transfer to CHK 1135 Confirmation# 2028512910 | -16,300.00 |
| 11/19/25 | AMERICAN EXPRESS DES:ACH PMT  ID:M5954 INDN:FIDEL MUNOZ       CO ID:1133133497 CCD | -10,000.00 |
| 11/19/25 | DISCOVER       DES:E-PAYMENT  ID:4451 INDN:MUNOZ FIDEL       CO ID:2510020270 WEB | -5,000.00 |
| 11/19/25 | Samsara       DES:Samsara   ID:ST-H5Y7M5O2V8B1 INDN:JORGE MUNOZ       CO ID:1800948598 WEB | -4,000.00 |
| 11/20/25 | WIRE TYPE:WIRE OUT DATE:251120 TIME:1253 ET TRN:2025112000434870 SERVICE REF:013206 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:582965422 EX393 | -500.00 |
| 11/20/25 | Online Banking transfer to CHK 1135 Confirmation# 2067441607 | -5,539.40 |
| 11/20/25 | Zelle payment to  IH 35 TRUCKING LLC Conf# pmp8icxrv | -2,000.00 |
| 11/21/25 | Online Banking transfer to CHK 1135 Confirmation# 177612816 | -6,319.44 |
| 11/21/25 | WIRE TYPE:WIRE OUT DATE:251121 TIME:1652 ET TRN:2025112100570493 SERVICE REF:019474 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:583252002 EX393 | -1,100.00 |

continued on the next page

# BANK OF AMERICA 🦅

**Your checking account**

IH 35 TRANSPORTATION, LLC  |  Account # 4881 2852 1148  |  November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/21/25 | Online Banking transfer to CHK 1135 Confirmation# 2376316744 | -808.07 |
| 11/21/25 | Zelle payment to IH 35 TRUCKING LLC Conf# dtcoaht9w | -1,550.00 |
| 11/21/25 | Online transfer to CHK 4399 Confirmation# be1ga7h1z. | -2,000.00 |
| 11/21/25 | TRANSFER IH 35 TRANSPORTATION:Victor Balverde Confirmation# 1677057837 | -1,257.92 |
| 11/21/25 | TRANSFER IH 35 TRANSPORTATION:FERNANDO MECOR HERN Confirmation# 1677194718 | -600.00 |
| 11/21/25 | Zelle payment to JORGE MARTINEZ GARZA for 'SETTLEMENT #5297'; Conf# gpg3wu0qa | -152.08 |
| 11/21/25 | Zelle payment to Alejandro Garza Lozano for 'CASH ADVANCE LOAD 12473'; Conf# iwg0bqt0o | -200.00 |
| 11/21/25 | TRANSFER IH 35 TRANSPORTATION:JUAN MANUEL SALDANA Confirmation# 0477267904 | -945.81 |
| 11/21/25 | TRANSFER IH 35 TRANSPORTATION:LUIS MANUEL ZAVALETA Confirmation# 0477275382 | -848.68 |
| 11/21/25 | TRANSFER IH 35 TRANSPORTATION:LIGHTYEAR TRANSPORT Confirmation# 0477284060 | -1,000.00 |
| 11/21/25 | TRANSFER IH 35 TRANSPORTATION:ADO TRANSPORTATION, Confirmation# 0477295557 | -750.00 |
| 11/21/25 | Zelle payment to DAVID TRUJILLO TAPIA for 'SETTLEMENT #5273'; Conf# iz02svx41 | -1,000.00 |
| 11/21/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W0288 INDN:FIDEL MUNOZ        CO ID:1133133497 CCD | -11,000.00 |
| 11/21/25 | AGILE PREMIUMFIN DES:PAYMENTS   ID:27819508 INDN:IH 35 TRANSPORTATION L CO ID:1472319830 CCD | -1,500.00 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 2383297772 | -920.00 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 2683300988 | -851.25 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 1383303419 | -1,612.38 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 1983306532 | -1,153.17 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 1683309657 | -1,596.30 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 1883312178 | -1,164.74 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 1683316918 | -1,820.00 |
| 11/24/25 | Zelle payment to Joe Quintero for 'W46'; Conf# iknhydp2b | -300.00 |
| 11/24/25 | WIRE TYPE:WIRE OUT DATE:251124 TIME:0404 ET TRN:2025112400029569 SERVICE REF:002971 BNF:JOSE ANGEL PONS DE LA TEJE ID:810232918 BNF BK:FALCON INTERNATIONAL BA ID:114915803 PMT DET:5832/4680 CP31 Y CP31 | -2,200.00 |
| 11/24/25 | Online Banking transfer to CHK 1135 Confirmation# 1302491290 | -15,235.66 |
| 11/24/25 | Online transfer to CHK 2080 Confirmation# bjaumqsjq. | -20,000.00 |
| 11/24/25 | Zelle payment to Alejandro Garza Lozano for 'CASH ADVANCE LOAD 12487'; Conf# giw5pr4xm | -143.50 |
| 11/24/25 | Zelle payment to MARCO ANTONIO OLVERA DAVILA for 'SALES COMMISSIONS WEEK 46 2025'; Conf# ctcu3nwa4 | -1,100.45 |
| 11/24/25 | Zelle payment to DAVID TRUJILLO TAPIA for 'SETTLEMENT 5273'; Conf# d22zmzhgc | -683.93 |
| 11/24/25 | AMERICAN EXPRESS DES:ACH PMT   ID:W0778 INDN:FIDEL MUNOZ        CO ID:1133133497 CCD | -20,000.00 |
| 11/25/25 | WIRE TYPE:WIRE OUT DATE:251125 TIME:0414 ET TRN:2025112400774714 SERVICE REF:002598 BNF:ADO TRANSPORTATION, INC ID:823672011 BNF BK:FA LCON INTERNATIONAL BA ID:114915803 PMT DET:5835688 70 SALES COMMISSIONS WEEK 45 2025 | -750.00 |
| 11/25/25 | WIRE TYPE:WIRE OUT DATE:251125 TIME:0425 ET TRN:2025112400770660 SERVICE REF:002754 BNF:RAFAEL RIVERO REYNOSO ID:535623748 BNF BK:FIRS T NATIONAL BANK TEX ID:111906271 PMT DET:583568276  LOCAL DRIVER WEEK 47 2025 | -720.00 |
| 11/25/25 | WIRE TYPE:WIRE OUT DATE:251125 TIME:0425 ET TRN:2025112400772992 SERVICE REF:002901 BNF:FERNANDO MECOR HERNANDEZ ID:525799219 BNF BK:F IRST NATIONAL BANK TEX ID:111906271 PMT DET:583568 496 SETTLEMENT 5281 | -732.06 |

*continued on the next page*

Case 25-50057 Document 174 Filed in TXSB on 01/16/26 Page 114 of 159
Case 25-50057 Document 164 Filed in TXSB on 12/22/25 Page 16 of 41
IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/25/25 | WIRE TYPE:WIRE OUT DATE:251125 TIME:0425 ET TRN:20251124007743/6 SERVICE REF:002789 BNF:JOSE MIGUEL ALFARO SANCHEZ ID:483666517 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:583568784 SETTLEMENT 5292 | -1,096.60 |
| 11/25/25 | Online Banking transfer to CHK 1135 Confirmation# 2610786096 | -18,838.43 |
| 11/25/25 | Online Banking transfer to CHK 1135 Confirmation# 1110873272 | -1,040.55 |
| 11/25/25 | Zelle payment to JORGE MARTINEZ GARZA for 'CASH ADVANCE 12501'; Conf# fd94ybdl4 | -300.00 |
| 11/25/25 | Zelle payment to Pablo Munoz for 'PAYROLL WEEK 44 2025'; Conf# ccb1ht1k8 | -358.25 |
| 11/25/25 | Samsara    DES:Samsara   ID:ST-D5D7R1F8G4M6 INDN:JORGE MUNOZ       CO ID:1800948598 WEB | -4,000.00 |
| 11/26/25 | Zelle payment to Alejandro Garza Lozano for 'LUMPER FEE LOAD 12487', Conf# car51m2e5 | -123.60 |
| 11/26/25 | Zelle payment to Pablo Munoz for 'LUMPER FEE LOAD 1247/1'; Conf# bubwjsy67 | -110.00 |
| 11/26/25 | Online Banking transfer to CHK 1135 Confirmation# 1719486249 | -6,591.60 |
| 11/26/25 | Online Banking transfer to CHK 1135 Confirmation# 1319510750 | -1,700.00 |
| 11/26/25 | INTUIT 40516957 DES:TAX     ID:19585974 INDN:IH 35 TRANSPORTATION L  CO ID:4462800242 CCD | -673.36 |
| 11/28/25 | Zelle payment to Alejandro Garza Lozano for 'SETTLEMENT 5314'; Conf# ecsnpyi3w | -150.00 |
| 11/28/25 | WIRE TYPE:WIRE OUT DATE:251128 TIME:1321 ET TRN:202511280078354 SERVICE REF:021685 BNF:COMDATA INC ID:0018411568 BNF BK:REGIONS BANK ID:062005690 PMT DET:584289440 EX393 | -1,200.00 |
| 11/28/25 | Online Banking transfer to CHK 1135 Confirmation# 2435461507 | -5,369.22 |
| 11/28/25 | Online Banking transfer to CHK 1135 Confirmation# 1635640176 | -1,896.31 |
| 11/28/25 | Online Banking transfer to CHK 1135 Confirmation# 1735984883 | -1,040.55 |
| 11/28/25 | Zelle payment to Jesus Escobedo for 'PAYROLL WEEK 48 2025', Conf# iablstk2j | -642.00 |
| 11/28/25 | WIRE TYPE:WIRE OUT DATE:251128 TIME:1650 ET TRN:2025112800889476 SERVICE REF:025647 BNF:VICTOR BALVERDE ID:484753702 BNF BK:FIRST NATI ONAL BANK TEX ID:111906271 PMT DET:584325476 SETTL EMENT 5296 | -414.60 |
| 11/28/25 | WIRE TYPE:WIRE OUT DATE:251128 TIME:1652 ET TRN:2025112800891968 SERVICE REF:025406 BNF:CARLOS ADRIAN MARTINEZ COL ID:483129755 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:584325766 SETTLEMENT 5296 | -500.00 |
| 11/28/25 | WIRE TYPE:WIRE OUT DATE:251128 TIME:1655 ET TRN:2025112800892530 SERVICE REF:025668 BNF:JOSE MIGUEL ALFARO SANCHEZ ID:483666517 BNF BK:FIRST NATIONAL BANK TEX ID:111906271 PMT DET:584326134 SETTLEMENT 5313 | -554.71 |
| 11/28/25 | Zelle payment to Alejandro Garza Lozano for 'SETTLEMENT 5314', Conf# icoyfx1n3 | -310.22 |
| 11/28/25 | PROG COUNTY MUT DES:INS PREM   ID:XXXXXXXXX IH 35  INDN:IH 35 Transportation   CO ID:9409348179 PPD | -1,399.53 |

Card account # XXXX XXXX XXXX 4130

| 11/26/25 | H-E-B #449    11/26 #000466051 PURCHASE H-E-B #449       LAREDO       TX | -88.69 |

**Subtotal for card account # XXXX XXXX XXXX 4130** — **-$88.69**

Card account # XXXX XXXX XXXX 6067

| 11/03/25 | PMNT SENT 1031 CASH APP*JOSE JUA 8009691940  CA 0761555530435099152069 0 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -700.00 |
| 11/03/25 | PMNT SENT 1031 CASH APP*GERARDO 8009691940  CA 0761555530435100865659 2 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -788.41 |
| 11/03/25 | PMNT SENT 1031 CASH APP*MOISES P 8009691940  CA 0761555530435100871127 2 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -750.00 |
| 11/03/25 | CHECKCARD 1101 Google GSUITE_ih3 6502530000  CA 1527021530500104000808 3 RECURRING CKCD 4816 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -296.54 |
| 11/04/25 | PMNT SENT 1104 CASH APP*GERARDO 8009691940  CA 0761555530819116424101 1 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -684.50 |

continued on the next page


**BANK OF AMERICA**

**Your checking account**

IH 35 TRANSPORTATION, LLC  |  Account # 4881 2852 1148  |  November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/05/25 | PURCHASE  1105 RELAY* CIRCLEK270 ATLANTA       GA | -468.58 |
| 11/06/25 | CHECKCARD  1105 FUEL AMERICA TRAV LAREDO       TX 55546505310539870440398 CKCD<br>5541 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -48.71 |
| 11/07/25 | PMNT SENT  1106 CASH APP*GABRIEL 8009691940   CA 07615555310191276863872 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -623.49 |
| 11/10/25 | BKOFAMERICA ATM 11/08 #000005997 WITHDRWL MALL DEL NORTE      LAREDO       TX | -1,000.00 |
| 11/10/25 | PMNT SENT  1107 CASH APP*MARIA JO 8009691940   CA 07615555311191340783667 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -1,706.47 |
| 11/10/25 | PMNT SENT  1108 CASH APP*GERARDO 8009691940   CA 07615555312191346481471 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -540.90 |
| 11/10/25 | CHECKCARD  1108 SOUTH TX TRUCK CE LAREDO       TX 52653845312542794498785 CKCD<br>5511 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -323.87 |
| 11/12/25 | BKOFAMERICA ATM 11/11 #000004226 WITHDRWL MALL DEL NORTE      LAREDO       TX | -1,490.00 |
| 11/12/25 | PMNT SENT  1111 CASH APP*GERARDO 8009691940   CA 07615555315191489745853 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -765.22 |
| 11/12/25 | PMNT SENT  1111 CASH APP*GABRIEL 8009691940   CA 07615555315191489680332 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -516.67 |
| 11/12/25 | CHECKCARD  1111 SOUTH TX TRUCK CE LAREDO       TX 52653845315545960369968 CKCD<br>5511 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -301.05 |
| 11/12/25 | CHECKCARD  1111 O'REILLY 750 8007556759   TN 55309595316234377562801 CKCD 5533<br>XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -616.51 |
| 11/12/25 | PMNT SENT  1111 CASH APP*ALEJANDR 8009691940   CA 07615555315191506911967 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -290.00 |
| 11/12/25 | CHECKCARD  1111 FUEL AMERICA TRAV LAREDO       TX 55546505316546424446585 CKCD<br>5541 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -42.22 |
| 11/13/25 | CHECKCARD  1112 DAT SOLUTIONS 800 8003285302   FL 55436875317123175301457 CKCD<br>7375 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -477.57 |
| 11/13/25 | CHECKCARD  1112 SOUTH TX TRUCK CE LAREDO       TX 52653845316547040408013 CKCD<br>5511 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -355.75 |
| 11/13/25 | PMNT SENT  1112 CASH APP*GABRIEL 8009691940   CA 07615555316191542349783 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -390.42 |
| 11/13/25 | CHECKCARD  1112 LAREDO BRIDGE SYS 956792055   TX 85183415316900012717104 CKCD<br>4784 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -103.00 |
| 11/13/25 | CHECKCARD  1112 DTOPS SINGLE CROS 3176144887   IN 05134375317600070477434 CKCD<br>9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/13/25 | BKOFAMERICA ATM 11/13 #000008245 WITHDRWL MALL DEL NORTE      LAREDO       TX | -1,250.00 |
| 11/14/25 | BKOFAMERICA ATM 11/14 #000008948 WITHDRWL MALL DEL NORTE      LAREDO       TX | -1,130.00 |
| 11/17/25 | PMNT SENT  1114 CASH APP*GERARDO 8009691940   CA 07615555318191644822255 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -464.80 |
| 11/17/25 | PMNT SENT  1115 CASH APP*GABRIEL 8009691940   CA 07615555319191646630101 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -200.00 |
| 11/17/25 | CHECKCARD  1114 DTOPS SINGLE CROS 3176144887   IN 05134375319000479582108 CKCD<br>9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/17/25 | PMNT SENT  1117 CASH APP*GABRIEL 8009691940   CA 07615555321191750292421 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -748.65 |
| 11/18/25 | PMNT SENT  1117 CASH APP*MARIA JO 8009691940   CA 07615555321191750074845 CKCD<br>4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -1,225.40 |

continued on the next page

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/19/25 | CHECKCARD 1118 SQ *LAREDO TRUCK 8774174551 TX 55432865322206032774350 CKCD 7299 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -217.22 |
| 11/19/25 | PMNT SENT 1119 CASH APP*GERARDO 8009691940 CA 07615555323191789413624 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -589.44 |
| 11/19/25 | CHECKCARD 1118 LAREDO BRIDGE SYS 9567952055 TX 85183415322900016070908 CKCD 4784 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -103.00 |
| 11/19/25 | CHECKCARD 1118 I3B*WYDOT POE - A CHEYENNE WY 05436845323000329932975 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -41.00 |
| 11/20/25 | CHECKCARD 1119 DTOPS SINGLE CROS 3176144887 IN 05134375324600071764922 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/20/25 | CHECKCARD 1119 DTOPS SINGLE CROS 3176144887 IN 05134375324600071765002 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/20/25 | CHECKCARD 1119 CO STATE SERVICES 3035343468 CO 55488725324095238033621 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -82.57 |
| 11/21/25 | CHECKCARD 1120 FUEL AMERICA TRAV LAREDO TX 55546505325556349551848 CKCD 5541 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -42.22 |
| 11/21/25 | PMNT SENT 1121 CASH APP*GABRIEL 8009691940 CA 07615555325191880918008 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -200.00 |
| 11/21/25 | PMNT SENT 1121 CASH APP*JOSE JUA 8009691940 CA 07615555325191934504416 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -1,100.00 |
| 11/24/25 | CHECKCARD 1121 FUEL AMERICA TRAV LAREDO TX 55546505326557516446290 CKCD 5541 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -42.22 |
| 11/24/25 | CHECKCARD 1121 BB OF INDIANAPOLI INDIANAPOLIS IN 55417345326123263770395 CKCD 7542 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -43.50 |
| 11/24/25 | PMNT SENT 1121 CASH APP*GABRIEL 8009691940 CA 07615555325191915242556 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -200.00 |
| 11/24/25 | CHECKCARD 1121 SOUTH TX TRUCK CE LAREDO TX 52653845325556980493678 CKCD 5511 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -259.77 |
| 11/24/25 | PMNT SENT 1122 CASH APP*GERARDO 8009691940 CA 07615555326191941117581 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -750.90 |
| 11/25/25 | CHECKCARD 1123 OK COM OFFICERS*V 8662551856 OK 55420365328630101462457 CKCD 7399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -437.75 |
| 11/25/25 | CHECKCARD 1124 FUEL AMERICA TRAV LAREDO TX 55546505329560722631306 CKCD 5541 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -42.22 |
| 11/25/25 | CHECKCARD 1124 DTOPS SINGLE CROS 3176144887 IN 05134375329600081368180 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/25/25 | PMNT SENT 1125 CASH APP*GABRIEL 8009691940 CA 07615555329192056820347 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -1,054.03 |
| 11/26/25 | PURCHASE 1126 RELAY* TABREEZEWO ATLANTA GA | -400.00 |
| 11/28/25 | CHECKCARD 1126 DTOPS SINGLE CROS 3176144887 IN 05134375331600115232267 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -13.45 |
| 11/28/25 | CHECKCARD 1126 DTOPS SINGLE CROS 3176144887 IN 05134375331600115232341 CKCD 9399 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/28/25 | CHECKCARD 1127 RF *MCLANE FOODSE 9723642239 TX 55125035331563661002649 CKCD 4225 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -105.00 |
| 11/28/25 | CHECKCARD 1127 TST*POLLO FELIZ E Laredo TX 55432865332209445136314 CKCD 5812 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -136.58 |
| 11/28/25 | CHECKCARD 1127 TST*POLLO FELIZ E Laredo TX 55432865332209445136199 CKCD 5812 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -42.88 |
| 11/28/25 | PMNT SENT 1127 CASH APP*GERARDO 8009691940 CA 07615555331192160799599 CKCD 4829 XXXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -100.00 |

continued on the next page

**BANK OF AMERICA**

**Your checking account**

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1148 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/28/25 | CHECKCARD 1127 DTOPS SINGLE CROS 3176144887 IN 0513437533260081700494 CKCD 9399 XXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -20.80 |
| 11/28/25 | CHECKCARD 1127 DTOPS SINGLE CROS 3176144887 IN 0513437533260081700569 CKCD 9399 XXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -13.45 |
| 11/28/25 | CHECKCARD 1127 DTOPS SINGLE CROS 3176144887 IN 0513437533260081700643 CKCD 9399 XXXXXXXXXXX6067 XXXX XXXX XXXX 6067 | -13.45 |
| Subtotal for card account # XXXX XXXX XXXX 6067 | | -$24,474.98 |
| Total withdrawals and other debits | | -$523,460.34 |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Wire Transfer Fee | -30.00 |
| 11/03/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/03/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/03/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/04/25 | Wire Transfer Fee | -30.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | External transfer fee - Next Day - 11/03/2025 | -5.00 |
| 11/04/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/05/25 | Wire Transfer Fee | -30.00 |
| 11/05/25 | Wire Transfer Fee | -30.00 |
| 11/05/25 | External transfer fee - Next Day - 11/04/2025 | -5.00 |

continued on the next page

Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 118 of 159
Case 25-50057   Document 164   Filed in TXSB on 12/22/25   Page 20 of 41
IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1148   |   November 1, 2025 to November 30, 2025

## Service fees - continued

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 11/05/25 | External transfer fee - Next Day - 11/04/2025 | -5.00 |
| 11/05/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/06/25 | Wire Transfer Fee | -30.00 |
| 11/06/25 | Wire Transfer Fee | -30.00 |
| 11/06/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/07/25 | Wire Transfer Fee | -30.00 |
| 11/07/25 | Wire Transfer Fee | -30.00 |
| 11/07/25 | Wire Transfer Fee | -30.00 |
| 11/07/25 | Wire Transfer Fee | -30.00 |
| 11/07/25 | Wire Transfer Fee | -30.00 |
| 11/07/25 | External transfer fee - Next Day - 11/06/2025 | -5.00 |
| 11/07/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/10/25 | Wire Transfer Fee | -30.00 |
| 11/10/25 | Wire Transfer Fee | -30.00 |
| 11/10/25 | External transfer fee - Next Day - 11/07/2025 | -5.00 |
| 11/10/25 | External transfer fee - Next Day - 11/07/2025 | -5.00 |
| 11/10/25 | External transfer fee - Next Day - 11/07/2025 | -5.00 |
| 11/10/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/10/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Wire Transfer Fee | -30.00 |
| 11/12/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/12/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |

continued on the next page

**BANK OF AMERICA**

## Your checking account

IH 35 TRANSPORTATION, LLC  |  Account # 4881 2852 1148  |  November 1, 2025 to November 30, 2025

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | External transfer fee - Next Day - 11/12/2025 | -5.00 |
| 11/13/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/14/25 | Wire Transfer Fee | -30.00 |
| 11/14/25 | Wire Transfer Fee | -30.00 |
| 11/14/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/17/25 | Wire Transfer Fee | -30.00 |
| 11/17/25 | External transfer fee - Next Day - 11/14/2025 | -5.00 |
| 11/17/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/18/25 | Wire Transfer Fee | -30.00 |
| 11/18/25 | External transfer fee - Next Day - 11/17/2025 | -5.00 |
| 11/18/25 | External transfer fee - Next Day - 11/17/2025 | -5.00 |
| 11/18/25 | External transfer fee - Next Day - 11/17/2025 | -5.00 |
| 11/18/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/19/25 | External transfer fee - Next Day - 11/18/2025 | -5.00 |
| 11/19/25 | External transfer fee - Next Day - 11/18/2025 | -5.00 |
| 11/19/25 | External transfer fee - Next Day - 11/18/2025 | -5.00 |
| 11/19/25 | External transfer fee - Next Day - 11/18/2025 | -5.00 |
| 11/19/25 | External transfer fee - Next Day - 11/18/2025 | -5.00 |
| 11/19/25 | External transfer fee - Next Day - 11/18/2025 | -5.00 |
| 11/19/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/20/25 | Wire Transfer Fee | -30.00 |
| 11/20/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/21/25 | Wire Transfer Fee | -30.00 |
| 11/21/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/24/25 | Wire Transfer Fee | -30.00 |
| 11/24/25 | External transfer fee - Next Day - 11/21/2025 | -5.00 |
| 11/24/25 | External transfer fee - Next Day - 11/21/2025 | -5.00 |
| 11/24/25 | External transfer fee - Next Day - 11/21/2025 | -5.00 |
| 11/24/25 | External transfer fee - Next Day - 11/21/2025 | -5.00 |

continued on the next page

Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 120 of 159
Case 25-50057   Document 164   Filed in TXSB on 12/22/25   Page 22 of 41
IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1148   |   November 1, 2025 to November 30, 2025

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/24/25 | External transfer fee - Next Day - 11/21/2025 | -5.00 |
| 11/24/25 | External transfer fee - Next Day - 11/21/2025 | -5.00 |
| 11/24/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/25/25 | Wire Transfer Fee | -30.00 |
| 11/25/25 | Wire Transfer Fee | -30.00 |
| 11/25/25 | Wire Transfer Fee | -30.00 |
| 11/25/25 | Wire Transfer Fee | -30.00 |
| 11/25/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/26/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/28/25 | Wire Transfer Fee | -30.00 |
| 11/28/25 | Wire Transfer Fee | -30.00 |
| 11/28/25 | Wire Transfer Fee | -30.00 |
| 11/28/25 | Wire Transfer Fee | -30.00 |
| 11/28/25 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

**Total service fees**     **-$1,520.00**

*Note your Ending Balance already reflects the subtraction of Service Fees*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 11,041.52 | 11/12 | 41,118.09 | 11/20 | 28,867.28 |
| 11/03 | 2,508.22 | 11/13 | 39,707.01 | 11/21 | 31,408.36 |
| 11/04 | 1,074.99 | 11/14 | 41,190.36 | 11/24 | 5,127.01 |
| 11/05 | 488.63 | 11/17 | 41,305.04 | 11/25 | 1,381.87 |
| 11/06 | 680.01 | 11/18 | 32,280.93 | 11/26 | 1,190.62 |
| 11/07 | 10,993.14 | 11/19 | 18,405.35 | 11/28 | 3,399.31 |
| 11/10 | 56,671.80 | | | | |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

IH 35 TRANSPORTATION, LLC
1103 GRANT ST
LAREDO, TX 78040-5805

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Gold

for November 1, 2025 to November 30, 2025          Account number: 4881 2852 1135

**IH 35 TRANSPORTATION, LLC**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2025 | $0.00 |
| Deposits and other credits | 190,914.38 |
| Withdrawals and other debits | -153,153.53 |
| Checks | -37,760.85 |
| Service fees | -0.00 |
| Ending balance on November 30, 2025 | $0.00 |

# of deposits/credits: 45

# of withdrawals/debits: 64

# of items-previous cycle[1]: 16

# of days in cycle: 30

Average ledger balance: $159.50

[1]Includes checks paid, deposited items and other debits



BANK OF AMERICA
Preferred
Rewards
For Business

# Do not lose your valuable program benefits

You currently do not meet the requirements for your program benefits
tier. Act now before you lose them.

To learn more on how to retain your benefits, scan this code
or call 866.953.2481 to speak with a specialist.

When you use the QRC feature certain information is collected from your mobile device for business
purposes

SSM.05.24.0115.B · 6630SW

IH 35 TRANSPORTATION, LLC  |  Account # 4881 2852 1135  |  November 1, 2025 to November 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**

**BANK OF AMERICA**

**Your checking account**

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1135 | November 1, 2025 to November 30, 2025

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 11/03/25 | Online Banking transfer from CHK 1148 Confirmation# 2201713942 | 8,173.16 |
| 11/03/25 | Online Banking transfer from CHK 1148 Confirmation# 1920351512 | 5,165.93 |
| 11/04/25 | Online Banking transfer from CHK 1148 Confirmation# 2628354147 | 4,188.77 |
| 11/04/25 | Online Banking transfer from CHK 1148 Confirmation# 1129015622 | 1,312.90 |
| 11/04/25 | Online Banking transfer from CHK 1148 Confirmation# 2329219707 | 778.86 |
| 11/06/25 | Online Banking transfer from CHK 1148 Confirmation# 1946463552 | 1,114.04 |
| 11/07/25 | Online Banking transfer from CHK 1148 Confirmation# 1655017488 | 3,918.15 |
| 11/07/25 | Online Banking transfer from CHK 1148 Confirmation# 1755202606 | 1,000.00 |
| 11/10/25 | Online Banking transfer from CHK 1148 Confirmation# 2180154657 | 4,576.36 |
| 11/10/25 | Online Banking transfer from CHK 1148 Confirmation# 2562441811 | 1,908.91 |
| 11/10/25 | Online Banking transfer from CHK 1148 Confirmation# 1162436161 | 850.00 |
| 11/10/25 | Online Banking transfer from CHK 1148 Confirmation# 1162438782 | 765.92 |
| 11/10/25 | Online Banking transfer from CHK 1148 Confirmation# 1362440276 | 750.00 |
| 11/12/25 | Online Banking transfer from CHK 1148 Confirmation# 1697060326 | 19,902.83 |
| 11/12/25 | Online Banking transfer from CHK 1148 Confirmation# 2698285254 | 787.50 |
| 11/13/25 | Online Banking transfer from CHK 1148 Confirmation# 1806806214 | 11,720.39 |
| 11/13/25 | Online Banking transfer from CHK 1148 Confirmation# 1807268885 | 1,599.29 |
| 11/14/25 | Online Banking transfer from CHK 1148 Confirmation# 2315462161 | 6,028.04 |
| 11/14/25 | Online Banking transfer from CHK 1148 Confirmation# 1216728258 | 1,000.00 |
| 11/14/25 | Online Banking transfer from CHK 1148 Confirmation# 1916596075 | 595.00 |
| 11/17/25 | Online Banking transfer from CHK 1148 Confirmation# 1840876195 | 5,523.76 |
| 11/17/25 | Online Banking transfer from CHK 1148 Confirmation# 2440883052 | 900.00 |
| 11/17/25 | Online Banking transfer from CHK 1148 Confirmation# 1341735360 | 825.00 |
| 11/17/25 | Online Banking transfer from CHK 1148 Confirmation# 2641733844 | 732.50 |

continued on the next page

BANK OF AMERICA BUSINESS ADVANTAGE

### Online alerts help keep you informed

Know when transactions have posted and when payments are due to help you avoid late fees and finance charges. Scan this code, visit bankofamerica.com/SmallBusiness.com, or sign in to the Mobile Banking app to set up your alerts.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 124 of 159
Case 25-50057   Document 164   Filed in TXSB on 12/22/25   Page 26 of 41
IH 35 TRANSPORTATION, LLC  |  Account # 4881 2852 1135  |  November 1, 2025 to November 30, 2025

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 11/17/25 | Online Banking transfer from CHK 1148 Confirmation# 5123012920 | 700.00 |
| 11/18/25 | Online Banking transfer from CHK 1148 Confirmation# 2349221534 | 16,300.00 |
| 11/19/25 | Online scheduled transfer from CHK 1148 Confirmation# 2028512910 | 16,300.00 |
| 11/20/25 | Online Banking transfer from CHK 1148 Confirmation# 2067441607 | 5,539.40 |
| 11/21/25 | Online Banking transfer from CHK 1148 Confirmation# 1776128167 | 6,319.44 |
| 11/21/25 | Online Banking transfer from CHK 1148 Confirmation# 2376316744 | 808.07 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 1302491290 | 15,235.66 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 1683316918 | 1,820.00 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 1383303419 | 1,612.38 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 1683309657 | 1,596.30 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 1883312178 | 1,164.74 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 1983306532 | 1,153.17 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 2383297772 | 920.00 |
| 11/24/25 | Online Banking transfer from CHK 1148 Confirmation# 2683300988 | 851.25 |
| 11/25/25 | Online Banking transfer from CHK 1148 Confirmation# 2610786096 | 18,838.43 |
| 11/25/25 | Online Banking transfer from CHK 1148 Confirmation# 1110873272 | 1,040.55 |
| 11/26/25 | Online Banking transfer from CHK 1148 Confirmation# 1719486249 | 6,591.60 |
| 11/26/25 | Online Banking transfer from CHK 1148 Confirmation# 1319510750 | 1,700.00 |
| 11/28/25 | Online Banking transfer from CHK 1148 Confirmation# 2435461507 | 5,369.22 |
| 11/28/25 | Online Banking transfer from CHK 1148 Confirmation# 1635640176 | 1,896.31 |
| 11/28/25 | Online Banking transfer from CHK 1148 Confirmation# 1735984883 | 1,040.55 |

**Total deposits and other credits**                                                                 **$190,914.38**

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 11/03/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A  INDN:IH 35 TRANSPORTATION  CO | -5,165.93 |
| 11/04/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A  INDN:IH 35 TRANSPORTATION  CO | -3,787.58 |
| 11/04/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A  INDN:IH 35 TRANSPORTATION  CO | -401.19 |
| 11/07/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A  INDN:IH 35 TRANSPORTATION  CO | -3,918.15 |
| 11/10/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A  INDN:IH 35 TRANSPORTATION  CO | -4,576.36 |
| 11/12/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A  INDN:IH 35 TRANSPORTATION  CO | -6,628.65 |

continued on the next page

**BANK OF AMERICA** 

**Your checking account**

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1135 | November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,625.66 |
| 11/12/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,123.28 |
| 11/12/25 | PROG COUNTY MUT DES:RETRY PYMT ID:XXXXXXXXX JORGE INDN:JORGE P MUNOZ CO ID:9409348153 PPD | -525.24 |
| 11/13/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,767.59 |
| 11/13/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -4,952.80 |
| 11/14/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,028.04 |
| 11/17/25 | Zelle payment to: gonzalez towing Conf# e6z7s6z46 | -430.00 |
| 11/17/25 | Zelle payment to JORGE MARTINEZ GARZA for 'Cash advance load 12435'; Conf# dpc2ooqx2 | -100.00 |
| 11/17/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -5,588.76 |
| 11/18/25 | Online Banking transfer to CHK 1148 Confirmation# 1750151348 | -52.06 |
| 11/18/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -5,954.63 |
| 11/18/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -5,392.02 |
| 11/18/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -4,901.29 |
| 11/19/25 | Online Banking transfer to CHK 1148 Confirmation# 1457405780 | -10,385.17 |
| 11/19/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -5,914.83 |
| 11/20/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -5,539.40 |
| 11/21/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,319.44 |
| 11/24/25 | AGILE PREMIUMFIN DES:PAYMENTS ID:27857448 INDN:IH 35 TRANSPORTATION L CO ID:1472319830 CCD | -8,500.00 |
| 11/24/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,735.66 |
| 11/25/25 | Online Banking transfer to CHK 1148 Confirmation# 1612589219 | -1,040.55 |
| 11/25/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,476.40 |
| 11/25/25 | COMDATA NETWORK DES:CMO TRANS ID: R-65A INDN:IH 35 TRANSPORTATION CO ID:9620813252 CCD | -6,473.51 |

continued on the next page

IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1135   |   November 1, 2025 to November 30, 2025

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/25/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A INDN:IH 35 TRANSPORTATION  CO | -5,888.52 |
| 11/26/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A INDN:IH 35 TRANSPORTATION  CO | -6,591.60 |
| 11/28/25 | COMDATA NETWORK DES:CMO TRANS ID: ID:9620813252 CCD | R-65A INDN:IH 35 TRANSPORTATION  CO | -5,369.22 |

**Total withdrawals and other debits**                                    **-$153,153.53**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 11/10/25 | 1042 | -850.00 | | 11/26/25 | 1060 | -1,700.00 |
| 11/12/25 | 1043 | -787.50 | | 11/28/25 | 1061 | -1,896.31 |
| 11/13/25 | 1044 | -1,599.29 | | 11/03/25 | 1736* | -1,790.00 |
| 11/17/25 | 1046* | -1,000.00 | | 11/03/25 | 1737 | -939.72 |
| 11/17/25 | 1047 | -700.00 | | 11/03/25 | 1738 | -750.00 |
| 11/17/25 | 1048 | -900.00 | | 11/03/25 | 1739 | -835.94 |
| 11/17/25 | 1049 | -732.50 | | 11/03/25 | 1740 | -857.50 |
| 11/17/25 | 1050 | -825.00 | | 11/03/25 | 1741 | -2,500.00 |
| 11/21/25 | 1051 | -808.07 | | 11/03/25 | 1742 | -500.00 |
| 11/24/25 | 1052 | -920.00 | | 11/04/25 | 1743 | -1,312.90 |
| 11/24/25 | 1053 | -1,612.38 | | 11/04/25 | 1744 | -778.86 |
| 11/24/25 | 1054 | -851.25 | | 11/06/25 | 1745 | -1,114.04 |
| 11/24/25 | 1055 | -1,153.17 | | 11/07/25 | 1746 | -1,000.00 |
| 11/24/25 | 1056 | -1,596.30 | | 11/10/25 | 1747 | -765.92 |
| 11/24/25 | 1057 | -1,164.74 | | 11/10/25 | 1748 | -750.00 |
| 11/24/25 | 1058 | -1,820.00 | | 11/10/25 | 1749 | -1,908.91 |
| 11/28/25 | 1059 | -1,040.55 | | | | |

| | | |
|---|---|---|
| **Total checks** | | **-$37,760.85** |
| Total # of checks | | 33 |

* There is a gap in sequential check numbers


**BANK OF AMERICA**

# Your checking account

IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1135   |   November 1, 2025 to November 30, 2025

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year to date |
|---|---|---|
| Total Overdraft fees | $0.00 | $50.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low.

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/25. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $15,000+ combined average monthly balance in linked business accounts has not been met

Become a member of Preferred Rewards for Business has been met.

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/business/feesataglance

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 11/14 | 1,595.00 | 11/17 | 0.00 |

# BANK OF AMERICA

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1135 | November 1, 2025 to November 30, 2025

## Check images

**Account number: 4881 2852 1135**

Check number: 1042 | Amount: $850.00



Check number: 1043 | Amount: $787.50



Check number: 1044 | Amount: $1,599.29



Check number: 1046 | Amount: $1,000.00



Check number: 1047 | Amount: $700.00



Check number: 1048 | Amount: $900.00



Check number: 1049 | Amount: $732.50



Check number: 1050 | Amount: $825.00



Check number: 1051 | Amount: $808.07



Check number: 1052 | Amount: $920.00



continued on the next page

**BANK OF AMERICA**

IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1135   |   November 1, 2025 to November 30, 2025

## Check images - continued
**Account number: 4881 2852 1135**

Check number: 1053   |   Amount: $1,612.38



Check number: 1054   |   Amount: $851.25



Check number: 1055   |   Amount: $1,153.17



Check number: 1056   |   Amount: $1,596.30



Check number: 1057   |   Amount: $1,164.74



Check number: 1058   |   Amount: $1,820.00



Check number: 1059   |   Amount: $1,040.55



Check number: 1060   |   Amount: $1,700.00



Check number: 1061   |   Amount: $1,896.31



Check number: 1736   |   Amount: $1,790.00



continued on the next page

**BANK OF AMERICA**

IH 35 TRANSPORTATION, LLC   |   Account # 4881 2852 1135   |   November 1, 2025 to November 30, 2025

## Check images - continued
**Account number: 4881 2852 1135**
Check number: 1737   |   Amount:  $939.72



Check number: 1738   |   Amount:  $750.00



Check number: 1739   |   Amount:  $835.94



Check number: 1740   |   Amount:  $857.50



Check number: 1741   |   Amount:  $2,500.00



Check number: 1742   |   Amount:  $500.00



Check number: 1743   |   Amount:  $1,312.90



Check number: 1744   |   Amount:  $778.86



Check number: 1745   |   Amount:  $1,114.04



Check number: 1746   |   Amount:  $1,000.00



continued on the next page

# BANK OF AMERICA

IH 35 TRANSPORTATION, LLC | Account # 4881 2852 1135 | November 1, 2025 to November 30, 2025

## Check images - continued
**Account number: 4881 2852 1135**

Check number: 1747 | Amount: $765.92

Check number: 1748 | Amount: $750.00





Check number: 1749 | Amount: $1,908.91



# Wells Fargo Combined Statement of Accounts

November 30, 2025 ■ Page 1 of 7

WELLS FARGO

IH 35 TRANSPORTATION LLC
DEBTOR IN POSSESSION
CH11 CASE #25-50103 (STX)
475 EL PICO RD
LAREDO TX 78045

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time; Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Tips to help avoid AI powered scams

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online

Learn more at wellsfargo.com/securitybrochure.

Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 133 of 159
Case 25-50057   Document 164   Filed in TXSB on 12/22/25   Page 36 of 41

November 30, 2025 ■ Page 2 of 7



## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| ADDITIONAL NAVIGATE BUSINESS CHECKING SM (Your primary account) | 2 | 5768876137 | 2,492.92 | 0.00 |
| NAVIGATE BUSINESS CHECKING SM | 4 | 5768876103 | 25.00 | 25.00 |
| ADDITIONAL NAVIGATE BUSINESS CHECKING SM | 5 | 5768876129 | 25.00 | 17.92 |
| | Total deposit accounts | | $2,542.92 | $42.92 |

## Additional Navigate Business Checking SM

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $2,492.92 |
| Deposits/Credits | 5,707.08 |
| Withdrawals/Debits | - 8,200.00 |
| Ending balance on 11/30 | $0.00 |

**Account number:  5768876137  (primary account)**

IH 35 TRANSPORTATION LLC
DEBTOR IN POSSESSION
CH11 CASE #25-50103 (STX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

#### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/3 | < | Business to Business ACH Debit - American Express ACH Pmt 251031 W9266 Fidel Munoz | | 2,500.00 | |
| 11/3 | | WT Seq#10048 WF Return Wires IN Proc /Org= Srl# 202510310000097244 Trn#251103010048 Rfb# | 500.00 | | |
| 11/3 | | Online Transfer From Ih 35 Transportation LLC Business Checking xxxxxx6129 Ref #Ib0Vk2Y3Tq on 11/02/25 | 7.08 | | |
| 11/3 | | Zelle to Ih 35 Transportation LLC on 11/03 Ref # Wtct0Zg5T625 | | 500.00 | 0.00 |
| 11/10 | < | Business to Business ACH Debit - American Express Retry-Pymt 251106 W8920 Fidel Munoz | | 550.00 | -550.00 |
| 11/12 | | Zelle From Ih 35 Transportation LLC on 11/10 Ref # Bacbdhbbo037 | 550.00 | | 0.00 |
| 11/17 | | Zelle From Ih 35 Transportation LLC on 11/17 Ref # Bacb86H17Pgq | 4,650.00 | | |
| 11/17 | | Online Transfer to Ih 35 Trucking LLC Business Checking xxxxxx3500 Ref #Ib0Vqgbk4G on 11/17/25 | | 4,650.00 | 0.00 |
| Totals | | | $5,707.08 | $8,200.00 | |

Case 25-50057   Document 174   Filed in TXSB on 01/16/26   Page 134 of 159
Case 25-50057   Document 164   Filed in TXSB on 12/22/25   Page 37 of 41
November 30, 2025 ■ Page 3 of 7



## Transaction History (continued)

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Items returned unpaid

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 11/7 | American Express ACH Pmt 251106 W8920 Fidel Munoz | Reference # | 091000015623837 | 550.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • The fee is waived when linked to a Navigate Business Checking account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
SM/KM

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Please note: Your account has an ending balance of zero as of the date of this statement. Accounts with a zero balance will continue to be charged applicable fees (like the monthly service fee) until you request to close your account. We may close an account with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

Case 25-50057 Document 174 Filed in TXSB on 01/16/26 Page 135 of 159
Case 25-50057 Document 164 Filed in TXSB on 12/22/25 Page 38 of 41

November 30, 2025 ■ Page 4 of 7



- To prevent closure by us without notification, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.
- If you do not plan to keep this account, we encourage you to redirect recurring deposits and payments to another account.

Questions? Please contact your banker or call the phone number appearing on your statement.

We appreciate your business. Thank you for choosing Wells Fargo.

## Navigate Business Checking ℠

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 11/30 | $25.00 |

Account number 5768876103

IH 35 TRANSPORTATION LLC
DEBTOR IN POSSESSION
CH11 CASE #25-50103 (STX)

Texas/Arkansas account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| • Minimum daily balance | $10,000.00 | $25.00 | ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $43.44 | ☐ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | | |

Case 25-50057  Document 174  Filed in TXSB on 01/16/26  Page 136 of 159
Case 25-50057  Document 164  Filed in TXSB on 12/22/25  Page 39 of 41
November 30, 2025 ■ Page 5 of 7



---

*Monthly service fee summary (continued)*

How to avoid the monthly service fee
  - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus
  - Average ledger balance in your Business Time Account (CD)

Minimum required          This fee period

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wk/wk

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Additional Navigate Business Checking <sup>SM</sup>

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 7.08 |
| Ending balance on 11/30 | $17.92 |

Account number: 5768876129

IH 35 TRANSPORTATION LLC
DEBTOR IN POSSESSION
CH11 CASE #25-50103 (STX)

Texas/Arkansas account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/3 | | Online Transfer to Ih 35 Transportation LLC Business Checking xxxxxx6137 Ref #ib0Vk2Y3Tq on 11/02/25 | | 7.08 | 17.92 |
| **Totals** | | | **$0.00** | **$7.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

November 30, 2025 ■ Page 6 of 7



Monthly service fee summary (continued)

The fee is waived this fee period because the account is linked to a Navigate Business Checking account

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • The fee is waived when linked to a Navigate Business Checking account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

ㅁㄷ/ㅁ

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Case 25-50057  Document 174  Filed in TXSB on 01/16/26  Page 138 of 159
Case 25-50057  Document 164  Filed in TXSB on 12/22/25  Page 41 of 41
November 30, 2025 ■ Page 7 of 7



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement ............... $ _____

**ADD**

B. Any deposits listed in your
register or transfers into $ _____
your account which are not $ _____
shown on your statement + $ _____

........................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........................... TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register $ _____

©2023 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801.

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

# EXHIBIT D-1

**IH 35 TRUCKING, LLC**
**CLASS 21 GENERALUNSECURED CLAIMS**
**Bankruptcy Case 25-50057**

| **CREDITOR** | **AMOUNT OF CLAIM** |
|---|---|
| **21.1**   **Alliance Funding Group**<br>**Loan No. 19-10219, POC 5-1**<br>18231 Irvine Boulevard<br>Tustin, CA 92780 | $27,094.49 |
| **21.2**   **Alliance Funding Group**<br>**Loan No. 19-10220, POC 6-1**<br>18231 Irvine Boulevard<br>Tustin, CA 92780 | $37,775.08 |
| **21.3**   **Auxilior Capital Partners, Inc.**<br>**Loan No. 1751, POC 8-1**<br>c/o Padfield & Stout, LLP<br>Attn: Matthew D. Giadrosich<br>100 Throckmorton Street, Suite 700 Fort<br>Worth, TX 76102 | $36,844.32 |
| **21.4**   **Capital One, N.A.**<br>**by AIS InfoSource LP, as Agent**<br>**Acct No. 5921, POC 9-1**<br>4515 N Santa Fe Ave. Oklahoma<br>City, OK 73118 | $20,341.22 |
| **21.5**   **Commercial Credit Group ("CCG")**<br>**Loan #3T05022202, POC 17-1**<br>c/o Niall McLachlan 525 N. Tryon<br>Street Suite 1000<br>Charlotte, NC 28202 | $68,370.77 |
| **21.6**   **Commercial Credit Group ("CCG")**<br>**Loan #3T07292201, POC 17-1**<br>c/o Niall McLachlan 525 N. Tryon<br>Street Suite 1000<br>Charlotte, NC 28202 | $91,871.11 |
| **21.7**   **Commercial Credit Group ("CCG")**<br>**Loan #3T08302101, POC 17-1**<br>c/o Niall McLachlan 525 N. Tryon | $25,067.50 |

1

|  |  |  |
|---|---|---|
| | Street Suite 1000<br>Charlotte, NC 28202 | |
| **21.8** | **Commercial Credit Group ("CCG")**<br>**Loan #3T01122301, POC 17-1**<br>c/o Niall McLachlan 525 N. Tryon<br>Street Suite 1000<br>Charlotte, NC 28202 | $41,527.14 |
| **21.9** | **Commercial Credit Group ("CCG")**<br>**Loan #3T02272304, POC 17-1**<br>c/o Niall McLachlan 525 N. Tryon<br>Street Suite 1000<br>Charlotte, NC 28202 | $121,567.12 |
| **21.10** | **Commercial Credit Group ("CCG")**<br>**Loan #3T05082301, POC 17-1**<br>CCG C/O Niall McLachlan 525 N.<br>Tryon Street Suite 1000<br>Charlotte, NC 28202 | $170,017.34 |
| **21.11** | **Commercial Credit Credit ("CCG")**<br>**Loan #3T02272302, POC 17-1,**<br>c/o Niall McLachlan 525 N. Tryon<br>Street Suite 1000<br>Charlotte, NC 28202 | $107,912.60 |
| **21.12** | **CrossRoads Equipment Lease and**<br>**Finance, LLC**<br>**Loan #7158, POC 3-2**<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730 | $341,855.78 |
| **21.13** | **GO TO TRUCK & TIRE, LLC,  POC 16.1**<br>C/O Richard E . Haynes II 3910 E.<br>Del Mar Blvd Ste 107 Laredo, TX<br>78045 | $    8,580.10 |
| **21.14** | **Javier Montemayor, P.C.**<br>1020 Juarez Ave.<br>Laredo, TX 78040 | $   940.00 |
| **21.15** | **M2 Equipment Finance**<br>**Loan #16818-1 POC 20-1**<br>20800 Swenson Drive<br>Waukesha, WI 53186 | $60,699.54 |

**21.16   Mitsubishi HC Capital America, Inc.**          $99,515.13
**Loan #145718, POC 4-1**
c/o James W. Brewer 221
N. Kansas Ste. 1700 El
Paso, TX 799017

**21.17   North Mill Credit Trust**                     $86,927.25
**Loan#C069030-A098326,  POC 10-1**
601 Merrit 7 Ste. 5
Norwalk, CT 06851

**21.18   TBK BANK, SSB**                               $ 91,317.16
**f/k/a Triump Commercial Finance**
Loan #400708502;
Loan #400709332;
Loan #400709332;
Loan #400714020;
**POC 18-1**
c/o Michael Held, Jackson Walker LLP 2323
Ross Ave. Suite 600
Dallas, TX 75201

**21.19   Texas Workforce Commission**                  $ 84.72
Office of Attorney-General Bankruptcy & Co
PO Box 12548, MC-008
Austin, TX 78711

**21.20   United Leasing, Inc.**                        $9,113.44
**Loan  #87159, POC 2-1.**
C/O Weltman, Weinberg & Reis Co LPA 5990
West Creek Road Suite 200
Independence, OH 44131


**TOTAL AMOUNT OF GENERAL UNSECURED CLAIMS:  $1,447,421.81**

**EXHIBIT D-2**

## IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Alejandro Mendoza Rojas                          $2,216.84
Col Profesor Cristobal Higuera
Atizapan De Zaragoza Mexico


American Express                                 $19,075.48
Po Box 981535
El Paso, TX 79998-1535


Angel Zuriel Diaz Sanchez                        $474.33
Condominio Concepcion Mza 26 Lt 17 9B Fracc Las
Ecatepec Mexico


Antonio Moreno Rodriguez                         $1,840.87
Fracc Municipio Libre
20199


Arnold Oil                                       $4,253.86
5909 Burleson Rd.
Austin, TX 78760-8089


Arnoldo Cruz Gutierrez                           $966.00
Priv Santa Fe 2382
Monterrey NL Mexico


Avaro Rodriguez Lopez                            $1,382.48
P133 2 San Jose
81336


Bernado Rodriguez Castaneda                      $748.81
San Luis Potosim Slp, Mexico
10288


Carlos Mario Cordova Leyba Teama                 $762.51
C Antonio Ferrer Leon 15
Comalcalco Tab Mexico86640


Cesar Israel Mendoza Angel                       $479.83
Cda Pino Suarez Mz 26 Lt 25 Col La Popular
Ecatepec Mexico


Citibank                                         $44,256.09

# IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

388 Greenwich St.
New York, NY 10013


| | |
|---|---|
| Concepcion Cordova Dominguez<br>C Daniel Chavez 1127 Fracc Los Colorines<br>Nuevo Laredo TAMPS Mexico | $557.59 |
| Discover Bank<br>502 E. Market St.<br>Greenwood, DE 19950 | $27,246.88 |
| EduardoSandoval Casas<br>C Cenzontle 372<br>25016 | $678.81 |
| El Pico Holdings LLC<br>7404 Mines Rd.<br>Laredo, TX 78045 | $10,500.00 |
| Emmanuel De Jesus Garay Padilla<br>C San Benjamin 67<br>25016 | $1,232.20 |
| Enrique Aranda Mendoza<br>C Laguna San Jorge<br>Matamoros Tam Mexico | $2,114.04 |
| Enrique Cuevas Alvarez<br>Paseo De Los Tulipanes 50 Col Hacienda De las<br>Jiutepec Mor Mexico Mexico | $1,088.58 |
| Eulogio Cardenas Tovanche<br>C Miguel Auza 139 Col Canada Blanca<br>Guadalupe NL Mexico Mexico | $360.26 |
| Express Julissa<br>Libramiento Noreste KM 33<br>Col Nueva Castilla<br>Escobedo NL Mexico | $5,400.00 |
| Faro | $70,000.00 |

## IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

7613 Rocio Dr.  Ste 1
Laredo TX 78040

| | |
|---|---|
| Francisco Javier Ortiz Torres<br>Arr Valles La Hincada 5<br>Cuidad Valles Slp Mexico 79240 | $487.98 |
| Francisco Javier Rodriguez Arias<br>Priv Loma La Luna 70 Col Loma Bonita<br>Tonala Jal 45405 | $1,780.25 |
| Francisco Javier Venta Castro<br>C Lopez Mateo 51<br>Huachinango Pue Mexico 73167 | $897.66 |
| Gerardo Becerra Mejia<br>Av Lic Benito Juarez S/N<br>50740 | $517.38 |
| Gerardo Cortes Soto<br>Sta Cda Cto Gral Felipe Angeles 1038<br>Tizayuca, Hgo, Mexico | $494.70 |
| Gerardo Javier Romero Medellin<br>Monte Saint Michel 224<br>Monterrey NL Mexico 64104 | $827.15 |
| HChapa Shop<br>2219 Bruni St.<br>Laredo, TX 78040 | $21,846.51 |
| Hiram Humberto Guajardo<br>C Portal De Huinala 431<br>Apodaca NL Mexico 66646 | $937.27 |
| Ignacio Estrada Avila<br>C Everardo Gonzalez 10<br>Tepetlixpa Mexico 56880 | $1,045.52 |
| Isaac Portilla Leyva<br>C. Benito Juarez 6<br>Teoloyuvan, Mexico | $358.80 |

# IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Isidoro Padilla Jimenez                              $1,739.45
C Alborada 152
Queretaro Qro Mexico

Israel Solis Escamilla                               $1,687.40
Farolillo 151
Escobedo NL Mexico

J Juan Luis Fajardo Castillo                         $927.70
C Emiliano Zapata 403
Apaseo EL ALto Gto Mexico

Jairo Armando Saldivar Alambar                       $743.20
C Sin Nombnre S/M Ej Francisco Villa
Xicotencatl Tam Mexico

Jesse Jonathan Castaneda Galindo                     $871.42
C Jorge Hope 149 Fracc Fundadores
Augascalientes Ags Mexico 20299

Jesus Miguel Vaca Torres                             $1,303.29
C tacuba 226 Col Centro
El Salto Jal Mexico 45680

Jesus Omar Urquizu Sanchez                           $1,206.64
Sevilla 423
Ddurango Dgo Mexico 34167

Jimenez Diesal Repair                                $4,932.31
9320 San Mateao Dr. Suite 3
Laredo, TX 78045

Jose Angel Pons                                      $5,830.00
Calle Pruneda 306
Monclova Coahuila 2566

Jose C. Villarreal                                   $3,585.00
119 Veracruz Dr.
Laredo, TX 78045

Jose Daniel Velez Ramirez                            $748.14
C Cond 33 4 Col Nezahualpilli
Ecatepec Mexico 55287

# IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Jose David Arriola Silva                                $973.77
Patricio Leyva 102
Celaya Gto Mexico 38030


Jose De Jesus Diaz Garcia                              $762.51
C Valle De La Luz 142 Fracc Valle Dorado
Tlahomulco De Zunica Jal Mexico


Jose Eduardo Velazquez Corona                          $1,183.92
C Clave Sur 19
Tlapan Mexico 14650


Jose Escobar Ariza                                     $626.09
Av Lazaro Cardenaz 226
Itzapaloapa, Mexico


Jose Franciso Quevedo Rivera                           $300.00
C Benito Juarez 320 Col Centro
Escuinapa Sin Mexico 82400


Jose Heriberto Martinez Cisneros                       $810.91
C Andres 315 Col San Martin De Porres
Escuinapa Sinaloa Mexico 82400


Jose Luis Valdes Calderon                              $719.98
Cda Los Olivos 131
Cda Los Olivos 131, Irapuato, Gto, Mexico36524


Juan Carlos De Jesus Hernandez                         $392.92
Fracc Los Angeles
Fracc Los Angeles, Aguascalientes, Mexico20364


Juan Carlos Servin Zamora                              $1,913.26
C POrtal De Santa Maria Mz 2 Lt 48
Huehuetoca Mexico 54680


Juan Carlos Vazquez                                    $476.94
C Andres Quintana Roo 468
Irapuato GTO, Mexico38545


Juan Crisogono Medina Rubio                            $588.64
C Plutarco Elias Calles 24
San Jose Iturbide Gto., Mexico

## IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Juan De Dios Morales Recio                    $339.66
C Sin Nombre S/N Es Corea
Matamoros Coah., Mexico27476

Juan Francisco Marcial Montanez               $704.51
CAlle 33 1291
Monclova Coah., Mexico

Juan Gerardo Martinez Lumbreras               $1,083.70
Priv Alamo S/N
Huichapan Hgo, Mexico

Juan Jose Garcia Calva                        $16.35
C Agustin De Iturbide 19
Huachinango Pue, Mexico

Juan Pablo Lopez Nunez                        $881.62
Calle Centro 211 Col Irapuato
Irapuato Mcn, Mexico

Juvenal Cabrera Perez                         $1,724.32
Prol Judea 11 Fracc Vista Real
San Jose Iturbide Gto., Mexico37980

Leobardo Gutierrez Medina                     $2,862.74
C Sin Nomber S/N
Almoloya De Juarez, Mexico

Leopoldo Herrera Gonzalez                     $530.49
Pend Nuevo Laredo, Tam. 88150
Nuevo Laredo Tamps., Mexico88150

Luis Arlando Vicente Prieto                   $928.63
C Campo De Grisellas 964
Torreon Coah., Mexico27277

Luis Domingo Garcia Castillo                  $719.71
C Antonio Torres 89 Col Miguel Hidalgo
Irapuato Gto, Mexico36550

Luis Garcia Garcia                            $842.35
C 3 De Mayo Acambay De Ruiz
Castaneda Bc, Mexico

## IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Luis Humberto Ramirez Reyes                         $337.72
C Bahia De San Quintin 883 Col Nueva California
Torreon Coah, Mexico27089

Marco Antonio Leon Macias                           $1,157.08
C Tezontle Sur 26 Fracc Las Palmas
Tonala Jal., Mexico45429

Marco Antonio Lopez Mondragon                       $3,492.99
CDMX
CDMX, Mexico

Miguel Angel Marquez Diaz                           $523.95
C. Forja Mza 6 Lt 5
Tizayuca, Hgo, Mexico43800

Miguel Angel Sanchez Cordova                        $2,336.13
Sierra De Mexicali 221
Nuevo Laredo Tamps., Mexico88295

Miguel Arana Gamboa                                 $413.92
3Ra Cda Lago De patzcuaro Mza C Lt. 6
76805

Miguel Bernardo Ruiz Aguilar                        $850.56
C La Tortuga 78 A Fracc Granjas Banthi
San Juan Del Rio Qro, Mexico76805

Miguel Candido Maximino                             $506.72
Los Pinos S/N
Temoaya, Mexico50867

Moises Ordaz Escobedo                               $1,407.61
Cda 2da De Porfirio Diaz 225 Col Juarez Pantitlan
Nezahualcoyotl, Mexico

Moises Portilla Leyva                               $353.55
C. MargalefMz 76 Lt 952
Huehuetoca, Mexico54693

NAPA                                                $2,905.88
10116 Mines Rd

# IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Laredo, TX 78045

| | |
|---|---|
| Omar Noriz Banda<br>C Sin Nombre S/N Loc El Vergel<br>Gomez Palacio, DGO, Mexico35120 | $501.12 |
| Omar Noriz Banda<br>C Sin Nombre S/N Loc El Vergel<br>Gomez Palacio, DGO, Mexico35120 | $539.66 |
| Oscar Ezequiel Gonzalez Garcia<br>C San Mateo Apostol 189<br>San Antonio La Isla, Mexico | $1,467.78 |
| Paulo Alvarez Ramo<br>C Antonio Villalon 110 Col Arturo Marroquin<br>Santiago NL, Mexico67300 | $1,177.29 |
| Precision Groups Energy Services, Inc.<br>507 Starling Creek Loop<br>Laredo, TX 78045 | $8,241.75 |
| Rafael David Perez Sanchez<br>Jesus Carranza 814<br>Nuevo Laredo Tamps., Mexico88270 | $363.16 |
| Raul Rendon Ortega<br>C Emiliano Zapata 600<br>Cuernavaca Mor, Mexico | $1,088.58 |
| Ricardo Guerrero Lujan<br>Calle Itzcoatl #1433<br>Monclova Mexico 25750 | $2,530.00 |
| Ricardo Mejia Martinez<br>Cda De Robles Mza 101<br>Cuatitlan, Mexico | $527.33 |
| Roberto Lopez Contreras<br>C Sin Nombre S/N Loc SanJoaquin La Cabecera<br>Lxtlahuaca, Mexico50783 | $517.38 |
| Salvador Diaz Hernandez | $631.42 |

# IH 35 TRANSPORTATION LLC UNSECURED CREDITORS

Moctezuma 17
Tlalnepantla, Mexico38545

Tamayo Lobaton Maximo                                        $1,014.03
Av Xicohtencatls 113
50783

Tise-Tecnologia Integral                                     $5,533.11
Carr A Allende KM 5.5
Cadereyta NL Mexico Mexico 6745

MK-Transportes Medio Kilo                            $8,400.00
Carretera Aguascalientes Zacatecas KM 12.5
Zacatecas Mexico

Utility Trailer Sales                                        $11,411.74
4320 Trade Center Blvd.
Laredo, TX 78045

Victor Alfonso Garcia Oros                                   $970.62
C Ilusion 285 Bis Bin
Tlajomulco De Zunica Jal. Mexico

Victor Manuel Diaz Hernandez                                 $1,749.55
Calle Mitra 604
Nuevo Laredo Tamps., Mexico88177

                                        TOTAL     $328,736.88

Debtor Name:IH 35 Trucking, LLC                                                                                                    Case No.25-50057

Form 11-11

United States Bankruptcy Court<br>Southern District of Texas<br>Laredo Division

IH 35 TRUCKING, LLC PROJECTIONS

| Ordinary Income/Expenses | Months 1-12 | Months 13-24 | Months 25-36 | Months 37-48 | Months 49-60 | Total |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Total Revenue | $ 1,140,000.00 | $ 1,140,000.00 | $ 1,140,000.00 | $ 1,140,000.00 | $ 1,140,000.00 | $ 5,700,000.00 |
| | | | | | | |
| **Expenses** | | | | | | |
| Employee Payroll | $   30,000.00 | $   30,000.00 | $   30,000.00 | $   30,000.00 | $   30,000.00 | $   150,000.00 |
| Payroll Taxes | $    2,295.00 | $    2,295.00 | $    2,295.00 | $    2,295.00 | $    2,295.00 | $    11,475.00 |
| Owner Draw | $   72,000.00 | $   72,000.00 | $   72,000.00 | $   72,000.00 | $   72,000.00 | $   360,000.00 |
| Office Lease/Bldg Payment | $          - | $          - | $          - | $          - | $          - | $          - |
| Utilities | $          - | $          - | $          - | $          - | $          - | $          - |
| Insurance | $          - | $          - | $          - | $          - | $          - | $          - |
| Bank Service Charges | $    4,000.00 | $    4,000.00 | $    4,000.00 | $    4,000.00 | $    4,000.00 | $    20,000.00 |
| Contract Services (1099) | $          - | $          - | $          - | $          - | $          - | $          - |
| Telephone /Internet | $          - | $          - | $          - | $          - | $          - | $          - |
| Supplies | $          - | $          - | $          - | $          - | $          - | $          - |
| Computer & Software | $    2,400.00 | $    2,400.00 | $    2,400.00 | $    2,400.00 | $    2,400.00 | $    12,000.00 |
| Dues & Subscriptions | $          - | $          - | $          - | $          - | $          - | $          - |
| Legal Fees | $   20,000.00 | $   10,000.00 | $   10,000.00 | $   10,000.00 | $   10,000.00 | $    60,000.00 |
| Trash | $          - | $          - | $          - | $          - | $          - | $          - |
| Attorney's Fees | | | | | | $          - |
| CPA Fees | $    8,000.00 | $    8,000.00 | $    8,000.00 | $    8,000.00 | $    8,000.00 | $    40,000.00 |
| Trustee's Fees | $    4,560.00 | $    4,560.00 | $    4,560.00 | $    4,560.00 | $    4,560.00 | $    22,800.00 |
| **Total Expenses:** | $  (143,255.00) | $  (133,255.00) | $  (133,255.00) | $  (133,255.00) | $  (133,255.00) | $  (676,275.00) |
| **Net Operating Income:** | $   996,745.00 | $ 1,006,745.00 | $ 1,006,745.00 | $ 1,006,745.00 | $ 1,006,745.00 | $ 5,023,725.00 |
| | | | | | | |
| **Plan Payments** | | | | | | |
| | | | | | | |
| **1. Administrative Expenses** | | | | | | |
| | | | | | | |

Debtor Name:IH 35 Trucking, LLC | Form 11-11 | Case No.25-50057

**United States Bankruptcy Court**
**Southern District of Texas**
**Laredo Division**

| | | | | | | |
|---|---|---|---|---|---|---|
| Alliance Funding Group-Lease-19-10219 | $ 14,491.08 | | | | | $ 14,491.08 |
| Alliance Funding Group-Lease-19-10209 | $ 12,781.62 | | | | | $ 12,781.62 |
| Carl M. Barto-Legal Fees | $ 40,000.00 | | | | | |
| | | | | | | |
| **2. Priority Tax Claims** | | | | | | |
| | | | | | | |
| Texas Workforce Commission | $ 425.37 | | | | | |
| | | | | | | |
| **1. Classes of Secured Claims** | | | | | | |
| | | | | | | |
| 1-Amur Equipment Finace-5563        POC 13-1 | $4,352.88 | $4,352.88 | $4,352.88 | $4,352.88 | $4,352.88 | $21,764.40 |
| 2-Auxilior Capital Partners, Inc-Loan No. 1001674-        POC-2 | $16,423.56 | $16,423.56 | $16,423.56 | $16,423.56 | $16,423.56 | $82,117.80 |
| 3-BMO Harris Bank N.A.-933750400-        POC  1-1 | $46,954.80 | $46,954.80 | $46,954.80 | $46,954.80 | $46,954.80 | $234,774.00 |
| 4-CCG-Commercial Credit Group Loan-3T12012301    POC-17-1 | $16,985.52 | $16,985.52 | $16,985.52 | $16,985.52 | $16,985.52 | $84,927.60 |
| 5-Continental Bank Loan-502356        POC 12-1 | $4,883.76 | $4,883.76 | $4,883.76 | $4,883.76 | $4,883.76 | $24,418.80 |
| 6-Mack Financial Services. Loan No. 7811506        POC 19-1 | $61,292.04 | $61,292.04 | $61,292.04 | $61,292.04 | $61,292.04 | $306,460.20 |
| 7-PNC Bank-Loan-164521-001        POC 14-1 | $7,037.52 | $7,037.52 | $7,037.52 | $7,037.52 | $7,037.52 | $35,187.60 |
| 8-United Independent School District,        POC 11-1 | $22,601.04 | $22,601.04 | $22,601.04 | $22,601.04 | $22,601.04 | $113,005.20 |
| 9-Auxilior Capital Partners, Inc-Loan No. 1001757        POC 8-1 | $13,461.48 | $13,461.48 | $13,461.48 | $13,461.48 | $13,461.48 | $67,307.40 |
| 10-CCG-Commercial Credit Group Loan-3T05022202 POC 17-1 | $28,239.36 | $28,239.36 | $28,239.36 | $28,239.36 | $28,239.36 | $141,196.80 |
| 11-CCG-Commercial Credit Group Loan-3T07292201 POC 17-1 | $27,362.21 | $27,362.21 | $27,362.21 | $27,362.21 | $27,362.21 | $136,811.04 |
| 12-CCG-Commercial Credit Group Loan-3T08302101 POC 17-1 | $9,212.93 | $9,212.93 | $9,212.93 | $9,212.93 | $9,212.93 | $46,064.64 |
| 13-CCG-Commercial Credit Group Loan-3T01122301 POC 17-1 | $23,967.94 | $23,967.94 | $23,967.94 | $23,967.94 | $23,967.94 | $119,839.68 |
| 14-CCG-Commercial Credit Group Loan-3T02272304 POC 17-1 | $117,482.40 | $117,482.40 | $117,482.40 | $117,482.40 | $117,482.40 | $587,412.00 |
| 15-CCG-Commercial Credit Group Loan-3T05082301 POC 17-1 | $61,314.43 | $61,314.43 | $61,314.43 | $61,314.43 | $61,314.43 | $306,572.16 |
| 16-CCG-Commercial Credit Group Loan-3T02272302 POC 17-1 | $36,486.14 | $36,486.14 | $36,486.14 | $36,486.14 | $36,486.14 | $182,430.72 |
| 17-M2 Equipment Finance Loan-16818-1 | $19,580.40 | $19,580.40 | $19,580.40 | $19,580.40 | $19,580.40 | $97,902.00 |
| 18-Mitsubishi HC Capital America, INC Loan-145718 POC  4-1 | $38,671.32 | $38,671.32 | $38,671.32 | $38,671.32 | $38,671.32 | $193,356.60 |
| 19-North Mills Credit Trust, Loan-C069030-a098326   POC 10-1 | $22,027.92 | $22,027.92 | $22,027.92 | $22,027.92 | $22,027.92 | $110,139.60 |
| 20-United Leasing, Inc, Loan-87159        POC  2-1 | $42,994.68 | $42,994.68 | $42,994.68 | $42,994.68 | $42,994.68 | $214,973.40 |
| | | | | | | $   - |

**Debtor Name:IH 35 Trucking, LLC**

Form 11-11

**Case No.25-50057**

**United States Bankruptcy Court**
**Southern District of Texas**
**Laredo Division**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Unsecured Claims** | | | | | | $ - |
| | | | | | | $ - |
| Class 21 General Unsercured Claims | $ 180,000.00 | $ 180,000.00 | $ 180,000.00 | $ 180,000.00 | $ 180,000.00 | $ 900,000.00 |
| | $ - | | | | | $ - |
| | | | | | | $ - |
| **Total: Annual Plan Payments:** | $ 869,030.40 | $ 801,332.33 | $ 801,332.33 | $ 801,332.33 | $ 801,332.33 | $ 4,033,934.34 |
| **Net Profit after Plan Payments:** | $ 127,714.60 | $ 205,412.67 | $ 205,412.67 | $ 205,412.67 | $ 205,412.67 | $ 989,790.66 |
| | | | | | | |

Date:

/s/_____

Debtor or  [Debtor's Representative]

**EXHIBIT Ex-3B**

**Debtor Name: IH 35 Transportation, LLC**         **Form 11-11**                    **Case No. 25-50103**

### United States Bankruptcy Court
### Southern District of Texas
### Laredo Division

## IH 35 Transportation, LLC

| Ordinary Income/Expenses | Months 1-12 | Months 13-24 | Months 25-36 | Months 37-48 | Months 49-60 | Total |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Revenue** | | | | | | |
| Total Revenue-Avg-25 Tractors/12,000 Miles | $ 7,285,676.57 | $ 7,504,246.86 | $ 7,729,374.27 | $ 7,961,255.50 | $ 8,200,093.16 | $ 38,680,646.36 |
| | | | | | | |
| **Expenses** | | | | | | |
| Finance Cost:Factoring Fees 1.2%-RTS | $ 87,428.12 | $ 90,050.96 | $ 92,752.49 | $ 95,535.07 | $ 98,401.12 | $ 464,167.76 |
| Contract Services (1099)-B1/CDL Drivers | $ 1,478,400.00 | $ 1,552,320.00 | $ 1,629,936.00 | $ 1,711,432.80 | $ 1,797,004.44 | $ 8,169,093.24 |
| Diesel-Tractors | $ 1,915,200.00 | $ 1,915,200.00 | $ 1,915,200.00 | $ 1,915,200.00 | $ 1,915,200.00 | $ 9,576,000.00 |
| Employee Payroll | $ 794,531.40 | $ 850,148.60 | $ 892,656.03 | $ 937,288.83 | $ 984,153.27 | $ 4,458,778.13 |
| Payroll Taxes | $ 24,896.43 | $ 26,639.18 | $ 27,971.14 | $ 29,369.70 | $ 30,838.18 | $ 139,714.63 |
| Owner Draw | $ 72,000.00 | $ 75,600.00 | $ 79,380.00 | $ 83,349.00 | $ 87,516.45 | $ 397,845.45 |
| Office Lease/Bldg Payment | $ 96,000.00 | $ 96,000.00 | $ 96,000.00 | $ 96,000.00 | $ 96,000.00 | $ 480,000.00 |
| Utilities | $ 14,400.00 | $ 15,120.00 | $ 15,876.00 | $ 16,669.80 | $ 17,503.29 | $ 79,569.09 |
| Insurance | $ 596,846.28 | $ 626,688.59 | $ 658,023.02 | $ 690,924.17 | $ 725,470.38 | $ 3,297,952.46 |
| Bank Service Charges-wire, Ach Fees | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 80,000.00 |
| Tractor & Trailer Lease | $ 1,140,000.00 | $ 1,140,000.00 | $ 1,140,000.00 | $ 1,140,000.00 | $ 1,140,000.00 | $ 5,700,000.00 |
| Repair & Maintenance-Tractors & Trailers | $ 350,000.00 | $ 367,500.00 | $ 385,875.00 | $ 405,168.75 | $ 425,427.19 | $ 1,933,970.94 |
| Bridge & Toll Expenses | $ 48,000.00 | $ 48,000.00 | $ 48,000.00 | $ 48,000.00 | $ 48,000.00 | $ 240,000.00 |
| Texas IRP-License Plates USA | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 195,000.00 |
| Telephone /Internet | $ 9,696.00 | $ 9,696.00 | $ 9,696.00 | $ 9,696.00 | $ 9,696.00 | $ 48,480.00 |
| Travel & Entertainment | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 90,000.00 |
| Computer & Software-Tracking, Accounting | $ 68,334.36 | $ 68,334.36 | $ 68,334.36 | $ 68,334.36 | $ 68,334.36 | $ 341,671.80 |
| Dues & Subscriptions | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 30,000.00 |

**Debtor Name: IH 35 Transportation, LLC**          Form 11-11          Case No. 25-50103

United States Bankruptcy Court
Southern District of Texas
Laredo Division

| | | | | | |
|---|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - | |
| Legal Fees-Antidoping | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 90,000.00 |
| Trash | $ 4,656.00 | $ 4,656.00 | $ 4,656.00 | $ 4,656.00 | $ 4,656.00 | $ 23,280.00 |
| Attorney's Fees | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 50,000.00 |
| CPA Fees | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 40,000.00 |
| Trustee's Fees | $ 59,118.06 | $ 59,118.06 | $ 59,118.06 | $ 59,118.06 | $ 59,118.06 | $ 295,590.31 |
| **Total Expenses:** | ########### | ########### | ########### | ########### | ########### | ########### |
| **Net Operating Income:** | $ 411,169.92 | $ 444,175.11 | $ 490,900.17 | $ 535,512.96 | $ 577,774.42 | $ 2,459,532.57 |
| | | | | | | |
| **Unsecured Claims** | | | | | | |
| | | | | | | |
| Priority Claims-Drivers | $ 29,730.24 | | | | | |
| **Class 21: General Unsecured Claims** | $ 40,303.20 | $ 40,303.20 | $ 40,303.20 | $ 40,303.20 | $ 40,303.20 | $ 201,516.00 |
| | | | | | | |
| **Total: Annual Plan Payments:** | $ 70,033.44 | $ 40,303.20 | $ 40,303.20 | $ 40,303.20 | $ 40,303.20 | $ 201,516.00 |
| **Net Profit after Plan Payments:** | $ 341,136.48 | $ 403,871.91 | $ 450,596.97 | $ 495,209.76 | $ 537,471.22 | $ 2,258,016.57 |

Date:

/s/_____

Debtor or  [Debtor's Representative]

# EXHIBIT F-1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | | |
|---|---|---|---|
| In re: | § | Case No. | 25-50057 |
| **IH 35 Trucking, LLC** | § | | |
| | § | **Jointly Administered  25-50057** | |
| **Debtor** | § | | |
| | § | | |
| **IH 35 transportation, LLC,** | § | Case No. | 25-50103 |
| | § | | |
| **Debtor** | § | **Chapter 11** | |

## LIQUIDATION ANALYSIS FOR IH 35 TRUCKING, LLC

Section 1129(a)(7)(A) of the Bankruptcy Code requires that each holder of a claim must either accept the plan or receive payments or property with a value of at least as much as would be available in a chapter 7 liquidation of the Debtor(s) assets.  As set forth in the Plan, each holder of a secured claim is either receiving its collateral or is being paid the value of its claim, with interest. This treatment satisfies the liquidation test under § 1129(a)(7)(A).  Holders of priority claims are paid in full, with interest.  This also satisfies the requirements of § 1129(a)(7).

Holders of general unsecured claims are forecast to receive a dividend of 60.3% of their allowed claim.  The Debtor has estimated that its assets, after payment of liens would generate the following amounts in a chapter 7 liquidation:

| Description of Asset | Estimated Liquidation Value | Amount of Debt Secured by Liens Against this Asset | Amount Claimed Exempt | Value Available to Estate in Liquidation | Basis of Estimate of Value |
|---|---|---|---|---|---|
| Trucks and trailers | 2,955,608.42 | 3,776,162.61 | 0.00 | 0.00 | Review of published truck values |
| Furniture fixtures and office equipment | $11,060.00 | UCC Liens of various equipment lenders above | 0.00 | $0.00 | Estimate by Managing Member |
| Claim for recovery against Ignacio Munoz Escamilla | Estimated net recovery in a potential lawsuit 200,000 | 0.00 | 0.00 | 200,000 | Estimate by Managing Member |
| **TOTAL** | | | | **$200,000.00** | |

The Plan proposes to pay $15,000.00 per month for 60 months to be shared pro-rata by the unsecured creditors. This results in a 62.7% to the unsecured creditors.

In a chapter 7 liquidation, the estimated liquidation value of $189,577.63 would be applied to the chapter 7 Trustee's fees and expenses and then to priority claims.  This would produce the following:

| | |
|---|---|
| Liquidation Value | $200,000.00 |
| Estimated Trustee's Fees and expenses | $10,000.00 |
| Estimated priority claims | 422.37 |
| Total available for holders of unsecured claims | $189,577.63 |
| Estimated unsecured claims | **$1,484,979.91** |
| Estimated percentage recovery in liquidation | 12.7% |

Because the plan forecasts to pay holders of unsecured claims 62.7% of the amount of their claims and a chapter 7 liquidation is forecast to pay 12.7%, this Plan satisfies the liquidation test as to holders of unsecured claims.

Dated:  January 16, 2026

Respectfully submitted

__/s/__Carl M. Barto_
Attorney For Debtor

# EXHIBIT F-2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.       25-50057** |
|     **IH 35 Trucking, LLC** | § | |
| | § | **Jointly Administered  25-50057** |
|     **Debtor** | § | |
| | § | |
| **IH 35 transportation, LLC,** | § | **Case No.       25-50103** |
| | § | |
|     **Debtor** | § | **Chapter 11** |

**<u>LIQUIDATION ANALYSIS FOR IH 35 TRANSPORTATION, LLC</u>**

      Section 1129(a)(7)(A) of the Bankruptcy Code requires that each holder of a claim must either accept the plan or receive payments or property with a value of at least as much as would be available in a chapter 7 liquidation of the Debtor(s) assets.  As set forth in the Plan, each holder of a secured claim is either receiving its collateral or is being paid the value of its claim, with interest. This treatment satisfies the liquidation test under § 1129(a)(7)(A).  Holders of priority claims are paid in full, with interest.  This also satisfies the requirements of § 1129(a)(7).

      Holders of general unsecured claims are forecast to receive a dividend of 60.3% of their allowed claim.  The Debtor has estimated that its assets, after payment of liens would generate the following amounts in a chapter 7 liquidation:

| Description of Asset | Estimated Liquidation Value | Amount of Debt Secured by Liens Against this Asset | Amount Claimed Exempt | Value Available to Estate in Liquidation | Basis of Estimate of Value |
|---|---|---|---|---|---|
| Account Receivables | 20,000.00 | 0.00 | 0.00 | 20,000.00 | Estimate by Managing Member |
| Furniture fixtures and office equipment | $3,425.00 | 0.00 | 0.00 | $3,425.00 | Estimate by Managing Member |
| Claim for recovery against Ignacio Munoz Escamilla | Estimated net recovery in a potential lawsuit, less than $50,000 | 0.00 | 0.00 | 50,000,000 | Estimate by Managing Member |

| Description of Asset | Estimated Liquidation Value | Amount of Debt Secured by Liens Against this Asset | Amount Claimed Exempt | Value Available to Estate in Liquidation | Basis of Estimate of Value |
|---|---|---|---|---|---|
| **TOTAL** | | | | **$73,425.00** | |

In a chapter 7 liquidation, the estimated liquidation value of $73,425.00 would be applied to the chapter 7 Trustee's fees and expenses and then to priority claims.  This would produce the following:

| | |
|---|---|
| Liquidation Value | **$73,425.00** |
| Estimated Trustee's Fees and expenses | $10,000.00 |
| Estimated priority claims | $29,730.24 |
| Total available for holders of unsecured claims | $33,694.76 |
| Estimated unsecured claims | $328,736.93 |
| Estimated percentage recovery in liquidation | 10.24% |

Because the plan forecasts to pay holders of unsecured claims 61.14% of the amount of their claims and a chapter 7 liquidation is forecast to pay 10.24%, this Plan satisfies the liquidation test as to holders of unsecured claims.

Dated:  <u>January 16, 2026</u>

Respectfully submitted

<u>/s/ Carl M. Barto</u>
Carl M. Barto
Texas Bar No. 018521000
S.D. Tex No. 6830
817 Guadalupe
Laredo, Texas 78040
Email: cmblaw@netscorp.net
Telephone: (956) 725-7500'
Facsimile: (956) 722-6749

***Attorney For Debtor IH 35 Transportation, LLC***